Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o [2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

FILED - USDC - FLMD - FTM
OCT 3 2023 AM9:42

# DISTRICT COURT OF THE UNITED STATES

## Middle District of Florida

Ninth Amendment Party Association : "UNA";
MILTON GERARD ESQUIBEL : "Entity"
Milton-Gerard:Esquibel : "man"

PLAINTIFF(S);

v.

Kevin Rambosk, Clovis Watson, Jr., Scotty Rhoden, Tommy Ford, Gordon Smith, Wayne Ivey, Gregory Tony, Glenn H. Kimbrel, Bill Prummell, Mike Prendergast, Michelle Cook, Mark Hunter, James Potter, Darby Butler, T.K. Waters, Chip Simmons, Rick Staly, A.J. Smith, Morris Young, Bobby Schultz, Dave Hardin, Mike Harrison, Harrell Reid, Vent Crawford, Steve Whidden, Al Nienhuis, Paul Blackman, Chad Chronister, John Tate, Eric Flowers, Donnie Edenfield, Mac McNeill, Brian Lamb, Peyton Grinnell, Carmine Marceno, Walt McNeil, Bobby McCallum, Buddy Money, David Harper, Rick Wells, Billy Woods, William Snyder, Alfredo Ramirez, Rick Ramsay, Bill Leeper, Eric Aden, Noel Stephen, John Mina, Marcos Lopez, Ric Bradshaw, Chris Nocco, Bob Gualtieri, Grady Judd, Gator DeLoach, Robert Johnson, Kurt A. Hoffman, Dennis Lemma, Rob Hardwick, Ken Mascara, Bill Farmer, Sam St. John, Wayne Padgett, Brad Whitehead, Michael Chitwood, Jared Miller, Mike Adkinson, Kevin Crews, Gary L. Howze [in their individual and official capacity]

DEFENDANT(S);

Case No.

2:23CV830-SPC.NPM

**COMMERCIAL SERVITUS**
For depravations of constitutional Rights under color of authority and color of law under title 42 USC SEC 1981; SEC 1982; SEC 1983; SEC 1985; SEC 1986; 28 USC SEC 1331; SEC 1343 (a) (3); 18 USC SEC 241; SEC 242; 42 SEC 12203 and any unknown protection under law

**Trial by Jury Demand**
**Federal Rule Civil Procedure**
**and the 7th Amendment of the**
**Constitution**

---

### Supreme Court Decision-1796

There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellow man without his **consent**. Cruden v. Neale, 2N.C. 338(1796);



Page 1 of 90

**Index**

**Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

**Jurisdiction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

**Cause of Action** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Law of the Land . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Personal Liberty and Right to Travel . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Corporation Creature of the State . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    COMMERCIAL JURISDICTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
    Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
    Use of Police Power . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
    Due Process . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
    Regulation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
    Surrender of Rights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
    TAXING POWER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
    Conversion of Rights to a COMMERCIAL CRIME . . . . . . . . . . . . . . . . 35
    Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
    Unconstitutional Official Acts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
    US Constitution Amendment 5 - Trial and Punishment, Punishment for
    Takings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
    US Constitution Amendment 6 - Right to Speedy Trial, Confrontation of
    Witnesses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
    Amendment 14 - Citizenship Rights . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
    Definitions of law and color of law . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

**Plaintiff(s) Statement of Claim** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
    Commercial Servitus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
    CAPITAL LETTERS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
    Fictitious Name . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
    Contractual obligations that violate Rights of man or woman . . . . . . . . . . 53
    COMMERCIAL COURTS, STATE OF FLORIDA . . . . . . . . . . . . . . . . . 54
    Overlay constitution of the UNITED STATES . . . . . . . . . . . . . . . . . . . . 56
    No Judicial courts in America . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56
    Codes, rules, regulations for government only . . . . . . . . . . . . . . . . . . . . 57
    Common Law is the Supreme Law of the Land . . . . . . . . . . . . . . . . . . . 58
    Fictitious Conveyance of Language . . . . . . . . . . . . . . . . . . . . . . . . . . . 60
    Deceptive trade practices . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60

**Index**

## Crimes

Deprivation of Rights
Racketeering Activity
Obstruction of Justice
Personal Injury
Civil Deprivation of Rights
Conspiracy under color of law
Criminal Deprivation of Rights
Collusion / Coercion
Criminal Obstruction of Justice
Loss of Jurisdiction by Collusion
Desecration of the flag  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62

## DEFENDANTS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63
DRIVERS LICENSE COMPACT  . . . . . . . . . . . . . . . . . . . . . . . . . . 66
Sheriff Chief Executive and Administrator of a county  . . . . . . . . . . . . . . 72
CONSTITUTIONAL OFFICER -V- CODE ENFORCEMENT
OFFICERS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73
Violations of Oath of Office  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75
Crimes committed
VIOLATION OF OATH OF OFFICE
CONSPIRACY
EXTORTION
FRAUD
SLAVERY (FORCED COMPLIANCE TO CONTRACTS NOT HELD)
PERJURY
RACKETEERING  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78
Contracts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80
Oath of Office  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80

## DAMAGES AND REMEDY  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81
Damages caused by DEFENDANTS  . . . . . . . . . . . . . . . . . . . . . . . . . . 81
Attorney's fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82
Liquidated damages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82
Punitive damages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83
Plaintiff(s) prayer of remedy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87

## CERTIFICATION AND CLOSING  . . . . . . . . . . . . . . . . . . . . . . . . . . 90

page 1c.

## Introduction

This is the part of wiseman, engaged in and a great struggle for freedom is brought

forth; Are we deposed to be of the number of those, who, having eyes, see not, and

having ears, hear not, the things which concern the men and women of today in

which Government usurpation and or propaganda, deceit continues daily for

commercial gain, depriving the man and woman living of Rights and a Republic

Form of Government Article IV § 4 of the original constitution; The question

before this court is one to consider. Plaintiff(s) consider it as nothing less than a

question on freedom or slavery; and in proportion to the magnitude of the subject

ought to be the **freedom of choice of status through self determination**. It is only

in this way that we can hope to arrive at truth, and fulfill great responsibility which

we hold to God, our county, our state, and our country. Should we, the men and

women of our communities, keep our opinions to ourself(s) at such a time, through

fear of giving offense, We should consider ourself(s) as guilty of treason toward

our county, state, and country, and of an act of disloyalty and dishonor toward our

God which the Plaintiff(s) and or "we the men and women" revere above all

government;



## Jurisdiction

This complaint involves federal question(s) pursuant to 28 USC § 1331which arise under United States constitution and federal laws;

The unalienable Rights of men and women living, self determined of status and domicile in the state of Florida have been violated repeatedly, by the defendants, men and women living, at behest of government agencies, agents, principals and corporate bodies, which violations are ongoing and continue unabated;

The Plaintiff(s) seek redress of grievances for depravations of constitutional Rights under color of authority and color of law under  **title 42  SEC 1981 SEC 1982; SEC 1983; SEC 1985; SEC 1986; 28 USC SEC 1331; SEC 1343 (a) (3); 18 USC SEC 241; SEC 242; 42 SEC 12203 and any unknown protection under law;**

This Court has authority to hear the grievances, consider the facts and award remedies in the administration of justice in this controversy;



## Cause of Action

Operation of <u>motor vehicles</u> must be adhered to <u>under commerce only</u>. This claim that is brought forward is simply Rights to travel freely without commercial presumption placing the man or woman into a contract creating **COMMERCIAL SERVITUS** through a trust, financial fraud, racketeering, a fictional character, driving or operating in commerce violating unalienable rights, the religious beliefs; that **GOVERNMENT CREATED** man and or woman v. God created man and or woman in his image, a Violation of Oath of Office throughout the 67 counties;

**U.S. Constitution, Article Six, Clause 2: (The Supremacy Clause of the U.S. Constitution)** "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and Judges in every State shall be bound thereby, any thing in the Constitution or Laws of any State to the Contrary notwithstanding.";

**Law of the Land;**

Due process of law (q. v.) By the law of the land is most clearly intended the general law which hears before it condemns, which proceeds upon inquiry, and renders judgment only after trial, Dupuy v. Tedora, 204 La. 560, 15 So.2d 886, 891; Black Law Dictionary IV;



**U.S. Constitution, Article Six, Clause 3:** The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious test shall ever be required as a Qualification to any Office or public Trust under the United States;

If ever a judge understood the public's Right to use the public roads, byways, ; waterways, highways, it was Justice Tolman of the Supreme Court of the State of Washington. Justice Tolman stated;

"Complete freedom of the highways is so old and well established a blessing that we have forgotten the days of the Robber Barons and toll roads, and yet, under an act like this, arbitrarily administered, the highways may be completely monopolized, if, through lack of interest, the people submit, then they may look to see the most sacred of their liberties taken from them one by one, by more or less rapid encroachment." Robertson vs. Department of Public Works, 180 Wash 133, 147;

The words of Justice Tolman ring most prophetically in the ears of free men and women throughout the country today as the use of the public roads, streets, byways, waterways and highways, the Right to contract has been monopolized by the very **ENTITY** which has been empowered to stand guard over our freedoms, i.e., that UNITED STATES GOVERNMENT placing the man and or woman;

under COMPACT CONTRACT forcing COMMERCIAL SERVITUS by duress, threat, and coercion **in every COUNTY IN THIS STATE;**

The "most sacred of liberties" of which Justice Tolman spoke was personal liberty. The definition of personal liberty is;

"Personal liberty, or the Right to enjoyment of life and liberty, is one of the fundamental or natural Rights, which has been protected by its inclusion as a **guarantee in the various constitutions**, which is not derived from, or dependent on, the U.S. Constitution, which may not be submitted to a vote and may not depend on the outcome of an election. It is one of the most sacred and valuable Rights, as sacred as the Right to private property...and is regarded as **inalienable**." 16 C.J.S., Constitutional Law, Sect.202, p.987;

This concept is further amplified by the definition of personal liberty;

"Personal liberty largely consists of the Right of locomotion to go where and when one pleases only so far restrained as the Rights of others may make it necessary for the welfare of all other citizens. The Right of the Citizen to travel upon the public highways and to transport his property thereon, by horsedrawn carriage, wagon or; automobile, is not a mere privilege which may be permitted or prohibited at will, **but the common Right which he has under his Right to life, liberty, and the pursuit of happiness.** Under **this Constitutional guarantee** one may, therefore, under normal conditions, travel at his inclination along the public highways or in public places, and while conducting himself in an orderly and decent manner;

**neither interfering with commerce nor disturbing another's Rights**, <u>he will be protected, not only in his person, but in his safe conduct."</u> [emphasis added] II Am. Jur. (1st) Constitutional Law, Sect.329, p.1135;

"Personal liberty consists of the power of locomotion, of changing situations, of removing one's person to whatever place one's inclination may direct, without imprisonment or restraint unless by due process of law." 1 Blackstone's; Commentary134; Hare, Constitution__.777; Bouvier's Law Dictionary , 1914 ed.,; Black's Law Dictionary, 5th ed.;

Justice Tolman was concerned about the State prohibiting the Citizen from the "most sacred of his liberties," the Right of movement, the Right of moving one's self from place to place without threat of imprisonment, the Right to use the public roads, streets, byways, waterways, highways in the ordinary course of life;

When the State allows the formation of a corporation it may control its creation by establishing guidelines (statutes) for its operation (charters). Corporations who use the roads, streets, byways, waterways and highways in the course of business do not use the  roads, streets, byways, waterways, highways in the ordinary course of life; There is a difference between a; corporation and a man and or woman traveling. The United States Supreme Court has stated;

"...<u>We are of the opinion that there is a clear distinction in this particular between an individual and a corporation</u>, and that the latter has no Right to refuse to submit its books and papers for examination on the suit of the State. The individual may;

stand upon his Constitutional Rights as a Citizen. **He is entitled to carry on his private business in his own way. His power to contract is unlimited.** He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to investigation, so far as it may tend to incriminate him;

He owes no such duty to the State, since he receives nothing therefrom, beyond the protection of his life, liberty, and property. His Rights are such as the law of the land long antecedent to the organization of the state, and can only be taken from; him by due process of law, and in accordance with the Constitution. Among his Rights are the refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under warrant of law. He owes nothing to the public so long as he does not trespass upon their Rights;

"**Upon the other hand, the corporation is a creature of the state.** It is presumed to be incorporated for the benefit of the public. It receives certain special privileges and franchises, and holds them subject to the laws of the state and the limitations; of its charter. Its Rights to act as a **corporation are only preserved** to it so long as **it obeys the laws of its creation.** There is a reserved Right in the legislature to investigate its contracts and find out whether it has exceeded its powers. It would be a strange anomaly to hold that the State, having chartered a corporation to make use of certain franchises, could not in exercise of its sovereignty inquire how those franchises had been employed, and whether they had been abused, and demand;



the production of corporate books and papers for that purpose." [emphasis added]
Hale vs. Hinkel, 201 US 43, 74-75;

**Corporations engaged in mercantile equity,** "Law Merchant, emphasis added"
Jurisdiction, fall under the purview of the State's "Maritime, emphasis added"
Admiralty, "military/wartime, emphasis added" **Jurisdiction, and the public at
large must be protected from their activities,** as they (the corporations of
government entities) are engaged in business for profit "while forcing a
commercial entity overlay, violating religious beliefs of the man and or woman
created in God's image" [emphasis added];

"..Based upon the fundamental ground that the sovereign state has the plenary
control of the streets and highways in the exercise of its police power (see police
power, infra.), may absolutely prohibit the use of the streets as a place for the
prosecution of a private business for gain. They all recognize the fundamental
distinction between the ordinary Right of the Citizen to use the streets in the usual
way and the use of the streets as a place of business or a main instrumentality of
business for private gain. The former is a common Right, the latter is an
extraordinary use. As to the former the legislative power is confined to regulation
as to the latter it is plenary and extends even to absolute prohibition. Since the use
of the streets by a common carrier in the prosecution of its business as such is not a
Right but a mere license of privilege."Hadfield vs. Lundin, 98 Wash 657l, 168,
p.516;

It will be necessary to review early cases and legal authority in order to reach a lawfully correct theory dealing with this Right or "privilege." We will attempt to reach a sound conclusion as to what is a "Right to use the road" and what is a "privilege to use the road". Once reaching this determination, we shall then apply those positions to modern case decision;

"Where Rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." Miranda vs. Arizona, 384 US 436, 491;

"The claim and exercise of a <u>constitutional Right</u> cannot be converted into a crime." Miller vs. U.S., 230 F. 486, 489;

**"There can be no sanction or penalty imposed upon one because of this exercise of constitutional Rights." Snerer vs. Cullen, 481 F. 946;**

Roads, streets, byways, waterways and highways are established and maintained for the purpose of traveling privately and or for transportation of private goods not for sale in commerce and driving / operating and or transportation of commercial goods as defined usage in commerce;

"The use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and fundamental Right of which the public and the individual cannot be rightfully deprived." [emphasis added] Chicago Motor Coach vs. Chicago, 169 NE 22; Ligare vs. Chicago, 28 NE 934; Boon vs. Clark, 214 SSW 607; 25 Am.Jur. (1st) Highways Sect.163;

"The Right of the Citizen to travel upon the public highways and to transport his property thereon, either by horse drawn carriage or by automobile, is not a mere privilege which a city can prohibit or permit at will, but a common Right which he has under the Right to life, liberty, and the pursuit of happiness." [emphasis added] Thompson vs. Smith, 154 SE 579;

So we can see that a Citizen has a Right to travel upon the public highways by; automobile and the Citizen cannot be rightfully deprived of his Liberty. So where does the misconception that the use of the public road is always and only a privilege? **Where does this COMMERCIAL JURISDICTION come from? This privilege is determined by your FRAUDULENT FICTITIOUS name in all capital letters example: "JOHN BUCK DOE"**;

"...For while a Citizen has the Right to travel upon the public highways and to transport his property thereon, that Right does not extend to the use of the highways, either in whole or in part, as a place for private gain. For the latter; purpose no person has a vested Right to use the highways of the state, but is a privilege or a license which the legislature may grant or withhold at its discretion."State vs. Johnson, 243 P. 1073; Hadfield, supra; Cummins vs. Homes, 155 P. 171; Packard vs. Banton, 44 S.Ct. 256;

and other cases too numerous to mention;



The court held that a Citizen has the Right to travel upon the public highways, but that he did not have the Right to conduct business upon the highways. On this point of law all authorities are unanimous;

"Heretofore the court has held, and we think correctly, that while a Citizen has the Right to travel upon the public highways and to transport his property thereon, that Right does not extend to the use of the highways, either in whole or in part, as a; place of business for private gain." Barney vs. Board of Railroad Commissioners,; 17 P.2d 82; Willis vs. Buck, 263 P.l 982;

"The Right of the citizen to travel upon the highway and to transport his property thereon, in the ordinary course of life and business, differs radically and obviously from that of one who makes the highway his place of business for private gain in the running of a stagecoach or omnibus." State vs. City of Spokane, 186 P. 864;

What is this Right of the Citizen which differs so "radically and obviously" from one who uses the highway as a place of business? Who better to enlighten us than Justice Tolman of the Supreme Court of Washington State? In State vs. City of; Spokane, supra, the Court also noted a very "radical and obvious" difference, but went on to explain just what the difference is;

"The former is the usual and ordinary Right of the Citizen, a common Right to all, while the latter is special, unusual, and extraordinary";

"This distinction, elementary and fundamental in character, is recognized by all the authorities." State vs. City of Spokane, supra;

This position does not hang precariously upon only a few cases, but has been proclaimed by an impressive array of cases ranging from the state courts to the federal courts;

"the Right of the Citizen to travel upon the highway and to transport his property thereon in the ordinary course of life and business, differs radically and obviously from that of one who makes the highway his place of business and uses it for; private gain in the running of a stagecoach or omnibus. The former is the usual; and ordinary Right of the Citizen, a Right common to all, while the latter is special, unusual, and extraordinary." Ex Parte Dickey, (Dickey vs. Davis), 85 SE 781;

"The Right of the Citizen to travel upon the public highways and to transport his property thereon, in the ordinary course of life and business, is a common Right which he has under the Right to enjoy life and liberty, to acquire and possess property, and to pursue happiness and safety. It includes the Right, in so doing, to use the ordinary and usual conveyances of the day, and under the existing modes of travel, includes the Right to drive a horse drawn carriage or wagon thereon or to; operate an automobile thereon, for the usual and ordinary purpose of life and business." Teche Lines vs. Danforth, Miss., 12 S.2d 784; Thompson vs. Smith, supra;

There is no dissent among various authorities as to this position. (See Am.Jur. [1st] Const. Law, 329 and corresponding Am. Jur. [2nd].);

"Personal liberty or the Right to enjoyment of life and liberty is one of the fundamental or natural Rights, which has been protected by its inclusion as a guarantee in the various constitutions, which is not derived from nor dependent on; the U.S. Constitution... It is one of the most sacred and valuable Rights [remember the words of Justice Tolman, supra.] as sacred as the Right to private property...and is **regarded as inalienable.**" 16 C.J.S. Const. Law, Sect.202, p.987, that the men and women of the state are, of Right to be free, free and independent **by SELF DETERMINATION,** that they are absolve from all allegiance to this; STATE and that all political subdivisions, connections between them are to be totally dissolved;

As we can see, the distinction between a "Right" to use the public the roads, streets, byways, waterways, highways, and a "privilege" to use the public the roads, streets, byways, waterways, highways, commercially is drawn upon the line of "using the road as a place of business" and the various state courts have held so. But what have the U.S. courts held on this point?;

"First, it is well established law that the highways of the state are public property, and their primary and preferred use is for private purposes, and that their use for; purposes of gain is special and extraordinary which, generally at least, the; legislature may prohibit or condition as it sees fit." Stephenson vs. Rinford, 287 US 251; Pachard vs Banton , 264 US 140, and cases cited; Frost and F. Trucking Co. vs. Railroad Commission, 271 US 592; Railroad commission vs. Inter-City;

Forwarding Co., 57 SW.2d 290; Parlett Cooperative vs. Tidewater Lines, 164 A. 313;

So what is a privilege to use the the roads, streets, byways, waterways, highways? By now it should be apparent even to the "learned" that an attempt to use the the roads, streets, byways, waterways, highways, as a place of business is a privilege. The distinction must be drawn between…;

**Traveling upon and transporting one's property upon the public the roads, streets, byways, waterways, highways, which is our Right;**

**Using the public the roads, streets, byways, waterways, highways, as a place of business or a main instrumentality of business, which is a privilege;**

"[The roads]...are constructed and maintained at public expense, and no person therefore, can insist that he has, or may acquire, a vested Right to their use in carrying on a commercial business." Ex Parte Sterling, 53 SW.2d 294; Barney vs. Railroad Commissioners, 17 P.2d 82; Stephenson vs. Binford, supra;

"When the public highways are made the place of business the state has a Right to regulate their use in the interest of safety and convenience of the public as well as the preservation of the highways." Barney vs. Railroad Commissioners, supra.;

"[The state's] Right to regulate such use is based upon the nature of the business and the use of the highways in connection therewith";

"We know of no inherent Right in one to use the highways for commercial purposes. The highways are primarily for the use of the public, and in the interest;

of the public, the state may prohibit or regulate...the use of the highways for gain"

Robertson vs. Dept. of Public Works, supra;

There should be considerable authority on a subject as important as this

deprivation of the liberty of the individual "using the roads in the ordinary course

of life and business." However, it should be noted that extensive research has not

turned up one case or authority acknowledging the state's power to convert the

individual's Right to travel upon the public roads into a "privilege";

Therefore, it is concluded that the man or woman does have a "Right" to travel and

transport his property upon the public the roads, streets, byways, waterways, highways,

and the exercise of this Right and to be free from **COMMERCIAL SERVITUS**.";

**Definitions;**

In order to understand the correct application of the statute in question, we must first

define the terms used in connection with this point of law. As will be shown, many

terms used today do not, in their legal context, mean what we assume they mean, thus

resulting in the misapplication of statutes in the instant case;

**Automibile v. MOTOR VEHICLE;**

There is a clear distinction between an **automobile** and a **COMMERCIAL**

**MOTOR VEHICLE**. An automobile has been defined as;

"The word 'automobile' connotes a pleasure vehicle designed for the;

transportation of persons on highways." American Mutual Liability Ins. Co.;

vs. Chaput, 60 A.2d 118, 120; 95 NH 200;

While the distinction is made clear between the two as the courts have stated;

"A motor vehicle or automobile for hire is a motor vehicle, other than an automobile stage, used for the transportation of persons for which remuneration is received" International Motor Transit Co. vs. Seattle, 251 P. 120;

"The term 'motor vehicle' is different and broader than the word 'automobile'";

City of Dayton vs. DeBrosse, 23 NE.2d 647, 650; 62 Ohio App. 232;

**The distinction is made very clear in Title 18 USC 31;**

**"Motor vehicle" means every description** or other contrivance propelled or drawn by mechanical power and **used for commercial purposes on the highways in the transportation of passengers, or passengers and property;**

**"Used for commercial purposes"** means the carriage of persons or property **for any fare, fee, rate, charge or other considerations, or directly or indirectly in connection with any business, or other undertaking intended for profit;**

**Clearly, an automobile is private property in use for private purposes,** while a motor vehicle is a machine which may be used upon the highways for trade, commerce, or hire;

**Travel;**

The term "travel" is a significant term and is defined as;

"The term 'travel' and 'traveler' are usually construed in their broad and general sense...so as to include all those who rightfully use the highways;

viatically (when being reimbursed for expenses) and who have occasion to pass over them for the purpose of business, convenience, or pleasure" [emphasis added] 25 Am. Jur. (1st) Highways, Sect.427, p.717;

"Traveler One who passes from place to place, whether for pleasure, instruction, business, or health." Locket vs. State, 47 Ala. 45; Bouvier's Law Dictionary, 1914 ed., p. 3309;

"Travel: To journey or to pass through or over as a country district, road, etc. To go from one place to another, whether on foot, or horseback, or in any conveyance as a train, an automobile, carriage, ship, or aircraft; Make a journey." Century Dictionary, p.2034;

Therefore, the term "travel" or "traveler" refers to one who uses a conveyance to go from one place to another, and included all those who use the highways as a matter of Right outside of commerce;

Notice that in all these definitions the phrase "for hire" never occurs. This term; "travel" or "traveler" implies, by definition, one who uses the road as a means to move from one place to another;

**DRIVER;**

The term "driver" in contradistinction to "traveler" is defined as:

"**Driver One employed in conducting a coach, carriage, wagon, or other; vehicle...**" Bovier's Law Dictionary, 1914 ed., p. 940;

**Notice that this definition includes one who is "employed" in conducting a vehicle.** It should be self-evident that this commercial activity could not be "traveling" on a journey, but is using the road as a place of business;

**OPERATOR;**

Today these elected officials known as Sheriff(s) DBA SHERIFF and deputies DBA DEPUTIES of the principal entity(ies) and the FLORIDA STATE HIGHWAY PATROL presume that a "traveler" is a "driver," and a "driver" is an "operator." However, this is not the case;

"It will be observed from the language of the ordinance that a distinction is to be drawn between the terms 'operator' and 'driver'; the 'operator' of the service car being the person who is licensed to have the car on the streets in the business of carrying passengers for hire; while the 'driver' is the one who actually drives the car. However in the actual prosecution of business, it was possible for the same person to be both 'operator' and 'driver.'" Newbill vs. Union Indemnity Co., 60 SE.2d 658;

To further clarify the definition of an "operator" the court observed that this was a vehicle "for hire" and that it was in the business of carrying passengers;

This definition would seem to describe a person "commercial entity" who is using the road as a place of business, or in other words, a person engaged in the "privilege" of using the road for gain;

This definition, then, is a further clarification of the distinction mentioned earlier, and;



therefor;

Traveling upon and transporting one's property upon the public roads, streets,

byways, waterways, highways as a matter of Right meets the definition of a

traveler;

Using the roads, streets, byways, waterways, highways as a place of business as a

matter of privilege meets the definition of a driver or an operator or both,

under unknown contractional agreement with the Defendants through fraud;

**LICENSE;**

It seems only proper to define the word "license," as the definition of this word will

be extremely important in understanding the statutes as they are properly applied:;

"The permission, by competent authority to do an act which without permission,

would be illegal, a trespass, or a tort."People vs. Henderson, 218 NW.2d 2, 4.

"Leave to do a thing which licensor could prevent." Western Electric Co. vs.

Pacent Reproducer Corp., 42 F.2d 116, 118;

In order for these two definitions to apply in this case, the state would have to take up;

the position that the exercise of a Constitutional Right to use the public roads,

streets, byways, waterways, highways in the ordinary course of life and business is

illegal, a trespass, or a tort, which the state could then regulate or prevent;

This position, however, would raise unlimited Constitutional questions as this

position would be diametrically opposed to fundamental Constitutional Law;



(See "Conversion of a Right to a Crime," infra.);

In the instant case, the proper definition of a "license" is;

"a permit, granted by an appropriate governmental body, generally for consideration, to a person "commercial entity", firm, or corporation, to pursue some occupation or to carry on some business which is subject to regulation under the police power." [emphasis added] Rosenblatt vs. California State Board of Pharmacy, 158 P.2d 199, 203;

This definition would fall more in line with the "privilege" of carrying on business on the streets;

Most people tend to think that "licensing" is imposed by the state for the purpose of raising revenue, yet there may well be more subtle reasons contemplated; for when one seeks permission from someone to do something, he or she invokes the jurisdiction of the "licensor" which, in this case, is this STATE. In essence, the licensee may well be seeking to be regulated by the "licensor";

"A license fee is a charge made primarily for regulation, with the fee to cover; costs and expenses of supervision or regulation." State vs. Jackson, 60 Wisc. 2d 700; 211 NW.2d 480, 487;

The fee and or penal sum is the price; the commercial regulation or legal; control of the commercial licensee is the real aim of the legislation. Unlike the enforcers of policy who choose not to regulate both jurisdictions of lawful v. legal violating the Rights of men and women daily;

Are these licenses really used to fund our original guaranteed Republic form of

government, or are they nothing more than a subtle introduction of commercial

enforcement power into every facet of our lives? Have our "enforcement agencies"

been diverted from crime prevention, serve and protect, perhaps through no fault of

their own, instead now VIOLATING the Rights of men and women to make a

uninformed decision as they "check" our papers to see that all are properly endorsed;

by the COMMERCIAL STATE when our status and domicile are on land;

How much longer will it be before we are forced to contract to get a license for our lawn

mowers, or before every man and woman will need a license for a "blender" or "mixer?"

THIS STATE OF FLORIDA has gone rogue requiring more licenses than most States;

**POLICE POWER;**

The confusion of the police power with the power of taxation usually arises in cases

where the police power has affixed a penalty to a certain act, or where it requires

licenses to be obtained and a certain commercial penal sum be paid for certain

occupations. The power used in the instant case cannot, however, be the power

of taxation since an attempt to levy a tax upon a Right would be open to Constitutional

objection creating a contract of life long **commercial SERVITUS unknown to the**

**majority of men and women in the state of Florida**;

Each law relating to the use of police power must ask three questions;

**1.** Is there threatened danger? **2.** Does a regulation involve a Constitutional

Right? **3.** Is this regulation reasonable? "People vs. Smith, 108 Am.St.Rep. 715;



Bouvier's Law Dictionary, 1914 ed., under "Police Power";

When applying these three questions to the COMMERCIAL statute in question some very important issues emerge;

First, "is there a threatened danger" in the individual using his automobile on the public highways, in the ordinary course of life and business;

The answer is No! There is nothing inherently dangerous in the use of an automobile when it is carefully managed. The guidance, speed, and noise are subject to a quick and easy control, under a competent and considerate manager, it is as harmless on the road as a horse and buggy;

It is the manner of managing the automobile, and that alone, which threatens the safety of the public, the ability to stop quickly and to respond quickly to guidance would seem to make the automobile one of the least dangerous conveyances, (See Yale Law Journal, December, 1905.);

"The automobile is not inherently dangerous." Cohens vs. Meadow, 89 SE 876 Blair vs. Broadmore , 93 SE 532;

To deprive all persons of the Right to use the road in the ordinary course of life and business, because one might, in the future, become dangerous, would be a deprivation not only of the Right to travel, but also the Right to due process. (See "Due Process," infra.);

Next, does the regulation involve a Right;

This question has already been addressed and answered in this brief, and need not be; reinforced other than to remind this Court that this Citizen does have the Right to travel upon the public highway by automobile in the ordinary course of life and business, it can therefore be concluded that this regulation does involve a Constitutional Right

The third question is the most important in this case. "Is this regulation reasonable?";

The answer is No! It will be shown later in "Regulation," infra, that this licensing statute is oppressive and could be effectively administered by less oppressive means through education to enforcers of commercial activity;

Although the Fourteenth Amendment does not interfere with the proper exercise of the police power, in accordance with the general principle that the power must be exercised so as not to invade unreasonably the Rights guaranteed by the United states of America Constitution, it is established beyond question that every state power, including the police power, is limited by the Fourteenth Amendment (and others) and by the inhibitions there imposed;

Moreover, the ultimate test of the propriety of police power regulations must be found in the Fourteenth Amendment, since it operates to limit the field of the police power to the extent of preventing the enforcement of statutes in denial of Rights that the Amendment protects. (See Parks vs. State, 64 NE 682);

"With regard particularly to the U.S. Constitution, it is elementary that a Right secured or protected by that document cannot be overthrown or impaired by any state police;



authority." Connolly vs. Union Sewer Pipe Co., 184 US 540; Lafarier vs. Grand;

Trunk R.R. Co., 24 A. 848; O'Neil vs. Providence Amusement Co., 108 A. 887

"The police power of the state must be exercised in subordination to the provisions of

the U.S. Constitution." [emphasis added] Panhandle Eastern Pipeline Co. vs. State

Highway Commission, 294 US 613; Bacahanan vs. Wanley, 245 US 60;

"It is well settled that the Constitutional Rights protected from invasion by the

police power, include Rights safeguarded both by express and implied

prohibitions in the Constitutions." Tiche vs. Osborne, 131 A. 60;

"As a rule, fundamental limitations of regulations under the police power are found in

the Spirit of the Constitutions, not in the letter, although they are just as efficient as if

expressed in the clearest language." Mehlos vs. Milwaukee, 146 NW 882;

As it applies in the instant case, the language of the Fifth Amendment is clear

No person shall be...deprived of Life, Liberty, or Property without due process of

law. The problem today is COMMERCIAL GOVERNMENT ENTITIES have

destroyed due process through the commercialization of law converting it to color of

law;

As has been shown, the courts at all levels have firmly established an absolute;

Right to travel without a status presumed or forced through threat, duress and

coercion under contractional agreement with the defendant(s);

**Due Process;**

In this instant case, the FEDERAL GOVERNMENT and or STATE GOVERNMENT and COUNTY(IES) ENTITY(IES), **by applying commercial status** to all men and women living, **creating artificial persons, vessel(s) and or any other definition is a form of the mark of the beast,** alike, continuing to deprive the Plaintiff(s), members and non-members Unalienable Rights bestowed by God upon all men and women domiciled on the land of the United states of America causing damages without the correct guarantee of due process of law;

"The essential elements of due process of law are...Notice and The Opportunity to defend." Simon vs. Craft, 182 US 427;

Yet, not one individual has been given notice by the UNITED STATES DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES and STATE OF FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES, SHERIFF(S), FLORIDA HIGHWAY PATROL of the loss of his/her Right, let alone before signing the license (contract). Nor was the man or woman given any opportunity to defend against the loss of his/her Right to travel, by automobile, on the public roads, streets, byways, waterways and highways, in the ordinary course of life and business. This amounts to an arbitrary; deprivation of Liberty creating **COMMERCIAL SERVITUS;**

"There should be no arbitrary deprivation of Life or Liberty..." Barbour vs.;

Connolly, 113 US 27, 31; Yick Wo vs. Hopkins, 118 US 356;

"The Right to travel is part of the Liberty of which a citizen cannot be deprived without due process of law under the Fifth Amendment. This Right was emerging as early as the Magna Carta." Kent vs. Dulles, 357 US 116 (1958);

The focal point of this question of police power and due process must balance upon the point of making the public highways a safe place for the public to travel. If a man travels in a manner that creates actual damage, an action would lie (civilly) for recovery of damages. The state could then also proceed against the individual to deprive him of his Right to use the public highways, for cause. This process would fulfill the due process requirements of the Fifth Amendment while at the same time ensuring that Rights guaranteed by the U.S. Constitution and the state constitutions would be protected;

But unless or until harm or damage (a crime) is committed, there is no cause for interference in the private affairs or actions of any man or woman by SHERIFF(S), POLICE, FLORIDA HIGHWAY PATROL, UNITED STATES DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES and STATE OF FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES;

One of the most famous and perhaps the most quoted definitions of due process of law, is that of Daniel Webster in his Dartmouth College Case (4 Wheat 518), in which he declared that by due process is meant "a law which hears before it condemns,;

which proceeds upon inquiry, and renders judgment only after trial." (See also

State vs.; Strasburg, 110 P. 1020; Dennis vs. Moses, 52 P. 333.);

Somewhat similar is the statement that is a rule as old as the law that "no one shall

be personally bound (restricted) until he has had his day in court," by which is meant

until he has been duly summoned to appear and has been afforded an opportunity to be

heard. Judgment without such citation and opportunity lacks all the attributes of a

judicial determination; it is judicial usurpation and it is oppressive and can never be

upheld where it is fairly administered. (12 Am. Jur. [1st] Const. Law, Sect.573, p.269.);

Note: This sounds like the process used to deprive one of the "privilege"

of operating a motor vehicle "for hire." It should be kept in mind, however, that

we are discussing the arbitrary deprivation of the Right to use the road that all men

and women have "in common";

The futility of any State(s) position can be most easily observed in the 1959

Washington Attorney General's opinion on a similar issue;

"The distinction between the Right of the Citizen to use the public highways for
private, rather than commercial purposes is recognized…";

"Under its power to regulate private uses of our highways, our legislature has required

that motor vehicle operators be licensed (I.C. 49-307). Undoubtedly, the primary

purpose of this requirement is to insure, as far as possible, that all motor vehicle

operators will be competent and qualified, thereby reducing the potential hazard or risk;

of harm, to which other users of the highways might otherwise be subject. But once having complied with this regulatory provision, by obtaining the required license, a motorist enjoys the privilege of traveling freely upon the highways...";

Washington A.G.O. 59-60 No. 88, p. 11;

This alarming opinion appears to be saying that every person using an automobile as a matter of Right, must give up the Right and convert the Right into a privilege. This is accomplished under the guise of regulation. This statement is indicative of the insensitivity, even the ignorance, of the government to the limits placed upon governments by and through the several constitutions;

This legal theory may have been able to stand in 1959; however, as of 1966;

in the United States Supreme Court decision in Miranda, even this weak defense of the state's commercial enforcers actions must fail;

"Where Rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." Miranda vs. Arizona, 384 US 436, 491;

Thus the legislature does not have the power to abrogate the Right to travel upon the public roads, streets, byways, waterways, highways, by passing legislation forcing the men and women to waive his or her Right and convert that Right into a privilege. Furthermore, we have previously established that this "privilege" has been defined as; applying only to those who are; COMMERCIALLY "conducting business in the streets" or "operating for-hire vehicles";

The legislature has attempted, by legislative fiat, to deprive the men and women of his

or her Right to use the  roads, streets, byways, waterways, highways in the ordinary;

course of life and business, without affording the safeguard of "due process of

law." This has been accomplished under; supposed powers of regulation;

**Regulation;**

"In addition to the requirement that regulations governing the use of the highways must

not be violative of constitutional guarantees, the prime essentials of such regulation are

reasonableness, impartiality, and definiteness or certainty." 25 Am. Jur. (1st) Highways,

Sect.260;

"Moreover, a distinction must be observed between the regulation of an activity which

may be engaged in as a matter of Right and one carried on by government sufferance

of permission." Davis vs. Massachusetts, 167 US 43; Pachard vs. Banton, supra;

"Moreover, a distinction must be observed between the regulation of an activity which

may be engaged in as a matter of Right and one carried on by government sufferance

of permission." Davis vs. Massachusetts, 167 US 43; Pachard vs. Banton, supra;

One can say for certain that these regulations are impartial since they are being applied

to all men and women outside of the commercial definition  of  MOTOR VEHICLE;

" USC TITLE 18 § 31 (6), (10)" , even though they are clearly beyond the limits of the

legislative powers. However, we must consider whether such regulations are reasonable

and non-violative of Rights constitutionally guaranteed;

First, let us consider the reasonableness of this statute requiring all entity(ies);



to be licensed (presuming that we are applying this statute to all men and women using the public  roads, streets, byways, waterways, highways). In determining the reasonableness of the statute we need only ask two questions, Does the statute accomplish its stated goal? The answer is No! The attempted explanation for this regulation " to insure the safety of the public by insuring, as much as possible, that all are competent and qualified";

However, one can keep his or her license without retesting, from the time he/she is first licensed until the day he/she dies, without regard to the competency of the person, by merely renewing said license before it expires. It is therefore possible to completely skirt the goal of this attempted regulation, thus proving that this regulation does not accomplish its goal;

Furthermore, by testing and licensing, the state gives the appearance of underwriting the competence of  the licensees, and could therefore be held liable for failures, accidents, etc. caused by licensees;

Is the statute reasonable?;

The answer is No!;

This statute cannot be determined to be reasonable since it requires the man or woman to give up his or her natural Right to travel unrestricted in order to accept the commercial privilege. The purported goal of this statute could be met by much less oppressive regulations, i.e., competency tests and certificates of competency;



before using an automobile upon the public roads, streets, byways, waterways, highways. (This is exactly the situation in the aviation sector.);

But isn't this what we have now?;

The answer is No! The real purpose of this license is much more insidious. When one signs the license, he/she is deceived into giving up his/her Constitutional Right to travel in order to accept and exercise a commercial privilege; After signing this STATE license, a quasi-contract, the man and or woman has to give this STATE his/her consent to be prosecuted for commercial crimes and quasi-criminal actions where there is no harm done and no damaged property, clearly violating the Rights of the Plaintiff(s) under color of law;

These prosecutions take place without affording the men and women of their Constitutional guarantees such as the Right to a trial by jury of twelve persons and the Right to choose counsel, not forced upon by many judges today, as well as the normal safeguards such as proof of intent and a corpus delicti and a grand jury indictment. These unconstitutional prosecutions take place because the men and women are exercising a privilege and has given his/her "implied consent" to legislative enactments designed to control interstate commerce, a regulated enterprise under the police power "ENFORCERS"of this STATE OF FLORIDA

We must now conclude that the men and women are forced to give up Constitutional guarantees of "Right" in order to exerciseTHIS STATE OF FLORIDA "privilege" to travel upon the public highways in the ordinary course of life and business;



**Surrender of Rights;**

A man or women cannot be forced to give up his/her Rights in the name of regulation;

"...the only limitations found restricting the Right of THIS STATE to condition the use of the public highways as a means of vehicular transportation for compensation are (1) that the state must not exact of those it permits to use the highways for hauling for gain that they surrender any of their inherent U.S. Constitutional Rights as a condition precedent to obtaining permission for such use..."; [emphasis added] Riley vs; Laeson, 142 So. 619; Stephenson vs. Binford, supra;

If one cannot be placed in a position of being forced to surrender Rights in order to exercise a privilege, how much more must this maxim of law, then, apply when one is simply exercising (putting into use) a Right;

"To be that statute which would deprive a Citizen of the Rights of person or property, without a regular trial, according to the course and usage of the common law, would not be the law of the land." Hoke vs. Henderson, 15 NC 15;

"We find it intolerable that one Constitutional Right should have to be surrendered in order to assert another" Simons vs. United States, 390 US 389;

Since the state requires that one give up Rights in order to exercise the privilege of driving, the regulation cannot stand under the police power, due process, or regulation, but must be exposed as a statute which is oppressive and one which;



has been misapplied to deprive the men and or women of Rights guaranteed by the United states of America Constitution and the State constitutions;

**TAXING POWER;**

"Any claim that this statute is a taxing statute would be immediately open to severe Constitutional objections. If it could be said that the state had the power to tax a Right this would enable the state to destroy Rights guaranteed by the constitution through the use of oppressive taxation. The question herein, is one of the state taxing the Right to travel by the ordinary modes of the day, and whether this is a legislative object of the state taxation. The views advanced herein are neither novel nor unsupported by authority. The question of taxing power of the states has been repeatedly considered by the Supreme Court. The Right of the state to impede or embarrass the Constitutional operation of the U.S. Government or the Rights which the Citizen holds under it, has been uniformly denied." McCulloch vs. Maryland, 4 Wheat 316;

The power to tax is the power to destroy, and if the state is given the power to destroy Rights through taxation, the framers of the Constitution wrote that document in vain;

"...It may be said that a tax of one dollar for passing through the state cannot sensibly affect any function of government or deprive a Citizen of any valuable Right;

But if a state can tax...a passenger of one dollar, it can tax him a thousand dollars." Crandall vs. Nevada, 6 Wall 35, 46.;

"If the Right of passing through a state by a Citizen of the United States is one guaranteed by the Constitution, it must be sacred from state taxation." Ibid., p.47;

Therefore, the Right of travel must be kept sacred from all forms of state taxation and if this argument is used by the state as a defense of the enforcement of this statute, then this argument also must fail;

## Conversion of a Right to a COMMERCIAL CRIME;

As previously demonstrated, the man and or woman has the Right to travel and to transport his property upon the public highways in the ordinary course of life and business; However, if one exercises this Right to travel (without first giving up the Right and converting that Right into a privilege) the Citizen is by statute, guilty of a crime;

This amounts to converting the exercise of a Constitutional Right into a crime;

Recall the Miller vs. U.S. and Snerer vs. Cullen quotes from p.5, and;

"The state cannot diminish Rights of the people." Hurtado vs.

California, 110 US 516. and…;

"Where Rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." Miranda, supra.;

Indeed, the very purpose for creating the state under the limitations of the constitution was to protect the Rights of the people from intrusion, particularly by the enforcers of commercial government;



So we can see that any attempt by the legislature to make the act of using the public roads, streets, byways, waterways, highways as a matter of Right into a crime is void upon its face;

Any man or woman who claims his or her Right to travel upon the roads, streets, byways, waterways, highways, and so exercises that Right, cannot be tried for a crime of doing so. And yet, the Plaintiff(s) stand(s) and brings forth before this court today to prevent continuation of racketeering through commercial claims / charges / penal sums; for the "commercial crime" of exercising **unalienable** Rights and or Liberty by SHERIFF(S) and FLORIDA HIGHWAY PATROL (FHP), CLERK OF COUNTY(IES) (JUDGES) who continue to violate the Rights of men and women domiciled outside the STATE OF FLORIDA ENTITY(IES);

**Conclusion;**

As we have already shown, the term "drive" can only apply to those who are employed in the business of transportation for hire. It has been shown that freedom includes the Citizen's Right to use the public highways in the ordinary course of life and business without license or regulation by the police powers of the state;

It is the duty of the Court to recognize the substance of things and not the mere form; "The courts are not bound by mere form, nor are they to be misled by mere pretenses. They are at liberty indeed they are under a solemn duty to look at the substance of things, whenever they enter upon the inquiry whether the legislature has transcended;



the limits of its authority. If, therefore, a statute purported to have been enacted to protect...the public safety, has no real or substantial relation to those objects or is a palpable invasion of Rights secured by the fundamental law, it is the duty of the courts to so adjudge, and thereby give effect to the Constitution." Mulger vs. Kansas, 123 US 623, 661;

"It is the duty of the courts to be watchful for the Constitutional Rights of the citizen and against any stealthy encroachments thereon." Boyd vs. United States, 116 US 616;

The courts are "duty bound" to recognize and stop the "stealthy encroachments" which have been made upon the Citizen's Right to travel and to use the roads to transport his property in the "ordinary course of life and business." (Hadfield, supra.);

Further, the court must recognize that the Right to travel is part of the Liberty of which a Citizen cannot be deprived without specific cause and without the "due process of law" guaranteed in the Fifth Amendment. (Kent, supra.);

The history of this "invasion" of the man and woman Right to use the public highways shows clearly that the legislature simply found a heretofore untapped source of revenue, THIS STATE AND COUNTY ENFORCERS knowingly, willfully, and wantonly became commercial AGENT(S), and attempted to enforce a statute in an unconstitutional manner upon those men and women free and natural, who have a Right to travel upon the the roads, streets, byways, waterways, highways;



This was not attempted in an outright action, but in a slow, meticulous, calculated encroachment upon the Right to travel outside of commercial status;

This position must be accepted unless this STATE COMMERCIAL prosecutor can show his contractional authority for the position that the "use of the road in the ordinary course of life and business" is a privilege;

If this STATE OF FLORIDA current judicial system was operating as a true Article 3 court "no feigned issues" and not for streams of commercial fiat revenue under their LEGISLATIVE COMMERCIAL COURT as described above, in regards to Commercial BONDING OF THE COMMERCIAL ENTITY it would allow all the evidence for such to be brought forth, **evidence which is publicly** located in all data bases of the SHERIFF(S) OPERATING AS COMMERCIAL ENTITY, POLICE, FLORIDA HIGHWAY PATROL (FHP) OPERATING AS COMMERCIAL ENTITY, COUNTY CLERKS OFFICE OPERATING AS COMMERCIAL ENTITY AND STATE OF FLORIDA, STATE OF FLORIDA COURTS, DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES OPERATING AS COMMERCIAL ENTITY;

To rule in any other manner, without clear authority for an adverse ruling, will infringe upon fundamental and basic concepts of Constitutional law, This position, that a Right cannot be regulated under any guise, must be accepted without concern for the monetary loss to this COUNTY, STATE and; POLITICAL



SUBDIVISIONS;

"Disobedience or evasion of a Constitutional Mandate cannot be tolerated, even though such disobedience may, at least temporarily, promote in some respects the best interests of the public." Slote vs. Examination, 112 ALR 660;

"Economic necessity cannot justify a disregard of Constitutional guarantee." Riley vs. Carter, 79 ALR 1018; 16 Am.Jur. (2nd), Const. Law, Sect.81;

"Constitutional Rights cannot be denied simply because of hostility to their assertions and exercise; vindication of conceded Constitutional Rights cannot be made dependent upon any theory that it is less expensive to deny them than to afford them" Watson vs. Memphis, 375 US 526;

Therefore, the Court's decision in the instant case must be made without the issue of cost to the state being taken into consideration, as that issue is irrelevant, The state cannot lose money that it never had, a Right to demand from the "Sovereign men and women domiciled on the land";

Finally, we come to the issue of "public policy", It could be argued that the "licensing scheme" of all persons is a matter of "public policy." However, if this argument is used, it too must fail, as

"No public policy of a state can be allowed to override the positive guarantees of the U.S. Constitution." 16 Am. Jur. (2nd), Const. Law, Sect.70;

So even "public policy" cannot abrogate this Right to travel and to use the;



public highways in the ordinary course of life;

Therefore, it must be concluded that;

"We have repeatedly held that the legislature may regulate the use of the highways for carrying on business for private gain and that such regulation is a valid exercise of the police power." Northern Pacific R.R. Co., supra.;

"The act in question is a valid regulation, and as such is binding upon all who use the highway for the purpose of private gain." Ibid.;

Any other construction of this statute would render it unconstitutional as applied to men and women of the state of Florida. The Plaintiff(s) therefore moves this court to dismiss any present and future COMMERCIAL claims by SHERIFF(S), POLICE,  FLORIDA HIGHWAY PATROL and any other FLORIDA STATE agency against the Plaintiff(s), men and women members and unknown men and women members of the Ninth Amendment Party Association (UNA) that violate self determination of commercial status with prejudice;

In addition;

Since no notice is given to people applying for driver's (or other) licenses that they have a perfect Right to use the the roads, byways, waterways, highways, without any permission, and that they surrender valuable Rights by taking on the regulation system of licensure, the DEFENDANTS have assisted in committing racketeering by way of PARSE-SYNTAX-GRAMMER fraud, by duress;



threats, violence, detainment and incarceration if you fail to comply or refuse a unconstitutional lawful order when the commercial entity is no longer lawful due to operation and choice by the Sheriff(s) and or Deputy(ies) or Director(s) and or employee(s) of FHP, This occurs when any man and or woman is forced violently or non violently that they **must have a license in order to use the public roads, streets, byways, waterways, highways;**

The license, being a legal contract under which THIS STATE OF FLORIDA is empowered with enforcement through unconstitutional **policing powers is only valid when the licensee takes on the burdens of this contract and bargains away his or her Rights knowingly, intentionally, and voluntarily not knowing the option to travel freely is available under previous Supreme Court decisions**;

Few know that the driver's license is a contract without which the commercial enforcers are powerless to regulate the men and women action(s) or activity(ies);

Few if any licensees intentionally surrender unalienable Rights to travel freely without delay. They are told that they must have the license. As we have seen, this is not the case;

No one man or woman in their Right mind voluntarily surrenders complete unalienable Rights, and accepts in its place a set of commercial regulations that violate Rights of men and women;

**Unconstitutional Official Acts;**

16 Am Jur 2d, Sec 177 late 2d, Sec 256;



The general misconception is that any statute passed by legislators bearing the appearance of law constitutes the law of the land. The U.S. Constitution is the supreme law of the land, and any statute, to be valid, must be In agreement. It is impossible for both the Constitution and a law violating it to be valid; one must prevail. This is succinctly stated as follows;

The General rule is that an unconstitutional statute, though having the form and name of law is in reality no law, but is wholly void, and ineffective for any purpose since unconstitutionality dates from the time of its enactment and not merely from the date of the decision so branding it. An unconstitutional law, in legal contemplation, is as inoperative as if it had never been passed. Such a statute leaves the question that it purports to settle just as it would be had the statute not been; enacted;

Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no Rights, creates no office, bestows no power or authority on anyone, affords no protection, and justifies no acts performed under it…;

A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing valid law. Indeed, insofar as a statute; runs counter to the fundamental law of the land, it is superseded thereby. No one is bound to obey an unconstitutional law and no courts are bound to enforce it, Jon Roland;

Strictly speaking, an unconstitutional statute is not a "law", and should not be called a;

"law", even if it is sustained by a court, for a finding that a statute or other official act is constitutional does not make it so, or confer any authority to anyone to enforce it;

All UNITED STATES citizens and legal residents of the United States, by their presence of the OVERLAY territory map of the UNITED STATES over United states of America territory, are subject to the COMMERCIAL social compact(s) that creates the COMMERCIAL society, which requires that each, alone and in concert with others, not only obey the COMMERCIAL GOVERNMENT and unconstitutional official acts, but help enforce them, if necessary, at the risk of one's life;

Any unconstitutional act of an official, SHERIFF(S), employee(s) of and or FLORIDA; HIGHWY PATROL employee(s) will at least be a violation of the oath of that official to execute the duties of his office, and therefore grounds for his removal from office and or employment. No official immunity or privileges of rank or position survive the commission of unlawful acts. If it violates the Rights of men and women, it is also likely to be a crime, and the State(s) militia duty obligates anyone aware of such a violation to investigate it, gather evidence for a prosecution, make an arrest, and if necessary, seek an indictment from a grand jury, and if one is obtained, prosecute the offender in the appropriate jurisdiction according to status by a competent court of law operating outside the color of law Legislative Courts;

**US Constitution Amendment 5 - Trial and Punishment, Compensation for Takings;**

No man or women shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any man or women be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without the correct due process of law; nor shall private, real and or personal property be taken for public use, without just compensation;

**US Constitution, Amendment 6 - Right to Speedy Trial, Confrontation of Witnesses;**

In all criminal prosecutions, the accused shall enjoy the Right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, <u>which district shall have been previously ascertained by law,</u> and to be informed of the nature and cause of the accusation; to be confronted; with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the choice of Assistance of Counsel for his defense;

**Amendment 14 - Citizenship Rights;**

1. All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty;

or property, without due process of law, nor deny to any person within its jurisdiction

the equal protection of the laws;

**Definitions of law and color of law;**
county of; Constitutional;

<u>Upper and Lower case name</u> County; Municipal;

<u>ALL CAPS NAME</u> COUNTY; FULL COMMERCIAL ENTITY;

sheriff office; constitutional;

Sheriff Office; Municipal;

SHERIFF OFFICE; FULL COMMERCIAL ENTITY;

Florida Highway Patrol; Municipal entity;

FLORIDA HIGHWAY PATROL; FULL COMMERCIAL ENTITY;

**Commercial Vehicle; 18 USC §31 (6),(10)**

**Debtor; 28 USC § 3002 (4)**

**DeJure; BLACK LAW DICTIONARY IV;** Of right; Lawful and right by just

title, in this sense it is the contrary to DeFacto;

**DeJure Government; BLACK LAW DICTIONARY VI; a Republic**

**Government, the supreme power of a nation, state, county, city, and town;**

**DeFacto; BLACK LAW DICTIONARY IV;** in fact; actually; indeed; in

reality……. thus, an office, position or status existing under a claim or color of

rights, such as a deputy county clerk….;



**DeFacto Government; BLACK LAW DICTIONARY VI;** one that maintains itself by a display of force against the will of the rightful legal government and is successful at least temporarily, in overturning the institutions of the rightful legal government by setting up its own in lieu thereof.

**Lawful; BLACK LAW DICTIONARY VI;**

The principle distinction between the terms **lawful** and <u>legal</u> is that the former **contemplates the substance of law**, <u>the latter the form of law</u>; to say of an act that it is **"lawful" implies** that it is authorized, sanctioned, or at any rate not forbidden, by law, to say that it is **"legal" implies** that it is done or performed in accordance with the forms in usages of law, or in a technical manner. In this sense **"illegal" approach is the meaning of invalid for example a contract or will, executed without the required formalities, might be said to be invalid or illegal, but could not be described as unlawful.** Further the word **"lawful"** merely clearly **implies an ethical content that does** <u>"legal"</u> the latter goes no further than <u>to denote compliance, with the positive, technical, or formal rules,</u> while the former usually imports a moral substance or ethical permissibility. A further distinction is that the word <u>legal</u> is used as a synonym of "constructive" which lawful is not thus **"legal fraud"** is fraud implied or inferred by law, or made out by construction. **"Lawful Fraud" would be a contradiction of the terms**. Again, <u>**legal is used as the antithesis of equitable.**</u>**" Thus,** we speak of;



"legal assets," or "lawful estate." etc., but not of lawful assets or lawful estate. But there are some connections in which the two words are used as exact equivalent. The say "lawful" writ, warrant, or process is the same as a "legal" writ, warrant or process;

**Legal;**

Created by law. De Vita v. Pianisani, 127 Misc. 611, 217 N.Y. S.438,440;

**Legal Fraud;**

Contracts or acts as, they are not originating in actual evil designed to perpetrate fraud, yet by their tendency to mislead others or to violate confidence are prohibited by law. Ruedy v. Toledo Factories Co. 61 Ohio App. 21, 22 N.E. 2d 293, 297, Black Law Dictionary IV;

**Legal Name;**

Under common law consist of one Christian name and one surname, and the insertion, omission, or mistake in middle name or in initial is immaterial Langley v. Zürich General Accident and Liability Ins. Co., 97 Cal.App. 434, 275 P. 963, 965; Black Law Dictionary IV;

**Legal Injury;**

Violation or invasion of legal right. Combs v. Hargis Bank and Trust Co. 234 Ky.; 202, 27 S.W.2d 955,956; Black Law Dictionary IV;

**Legal Notice;**

Such notice is adequate in point of law; such notice as law requires to be given for;



a specific purpose or in the particular case Sunburn v. Piper, 64 N.H. 335,10A. 680;

**Legal Rights;**

Natural Rights**, existing as a result of contract**, and rights created and recognized by law; Black Law Dictionary IV;

**Person**; 1 USC § 8; 28 USC § 3002 (10)

**Servitus;**

In the civil law. Slavery; bondage; the state of service and institution of the **conventional law of nations** by which **one person is subject to the dominion of another contrary to natural right**; Black Law Dictionary IV;

**Vessel;** 18 USC § 9;



**Plaintiff(s) Statement of Claim;**

**COMES NOW**, the Ninth Amendment Party Association an Unincorporated Non Profit Association has capacity to assert and defend standing (1) a nonprofit association in its name may institute, defend, intervene or participate in a judicial, administrative or other governmental proceeding or in arbitration, mediation or in any other forms of alternative dispute resolution; (2) a nonprofit association may assert a claim in its name on behalf of its members if one or more of its members of the nonprofit association have standing to assert a claim in their own Right, the interest the nonprofit association seeks to protect is germane to its purpose and neither the claim asserted or the relief requested requires participation of a member;

The Ninth Amendment Party "Florida Chapter", an Unincorporated Non Profit Association, placed publication in the FORT MEYERS WEEKLY on October 19, 2022, October 26 of 2022, November 2 of 2022, November 9 of 2022 Notice Id # 20tiCzAOxtcWAVKJZfz9 with **no response** from any City, County or State elected officials, PRINCIPAL(S) OR AGENT(S) OR EMPLOYEES in reference to the Judicial Notice and Constructive Notice to protect the Rights of men and women who are members and non-members, failure to respond in writing within the time specified to contest shall be conclusively deemed to approve the notice and schedule of fees by Ninth Amendment Party Association, Since the;



City, County or State PRINCIPAL(S) OR AGENT(S) did not respond in writing to the first notice of schedule of fees, then the Ninth Amendment Party continued to notice by way of public publication a second notice, published third notice and published the forth notice. Since the Defendants did not respond in writing to the second, third and forth publication within seven calendar days from the original date of notice to the fourth notice, then the City, County or State PRINCIPAL(S) OR AGENT(S) shall be conclusively deemed to have approved the notice and schedule of fees for constitutional violations;

The Ninth Amendment Party Association, a Unincorporated Non Profit Association "registered in Idaho", MILTON GERARD ESQUIBEL a UNITED STATES created government entity, Milton-Gerard a man created in God's image, born alive, on the soil, in the third dimension and beyond the sea of the family :Esquibel, with clean hands, rectus in curia, founder and member in good standing hereinafter referred to as the Plaintiff(s) is seeking from this Court under **42 USC SEC 1982; SEC 1983; SEC 1985; SEC 1986; 28 USC SEC 1331; SEC 1343 (a) (3); 18 USC SEC 241; SEC 242; 42 SEC 12203 and any unknown protection under law** to protect the Plaintiff(s) Rights and to correct the error(s) of the named Defendant(s) against members and non members who have standing on the land by declaration of domicile of choice or by any other form permitted by law, within the United states of America versus <u>COMMERCIAL SERVITUS under the UNITED STATES INC.</u>, established under the act of the District of;



Columbia ;year 1871, Milton-Gerard of the family :Esquibel has been forced to participate under this violation of Right by this Sheriff overseeing his deputies of Collier; County (04-26-2022 TINTED WINDOWS) and FLORIDA HIGHWAY PATROL in Brooksville located HERNANDO COUNTY (06/21/2023 TINTED WINDOWS) along with CLERK(S) and or JUDGE(S) and or Employees of said COUNTY(IES) OF COMMERCIAL COURT(S), SHERIFF(S), POLICE, COUNTIES THROUGHOUT THIS STATE and FLORIDA HIGHWAY PATROL continue to violate Rights of self determination of status of known or unknown members, forced contractual agreement(s), for the purpose commercial revenue by way of monopoly, fraud, and racketeering violations of Right;

1. **COMMERCIAL SERVITUS** is created under the **UNITED STATES INC.** which through government **DRIVERS LICENSE compact(s)** is utilized in all **TOWNS, CITIES, COUNTIES AND STATES** of this Nation by the Defendant(s) through the capitalization of your **true name** which is written in; **upper and lowercase letters**, "**Example; John Buck Doe**", versus your **forged commercial name as seen on a DRIVERS LICENSE "Example; JOHN BUCK DOE"** Defendants utilize this enforcer tactic against the Plaintiff(s) members and non-members by threat, creating and inflicting duress and coercion under the presumed commercial status of government under color of law **WITH NO AUTHORITY TO CONVERT;**



2. Plaintiff(s) investigation and research under the Administrative Procedure Act defines the use of all **CAPITAL LETTERS** under the **Commercial Name Availability** which defines as follows "**Legal Authority;** characters of print; acceptable in names, names may consist of letters of the English alphabet, Arabic numerals and certain symbols capable of being reproduced on a standard English language typewriter or combination thereof, **letters of the English alphabet includes only upper capital letters; no distinction as to type face or font is recognized"** Defendants deny the status of NAME CHANGE as a commercial entity for commercial purposes of financial and physical control which violate Plaintiff(s) unalienable Rights as men and women living under color of law <u>COMMERCIAL SERVITUS</u>;

3. Plaintiff(s) investigation and research shows that in Florida STATE under the **Fictitious Name** category of the Secretary of State Business you can PURCHASE AND REGISTER your true name "upper and lower case" under a commercial DBA and is published publicly to inform the government and public; of UCC commercial; contractual obligations that now exist, MILTON GERARD ESQUIBEL is registered as such in this State of FLORIDA under G22000113323;

4. Plaintiff(s) investigation and research can find no constitutional lawful authority, enacting clauses, Session laws, Legislative certificates, common law rules and/or rulings, that authorizes the UNITED STATES DEPARTMENT OF;



HIGHWAY SAFETY AND MOTOR VEHICLES and STATE OF FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES a State governmental entity or a State, County, City elected official, governmental; employee to constitutionally determine a man's or woman's or son('s) or daughter('s) commercial status and or real property and or private property status under color of law, and or which allows any form of Government to take away a man's or woman's self determination of non commercial status "ie the Right to contract" which the defendants have violated the Plaintiff(s) members and non members Rights daily throughout this STATE OF FLORIDA commercial entity(ies);

5. Plaintiff(s) investigation and research can find no constitutional lawful authority, and or legal authority to force the man or woman into a presumed status of a GOVERNMENT entity for the purpose of contractual obligations that violate any and all Rights of man and or woman and or son(s) or daughter(s) created in God's image who are members or non members of our Association and our belief in God and the ability to pursue unalienable Rights as defined by Bouvier's law dictionary **"things which are not in commerce"** and to carefully evaluate the term <u>inalienable as used in the State(s) constitution</u> as defined "the characteristic of those things which cannot be bought or sold or transferred to from one person to another, such as rivers and public highways, and **certain personal Rights**; e. g., liberty" as defined under Black's Law Dictionary IV;

the SHERIFF(S) and FLORIDA HIGHWAY PATROL combined with others have subjected the men and women to a jurisdiction foreign to our original constitution, which the defendants have violated the Plaintiff(s) members and non members Rights by threat, inflicting duress, financial burdens and coercion without providing the verifiable contract authorized by all involved;

6. Plaintiff(s) investigation and research can find no constitutional lawful authority to force a victimless crime into a commercial venue as stated in 27 CFR 72.11, to collect FEDERAL RESERVE NOTES OF CREDIT to fund the for-profit MUNICIPAL CORPORATION(S) and or commercial political subdivision(s) of the United States, this State of Florida or any other form of government entities within the original land boundaries for the United States of America, which the defendants have violated the Plaintiff(s) guaranteed Rights to travel freely, to determine any and all contractual agreements and either accept or deny;

7. Plaintiff(s) investigation and research shows the COMMERCIAL COURTS of this STATE OF FLORIDA as described in the first constitution of the State Article IV Judicial Department §1. utilize in reference to the **COMMERCIAL Drivers License compact** to initiate fees, known as **Penal Sum**, if you **don't pay this commercial debt** you go into Default Judgement **creating bond payments** due to **commercial violations** without the knowledge of the general population of men and women **traveling to and from non;**

**commercial activities**, These bonds vary from BID BOND, PERFORMANCE BOND, PAYMENT BOND, PAYMENT BOND FOR OTHER THAN CONSTRUCTION CONTRACTS, and others not to be limited, are assisted by the SHERIFF(S) and FLORIDA HIGHWAY PATROL in racketeering, violation of rights and generating outrageous sums of revenue unknown to the general population of men and women of the United states of America for the different entities of COMMERCIAL GOVERNMENT(s) and Agents of which the defendants have violated the Plaintiff(s) to travel freely, etc…;

8. Plaintiff(s) investigation and research can find no lawful constitutional authority to deprive the Plaintiff(s) Right to own property free and clear from government **COMMERCIAL SERVITUS** from a foreign taxation and levy by **government, its principals and or agents and or employees due to presumed commercial status and activity without a authorized contract in place** which the defendants have violated the Plaintiff(s) Rights and or members and non members, and the ability to perform husbandry and or wifery abilities;

9. Plaintiff(s) also utilized and placed lawfully and or legally on the actual DRIVERS LICENSE UCC 1-308 defined "…that with explicit reservation of; Rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the Rights reserved…" along with initiating the Secure Party Creditor UCC 1 process which takes the ENTITY/DEBTOR/VESSEL "JOHN BUCK DOE" status away;



and places the ENTITY/DEBTOR/VESSEL in dry dock, placing the man or woman as the Trustee in control by self determination through trust of any and all commercial contractual obligations placed upon the man or woman through presumption unless void where prohibited by law which the defendants have violated the Plaintiff(s) Rights to be secure from commercial activity without a contract in place;

10. Plaintiff(s) investigation and research finds a contract must contain (a) the offer (b) acceptance (c) awareness (d) consideration (e) capacity (f) legality, by not providing the contract Defendant(s) continue to violate due process;

11. Plaintiff(s) investigation and research of the constitution for the United States of America and the overlay constitution of the UNITED STATES are governed differently by SHERIFF(S), DEPUTY(IES), FLORIDA STATE PATROL, Elected Officials, Employees of Government Entity(ies) within City County and City, County and any form of Law Enforcement, "Example; Oath of office and Affirmation is usurped in violation according to 5 U. S. C. § 3331, and 28 U. S. C. § 746 the defendants have violated the Plaintiff(s) Rights to access the status of self determination;

12. Plaintiff(s) investigation and research shows "there are no Judicial courts in America and have not been since 1789. "Judges" do not enforce statutes and codes. **Executive administrators enforce statues and codes**. FRC V. GE., 281 U.S. 428 1 Stat. 138-178", There have only been Administrators. FRC v. GE,;



281 U.S. 464 Keller v. Potomac Elec. Co., 261 U.S. 428 1 Stat. 138-178" "The Supreme Court has warned, "Because of what appears to be Lawful commands [Statutory Rules, Regulations and -codes–ordinances- and Restrictions] on the surface, many <u>commercial</u> citizens "emphasis added" because of their respect for what appears to be law, are cunningly coerced into waiving their Rights, due to ignorance… [deceptive practices, constructive fraud, barratry, legal plunder, conversion, and malicious prosecution in inferior administrative State courts]." (United States v. Minker, 350 U.S. 179, 187, 76 S.Ct. 281, 100 L.Ed. 185 (1956);" by extending the COMMERCIAL jurisdiction of the courts, of Admiralty, "Law Merchant" beyond its ancient limits, SHERIFF(S) DEPUTY(IES) AND FLORIDA HIGHWAY PATROL have a manifest tendency to subvert the Rights and guaranteed constitutional secured liberties of the men and women on the land within the state of Florida;

13. Plaintiff(s) investigation and research shows "A concurrent or 'joint resolution' of legislature is not "Law,"( Koenig v. Flynn, 258 N.Y. 292; 179 N. E. 705, 707; Ward v State, 176 Okl. 368, 56 P.2d 136, 137; State ex rel. Todd v. Yelle, 7 Wash.2d 443, 110 P.2d 162, 165).;

**All codes, rules, and regulations are for government authorities only**, not man/woman Creators in accord with God's Laws. "All codes, rules, and regulations are unconstitutional and lacking due process of Law."(Rodriques v. Ray Donavan, U.S. Department of Labor, 769 F.2d 1344, 1348 (1985)), lacking;



due process of law, in that they are 'void for ambiguity' in their failure to specify the statutes' applicability to 'natural persons,' otherwise depriving the same of fair notice, as their construction by definition of terms aptly identifies; the applicability of such statutes to "artificial or fictional corporate entities or 'persons', creatures of statute, or those by contract employed as agents or representatives, departmental subdivisions, offices, officers, and property of the government, but not the 'Natural Person' or American citizen Immune from such jurisdiction of legalism." "A "Statute' is not a Law," (Flournoy v. First Nat. Bank of Shreveport, 197 La. 1067, 3 So.2d 244, 248), A "Code' or Statute' is not a Law," (Flournoy v. First Nat. Bank of Shreveport, 197 La. 1067, 3 So.2d 244, 248)," "A "Code' is not a Law," (In Re Self v Rhay Wn 2d 261), in point of fact in Law).";

14. Plaintiff(s) investigation and research shows "The Common Law is the real law, the Supreme Law of the land. The codes, rules, regulations, policy and statutes are "not the law." (Self v. Rhay, 61 Wn 2d 261), They are the law of government for internal regulation, not the law of man and or woman, in his or her separate but equal station and natural state, a sovereign foreign with respect to government generally;

15. Plaintiff(s) investigation and research from different STATES are all in uniform standard when issuing your STATE COMMERCIAL LICENSE TO OPERATE A MOTOR VEHICLE, this uniform style of commercial fraud when;



transferring your True Name **"Example; John Buck Doe"** to an entity of **COMMERCIAL SERVITUS "Example; JOHN BUCK DOE"** is done in a stroke of a key knowingly, willfully and wantonly by many government officials; One of our members received the reason for such after asking why his Family Name DeMott was not spelled correctly, the response from the IDAHO TRANSPORTATION DEPARTMENT was stated "this letter is in response to your phone inquiry in which you requested an explanation of why Idaho drivers license are printed with names and addresses in uppercase letters, Idaho's current automotive drivers license system was launched in the early 1980s, this system is not capable of both upper and lower case letter entry as system limitations allow upper case only for names and addresses, the database of licenses and IDs on file (in the 1 - 2 million record range), are all created in this way, there are no programming resources available for the system modification to allow entry of new records, likewise there are not enough people resources to re-enter existing records in both upper and lower case, the department also finds it is not feasible to re-issue your license in both upper and lower case, a review of sample licenses from other states reveal that no other state has the ability to issue names and addresses on drivers license with both upper and lower case letters, for readability and to state to state consistency, it is believed that continuation of upper case letters for names and address is preferable. signed Edward R. Pemble, dated April 27, 2010";



16. There is no record or evidence that DEFENDANTS(S) have not used "Fictitious Conveyance of Language" against Plaintiff(s), leading to various and many connected interlocking directives founded, propagated, brought forward and executed under fraud;

17. DEFENDANTS admit to the truth and guilt of utilizing, as a device against Plaintiff(s), "Fictitious Conveyance of Language";

18. If an organization, corporation, or other entity uses false conveyance of language, Plaintiff(s) call it "Deceptive Trade Practices"; acts and actions of such are often harmful to the intended victim and bring "ill-gotten gain" to the treasuries of such corporations;

19. Plaintiff(s) evidence shows the DEFENDANT(S) are corporations and all legislative court systems are for profit, "Also Trades As" corporations with very few safeguards in place to protect the private man. The corporate beasts' prime directive is to instill fear in the minds of the less fortunate persons of involuntary commercial servitus and the most common device in use by such fear-mongers is false conveyance of language violating the rights of the Plaintiff(s);

20. All organizations within the government are required by 26: C.F.R.: 601.72(a)-1 to publish how the organizations are organized, and the nature of the organization. In most cases, there is plenty of evidence pointing to the fact that there is a lack of public disclosure concerning the true nature of the organization;

that is demanding monies, fees, fines, penalties, licensing, or prosecuting us. We have further evidence that the STATE court's organization is just as fraudulent, since they all are organized as legislative foreign fictions, using subjective interpretation, legal fictions, and the like brought forth by the COMMERCIAL NAME violating the rights of the Plaintiff(s);

21. Lack of full disclosure combined with the use of verb language (versus now time truth language, noun fact language) allows DEFENDANT(S) to be charged with breaching 18 USC 1001, for their false statements a.k.a. Perjury, and 18 USC 1002, for their false papers against Plaintiff(s);

22. The organizational structure of the system, the false statements and false papers are designed to place us at a legal disability. So we claim our communications disabled/handicapped status under 42 USC 126 and charge them with breaching it, which is the Policy regarding rights of the handicapped, since the government is obligated in 42 USC 12182 - to make efforts to eliminate communication barriers that hinder the handicapped;

23. If the opposing party uses all UPPERCASE styling of our names (or any name version that is not the proper full given name), they are intentionally addressing their pleadings to the fictional "strawman", and are using 18 USC 1342 - Fiction names against us to then impose violations of 18 USC 1341 by causing a Fraud and Swindle. By not using a proper name for you or them, aka upper and lowercase lettering, with proper punctuation, they are in breach of;



FRCP RULE:10(a) - proper name of the party, and in breach of FRCP RULE: 17 - since only the real party of interest can be sued in the admiralty;

24.  The SHERIFF(S) AND FLORIDA HIGHWAY PATROL current system is determining jurisdiction under a commercial entity, they are committing 42 USC 1985(3) - Deprivation of our Rights. Therefore, they are violating 18 USC 1961 - Racketeering activity, for their 42 USC 1985(2) - Obstruction of the Justice, therefore  causing a 42 USC CH. 21 - 1983 - Personal Injury, and a 42 USC 1983 Note 39 - Civil Deprivation of the Rights, by their 42 USC 1983, Note 319 and Note 337 - Custom & Policy under their 18 USC 241 - Conspiracy, under the Color of Law, causing the 18 USC 242 - Criminal Deprivation of the Rights, and 18 USC 872 - Collusion/ Coercion, for the 18 USC Ch.73:§: 1512 - Criminal Obstruction of the Justice, thus leading to 28 USC 1359 - Loss of the Jurisdiction by their Collusion, all while operating under the 4 USC - Desecration of the flag;



DEFENDANT(S);

| Collier | Kevin | Rambosk | 3319 Tamiami Trail East | Naples FL 34112-4901 | 239/252-0555 | 239/252-0977 |
|---|---|---|---|---|---|---|
| Alachua | Clovis | Watson, Jr. | PO Box 5489 | Gainesville FL 32627-5489 | 352/367-4000 | 352/374-1801 |
| Baker | Scotty | Rhoden | 1 Sheriff's Office Drive | Macclenny FL 32063-8833 | 904/259-2231 | 904/259-5583 |
| Bay | Tommy | Ford | 3421 N Highway 77 | Panama City FL 32405-5009 | 850/747-4700 | 850/784-0949 |
| Bradford | Gordon | Smith | PO Box 400 | Starke FL 32091-0400 | 904/966-2276 | 904/966-6160 |
| Brevard | Wayne | Ivey | 700 S Park Avenue | Titusville FL 32780-4008 | 321/264-5201 | 321/264-5360 |
| Broward | Gregory | Tony | 2601 W Broward Blvd | Ft. Lauderdale FL 33312-1308 | 954/831-8901 | 954/797-0936 |
| Calhoun | Glenn H. | Kimbrel | 20776 Central Avenue E | Blountstown FL 32424-2276 | 850/674-5049 | 850/674-5586 |
| Charlotte | Bill | Prummell | 7474 Utilities Road | Punta Gorda FL 33982-2417 | 941/639-2101 | 941/205-5627 |
| Citrus | Mike | Prendergast | 1 Dr Martin Luther King Jr Avenue | Inverness FL 34450-4968 | 352/726-4488 | 352/726-5614 |
| Clay | Michelle | Cook | PO Box 548 | Green Cove Springs FL 32043-0548 | 904/284-7575 | 904/284-0710 |
| Columbia | Mark | Hunter | 4917 E US Highway 90 | Lake City FL 32055-6288 | 386/752-9212 | 386/754-7001 |
| DeSoto | James | Potter | 208 E Cypress Street | Arcadia FL 34266-4410 | 863/993-4700 | 863/993-4766 |
| Dixie | Darby | Butler | PO Box 470 | Cross City FL 32628-0470 | 352/498-1220 | 352/498-1226 |
| Duval/ Jacksonville | T.K. | Waters | 501 E Bay Street | Jacksonville FL 32202-2927 | 904/630-2120 | 904/630-1772 |
| Escambia | Chip | Simmons | PO Box 18770 | Pensacola FL 32523-8770 | 850/436-9630 | 850/436-9491 |
| Flagler | Rick | Staly | Box 879 | Bunnell FL 32110-4434 | 386/437-4116 | 386/586-4811 |
| Franklin | A.J. | Smith | 270 State Road 65 | Eastpoint FL 32328-3616 | 850/670-8519 | 850/670-8566 |
| Gadsden | Morris | Young | PO Box 1709 | Quincy FL 32353-1709 | 850/627-9233 | 850/875-8881 |
| Gilchrist | Bobby | Schultz | 9239 South US Hwy 129 | Trenton FL 32693-5463 | 352/463-3181 | 352/463-3183 |
| Glades | Dave | Hardin | PO Box 39 | Moore Haven FL 33471-0039 | 863/946-1600 | 863/946-6315 |
| Gulf | Mike | Harrison | 418 Cecil G. Costin Sr. Blvd. | Port St Joe FL 32456 | 850/227-1115 | 850/227-2097 |
| Hamilton | Harrell | Reid | PO Drawer A | Jasper FL 32052-0541 | 386/792-2004 | 386/792-3133 |
| Hardee | Vent | Crawford | 900 East Summit Street | Wauchula FL 33873-9606 | 863/773-0304 | 863/773-4593 |
| Hendry | Steve | Whidden | PO Box 579 | LaBelle FL 33975-0579 | 863/674-5603 | 863/674-5634 |
| Hernando | Al | Nienhuis | PO Box 10070 | Brooksville FL 34603-0070 | 352/754-6830 | 352/799-4660 |
| Highlands | Paul | Blackman | 400 South Eucalyptus Street | Sebring FL 33870-3720 | 863/402-7200 | 863/402-7296 |



| Hillsborough | Chad | Chronister | PO Box 3371 | Tampa FL 33601-3371 | 813/247-8000 | 813/247-0980 |
|---|---|---|---|---|---|---|
| Holmes | John | Tate | 211 N Oklahoma Street | Bonifay FL 32425-2221 | 850/547-4421 | 850/547-2290 |
| Indian River | Eric | Flowers | 4055 41st Avenue | Vero Beach FL 32960-1802 | 772/569-6700 | 772/569-8144 |
| Jackson | Donnie | Edenfield | 4111 Gov. Rick Scott Dr. | Marianna FL 32448 | 850/482-9624 | 850/482-9017 |
| Jefferson | Mac | McNeill | 171 Industrial Park | Monticello FL 32344-6385 | 850/997-2523 | 850/997-0756 |
| Lafayette | Brian | Lamb | PO Box 227 | Mayo FL 32066-0227 | 386/294-1222 | 386/294-1190 |
| Lake | Peyton | Grinnell | 360 W Ruby Street | Tavares FL 32778-3826 | 352/343-9500 | 352/343-9505 |
| Lee | Carmine | Marceno | 14750 Six Mile Cypress Pkwy | Ft. Myers FL 33912-4406 | 239/477-1000 | 239/477-1030 |
| Leon | Walt | McNeil | PO Box 727 | Tallahassee FL 32302-0727 | 850/922-3300 | 850/922-3337 |
| Levy | Bobby | McCallum | PO Drawer 1719 | Bronson FL 32621-1719 | 352/486-5111 | 352/486-5116 |
| Liberty | Buddy | Money | PO Box 67 | Bristol FL 32321-0067 | 850/643-2235 | 850/643-1191 |
| Madison | David | Harper | 2364 W. US 90 | Madison FL 32340 | 850/973-4151 | 850/973-8508 |
| Manatee | Rick | Wells | 600 US Hwy 301 Blvd W | Bradenton FL 34205 | 941/747-3011 | 941/749-5401 |
| Marion | Billy | Woods | PO Box 1987 | Ocala FL 34478-1987 | 352/732-8181 | 352/620-7209 |
| Martin | William | Snyder | 800 SE Monterey Road | Stuart FL 34994-4599 | 772/220-7000 | 772/320-4747 |
| Miami-Dade | Alfredo | Ramirez | 9105 NW 25th Street | Miami FL 33172-1500 | 305/471-3518 | 305/471-2163 |
| Monroe | Rick | Ramsay | 5525 College Road | Key West FL 33040-4307 | 305/292-7000 | 305/292-7099 |
| Nassau | Bill | Leeper | 77151 Citizens Circle | Yulee FL 32097-5452 | 904/225-0331 | 904/225-0443 |
| Okaloosa | Eric | Aden | 50 Second Street | Shalimar FL 32579-1748 | 850/651-7400 | 850/609-3048 |
| Okeechobee | Noel | Stephen | PO Drawer 1397 | Okeechobee FL 34973-1397 | 863/763-3117 | 863/763-6366 |
| Orange | John | Mina | PO Box 1440 | Orlando FL 32802-1440 | 407/254-7000 | 407/254-7014 |
| Osceola | Marcos | Lopez | 2601 E Irlo Bronson | Kissimmee FL 34744-4912 | 407/348-1100 | 407/348-1115 |
| Palm Beach | Ric | Bradshaw | PO Box 24681 | West Palm Beach FL | 561/688-3000 | 561/688-3033 |
| Pasco | Chris | Nocco | 8700 Citizen Drive | New Port Richey FL | 727/847-5878 | 727/844-7742 |
| Pinellas | Bob | Gualtieri | PO Box 2500 | Largo FL 33779-2500 | 727/582-6200 | 727/582-6459 |
| Polk | Grady | Judd | 1891 Jim Keene Blvd. | Winter Haven FL 33880 | 863/298-6200 | 863/298-6518 |
| Putnam | Gator | DeLoach | 130 Orie Griffin Blvd. | Palatka FL 32177-1416 | 386/329-0800 | 386/329-0484 |
| Santa Rosa | Robert | Johnson | PO Box 7129 | Milton FL 32572-7129 | 850/983-1100 | 850/983-1129 |
| Sarasota | Kurt A. | Hoffman | PO Box 4115 | Sarasota FL 34230-4115 | 941/861-5800 | 941/378-0951 |



| Seminole | Dennis | Lemma | 100 Eslinger Way | Sanford FL 32773-6706 | 407/665-6600 | 407/665-6654 |
|---|---|---|---|---|---|---|
| St. Johns | Rob | Hardwick | 4015 Lewis Speedway | St. Augustine FL 32084-8611 | 904/824-8304 | 904/810-6782 |
| St. Lucie | Ken | Mascara | 4700 W Midway Road | Ft Pierce FL 34981-4825 | 772/462-7300 | 772/489-5851 |
| Sumter | Bill | Farmer | 7361 Powell Road | Wildwood FL 34785 | 352/569-1600 | 352/569-1601 |
| Suwannee | Sam | St. John | 200 South Ohio/MLK Ave Ste 105 | Live Oak FL 32064-3239 | 386/362-2222 | 386/364-1953 |
| Taylor | Wayne | Padgett | 108 N Jefferson | Perry FL 32347-3252 | 850/584-4225 | 850/584-7016 |
| Union | Brad | Whitehead | 55 W Main Street Room 102 | Lake Butler FL 32054-1654 | 386/496-2501 | 386/496-3600 |
| Volusia | Michael | Chitwood | PO Box 569 | DeLand FL 32721-0569 | 386/736-5961 | 386/822-5074 |
| Wakulla | Jared | Miller | 15 Oak Street | Crawfordville FL 32327-2090 | 850/745-7100 | 850/926-1613 |
| Walton | Mike | Adkinson | 752 Triple G Road | DeFuniak Springs FL 32433-5606 | 850/892-8186 | 850/892-8422 |
| Washington | Kevin | Crews | PO Box 626 | Chipley FL 32428-0626 | 850/638-6111 | 850/638-6168 |
| State FHP | Gary L. | Howze | Neil Kirkman building FHP 2900 Apalache Parkway | Tallahassee FL 32399 | | |

It is the duty of the Sheriff(s), Principal(s), Agent(s), Deputy(ies) employee(s) **POLICE** and **FLORIDA HIGHWAY PATROL**, Principal(s), Agent(s), employee(s) to make known, by a proper declaration, a written contract, the authority under which he or she detains a man and woman outside the presumed **COMMERCIAL STATUS IMPLIED** example: "**JOHN BUCK DOE**" on the fraudulent face of the name conversion to commercial status **ON THE LICENSE UTILIZED BY THE DEFENDANTS TO DETERMINE COMMERCIAL STATUS;**



Plaintiff(s) investigation and research on the DRIVERS LICENSE COMPACT shows no authority for changing the true name to all commercial capitalization, example;

**ARTICLE I: Findings and Declaration of Policy;**

a. The party states find that:

25. The safety of their streets and highways is materially affected by the degree of compliance with **state and local ordinances** relating to the operation of motor vehicles.

26. **Violation of such a law or ordinance is evidence that the violator engages in conduct which is likely to endanger the safety of persons and property**.

27. The continuance in force of **a license to drive is predicated upon compliance with laws and ordinances relating to the operation of motor vehicles, <u>in which ever jurisdiction</u> the vehicle is operated**.

b. It is the policy of each of the party states to:

1. **Promote compliance with the laws, ordinances an administrative rules and regulations relating to the operation of motor vehicles by their operators in each of the jurisdictions were such operators drive motor vehicles.**

2. Make the reciprocal recognition of licenses to drive and eligibility therefore more just an equitable by considering the overall **compliance** with



**motor vehicle laws, ordinances and administrative rules and regulations** as a condition president to the continuance or issuance of any license by reason of **which the license is authorized or permitted to operate a motor vehicle in any of the party states.**

ARTICLE II: Definitions: as used in this compact;

a. "State" means a state, territory or possession of the United States, the district of Columbia or the commonwealth of Puerto Rico.

b. "Home state" means **the state which has issued** and has the power to suspend or revoke the use of **the license or permit to operate a motor vehicle**.

c. "**Conviction**" means a conviction of any offense related to the use of our operation **of a motor vehicle** which is prohibited by state law, municipal ordinance or administrative rule or regulation or a forfeiture of bail, bond **or other security deposit to secure appearance by a person charged** with having committed **any such offense at which conviction or forfeiture is required to be reported to the licensing authority.**

ARTICLE III: Reports of Conviction:

The licensing authority of a party state shall report each **conviction of a person** from another party state **occurring within its jurisdiction** to the licensing authority of the home state of the licensee, search report shall **clearly identify the person** convicted, described a violation specifying the section of the statute, code or ordinance violated, **identify the court in which action was taken**, indicate;



whether a plea of guilty or not guilty was a result of the **forfeiture of bail, bond or other security** and **shall include any special findings made in connection therewith.**

**ARTICLE IV: Effect of Conviction;**

a. The licensee authority in the home state, for the purpose of suspension, revocation or limitation of <u>the license to operate a motor vehicle</u>, should give the same affect to the conduct reported, pursuant to article 3 of this compact, as it would if such conduct had occurred in the home state in the case of convictions for:

3. Manslaughter or negligent homicide resulting from the operation of a motor vehicle;

4. Driving a motor vehicle while under the influence of intoxicating liquor or a narcotic drug, or under the influence of any other drug to degree which renders the driver in capable of safely driving a motor vehicle;

5. Any felony in the commission of which a motor vehicle is used;

6. <u>Failure to stop and render aid in the event of a motor vehicle accident resulting in the death or personal injury of another;</u>

b. As two other convictions, reported pursuant to article 3, the licensee authority in the home state should give such affect to the conduct as it is provided by the laws of the home state;



c. If the laws of a party state did not provide for offenses or violations denominated or described in precisely the words employed in subdivision (a.) of this article, such party state shall construe the denominations and descriptions appearing in subdivision (a.) of this article as being applicable to and identifying those offenses or violations of a substantially similar nature and the laws are such party state shall contain such provisions as may be necessary to ensure that full force and effect is given to this article.

### ARTICLE V: Applications for New Licenses;

**Upon application for a license to drive**, the licensee authority in a party state shall ascertain **whether the applicant has ever held or is the holder of a license to drive issued by any other parties state**, the licensing authority in the state where application is made shall not issue a license to drive to the applicant:

1. The applicant has <u>held such a license,</u> but the same has been suspended by reasons, in whole or in part, of a violation and if such suspension period has not terminated.

2. The applicant has held such a license, but the same has been revoked by reason, in whole or in part, of a violation and if such revocation has not terminated, except that after the expiration of one year from the date the license was revoked such a person may make application for a new license if permitted by law, the licensee authority may refuse to issue a license to such applicant if, after investigation, <u>the licensing authority determines</u> that it will not be safe **to**

**grant to such person the privilege of driving a motor vehicle on public highways**.

3. The applicant is the holder of a license to drive issued by another party state and currently enforce unless the applicant surrender such license.

### ARTICLE VI: Applicability of Other Laws;

Except as expressly required by provisions of this compact, nothing contained here and should be construed to affect the Right of any party state to apply any of its other laws relating to licenses to drive to any person or circumstances, nor to invalidate or prevent any drivers license agreement or other cooperative agreement between a party state and a non-party state.

### ARTICLE VII: Compact Administrator and Interchange of information;

a. The head of the licensing authority of each party state shall be the administrator of this compact for his state. **The administrators, acting jointly, shall have the power to formulate all necessary and proper procedures for the exchange of information under this compact.**

b. The administrator of **each party state shall furnish to the administrator** of each other parties state **any information or documents reasonably necessary to facilitate the administration of this compact.**

### ARTICLE VIII: Entry Into Force and Withdrawal;



a. This compact shall enter into force and become effective as to any state when it has an acted the same into law.

b. **Any party state may withdraw from this compact by an acting a statue refilling the same but no such withdrawal shall take affect until six months after the executive head of the withdrawn state has given notice of the withdrawal to the executive hands of all other party states. No withdrawal shall effect validity or a pick ability by licensing authorities of the state remaining party to the compact of any report of conviction occurring prior to the withdrawal.**

**ARTICLE IX: Construction and Severability;**

This compact shall be liberally construed so as to effectuate the purposes thereof. The provisions of this compact shall be severable and if any phrase, clause, sentence or provision of this compact is declared to be contrary to the constitution; of any party state or of the United States or the applicability thereof to any government, agency, person or circumstance is held in ballot, the validity of the remainder of this compact in the applicability thereof to any government agency, person or circumstantial not be affected thereby. If this compact shall be held contrary to the constitution of any state party there too, compact shall remain in full force and effect as to the remaining states and in full force in affect as to the state affected as to all severable matters;

21 Del. C. 1953,§ 8101; 54 Del. Laws, c. 241, § 1; 70 Del. Laws, c. 186 § 1.;



"The Sheriff is the "Chief Executive and Administrative Officer" of a county chosen by popular election.His principal duties are in aid of the criminal and civil courts of record1 [common law courts]; such as serving process, summoning juries [not the prosecutor who works for the municipality], executing judgments, holding judicial sales and the like. He is also the chief conservator of the peace within his territorial jurisdiction." -- Harston v. Langston, Tex.Civ. App., 292 S.W. 648, 650.;

The Sheriff being the Chief Law Enforcement Officer (CLEO) and highest Peace Officer of the entire County in which he was elected to secure the peace; unlike the State Police and Municipal Police, being code enforcement officers serving the corporation and not the People in a conflict of interest having no constitutional authority or concerns. Whereas the Sheriff reports directly to the People and not the corporation, the duties, responsibilities and authorities of the County Sheriff (a constitutional officer) are, at a minimum, the same as they were when the State Constitutions were originally written. The duties, responsibilities and authorities of the Sheriff cannot be diminished by those in the legislature, courts and state constitutions. When it comes to enforcing the Law (US Constitution) the Sheriff being the "Chief Law Enforcement Officer" answers to no one, not even the Governor; Like any other elected official the Sheriff cannot be removed from office by another elected official, he can only be removed by the men and women at the ballot box or by an indictment or presentment by a Grand Jury.;



If the Sheriff needs to consult a judge or bureaucrat to know when they exceeded their authority, it's no different than consulting with the fox concerning the hen house. Lysander Spooner, in Trial by Jury, 1852 said; "Any government that is its own judge of, and determines authoritatively for the people, what are its own powers over the people, is an absolute government of course; It has all the powers that it chooses to exercise. There is no other -- or at least no more accurate -- definition of despotism than this. On the other hand, any people, that judge of, and determine authoritatively for the government, what are their own liberties against the government, of course retain all the liberties they wish to enjoy. And this is freedom. At least, it is freedom to them; because, although it may be theoretically imperfect, it, nevertheless, corresponds to their highest notions of freedom." If the Sheriff(s) cannot ascertain if the government is violating the rights of the People without asking the man or woman under self determination of status then he or she is committing commercial servitus by his or her action;

CONSTITUTIONAL OFFICER -V- CODE ENFORCEMENT OFFICERS

The principal challenges to the Sheriff are code enforcement officers. Codes (statutes) that control the behavior of People are repugnant to the Constitution and are therefore null and void while the Sheriff has a duty to uphold the Constitution. This poses a sharp contrast seeing he must obey the following United States Supreme Court rulings and Constitution in order to uphold his oath.;

"For a crime to exist there must be an injured party there can be no sanction or penalty imposed upon one because of this exercise of Constitutional rights."-- Sherar v. Cullen, 481 F. 945.;

"Under our system of government upon the individuality and intelligence of the citizen, the state does not claim to control him/her, except as his/her conduct to others, leaving him/her the sole judge as to all that affects himself/herself." -- Mugler v. Kansas 123 U.S. 623, 659-60;

"There can be no sanction or penalty imposed upon one because of his exercise of Constitutional Rights." -- Sherar v. Cullen, 481 F. 2d 946 (1973);

"Constitutional 'rights' would be of little value if they could be indirectly denied." -- Gomillion v. Lightfoot, 364 U.S. 155 (1966), cited also in Smith v. Allwright, 321 U.S. 649.644;

Due course of law, this phrase is synonymous with "due process of law" or "law of the land" and means law in its regular course of administration through courts of justice." - Kansas Pac. Ry. Co. v. Dunmeyer 19 KAN 542;

We find it intolerable that one constitutional right should have to be surrendered in order to assert another. -- Simmons vs. U.S. 390, U.S. 389(1968);

Here is the often expressed understanding from the United States Supreme Court; that "in common usage, the term Sovereign, in statutes employing the terms person and corporation are ordinarily construed to exclude the Sovereign man or woman";

Wilson v. Omaha Tribe, 442 U.S. 653, 667 (1979) (quoting United States v. Cooper Corp., 312 U.S. 600, 604 (1941). See also United States v. Mine Workers, 330 U.S. 258, 275 (1947).;

These men and women known as DEFENDANTS have by choice violated the Official oath of office and official affirmation and the Rights of men and women to self determination of status and or standing, any form of contract(s) to agree to or disagree to, to <u>utilize slander by suggesting **the term sovereign citizen,**</u> when you declare your right(s) to travel freely as stated in numerous Supreme Court Rulings. This term **<u>sovereign citizen</u>** defined is an oxymoron and increases the risk and liability to the general population due to propaganda and attitude when challenged by such COMMERCIAL PRINCIPALS, AGENTS AND EMPLOYEE(S) claiming domestic terrorism. These ENTITY(IES) do not want the public to know the true aspect of the overlaying of territorial district of THE DISTRICT OF COLUMBIA of **COMMERCIAL SERVITUS.** These DEFENDANTS may alter or abolish and institute a new form of principals that allow each man or woman to determine if they choose to participate as a ENTITY created by GOVERNMENT or choose to assent to; SUPREME Law of the Land our original constitution and remain a man or woman created by God, while protecting the men and women of their respective county(ies) from COMMERCIAL SERVITUS. DEFENDANTS have refused to provide dual roles;



as a Dejure elected official and their employees governed  under the constitution &
DEFACTO PRINCIPAL AND OR AGENT governed under commercial contracts
by initializing fraud through choice. Instead the Defendant(s) chose to be
commercial tyrants and turn their back and step on the sacred words; our country
was founded upon. May God have mercy upon their crimes against his people;

These DEFENDANTS, PRINCIPAL(S) AND AGENT(S) continue to
prevent the general population within their elected boundaries to be free of
COMMERCIAL STATUS, the DEFENDANTS have obstructed the ability to have
Justice by not MANDATING their AGENT(S) and employees, accountable when
unalienable Rights and the rights secured by the constitution have been denied;
DEFENDANTS have violated their oath of office, which has been verified by their
actions, our constitution has been abolished through their actions by such
representatives of the men and women in their respect counties, by abolishing this
forced status only then, can a SHERIFF(S), POLICE, FLORIDA STATE PATROL
operating fully commercially be able to determine who is operating a
COMMERCIAL MOTOR VEHICLE and who is traveling freely by Right;

The SHERIFF(S) and or FLORIDA STATE PATROL have abolished our
most valuable Rights and laws by altering fundamentally our guaranteed Republic
Form of Government for Commercial Democracy, Why do they claim to be a
constitutional office or a representative of the constitution when in fact their
actions proves differently, The SHERIFF(S) and or FLORIDA STATE PATROL;



has constrained our fellow men and women, taken them captive on the roads, streets, byways, waterways and highways, and have taken arms against their community and nation. Due to these actions, they have excited domestic insurrections amongst us the free men and women of nature;

In every stage of these oppressions we the Plaintiff(s) have petitioned courts for redress in the most humble terms, these repeated petitions have been answered only by repeated fraud, injury, damage or death in some cases by the DEFENDANTS OVERSIGHT;

The Constitution has accordingly provided, as far as human foresight could provide, against this danger. And, in conferring judicial power upon the Federal Government, it declares that the jurisdiction of its courts shall extend to all cases arising under "this Constitution" and the laws of the United States -- leaving out the words of restriction contained in the grant of legislative power which we have above noticed;

We, therefore, the men and women domiciled on the land of the United States of America, appealing to the court of our nation, in True Name, and by authority as men and women of the state of Florida to absolve any allegiance to the commercial name imposed upon us through force, threat, duress, coercion by STATE OF FLORIDA enforcers of commercial activity. Without such protection, it is obvious that there would be no uniformity of freedom, and that the unalienable rights, to secure the blessings of Liberty so carefully provided in the Constitution;



above referred to could not possibly be maintained peacefully unless it was associated with this paramount judicial authority supporting the right to self determination of status v. an implied commercial status forcefully imposed on every man and woman in the state of Florida by the COMMERCIAL ENTITY(IES) of the DEFENDANTS;

**Crimes committed:**

1. VIOLATION OF OATH OF OFFICE,

2. CONSPIRACY

3. EXTORTION

4. FRAUD

5. SLAVERY (FORCED COMPLIANCE TO CONTRACTS NOT HELD)

6. PERJURY

7. RACKETEERING

Forgery is deceitful and any fraudulent making or alteration of any written and or instrument which purports on the face of it to be good and valid for the purposes for which it was created, to the prejudice of another man's right, where there is any man and or woman actually been damaged or not; and is punishable by a fine and or imprisonment.

Sheriffs within their perspective counties, and or the FLORIDA HIGHWAY PATROL in their perspectives jurisdictions have falsely made citation(s), detainment(s), arrest(s), through altered, forging or counterfeiting, any public;

record(s), any certificate(s), public register, clerk of any court, or public official, in

any matter where in such that the CITATION(S) AND OR SUMMON(S)  is

receivable through mail fraud and may be taken as legal proof; such as any charter,

deed, will, testament, bond or writing obligatory, bill of exchange, promissory

note, order, acquittance or discharge, for or upon the payment of money, any note

bill or security for monies or goods, who utter or publish as true, any search faults,

altered, forged a counterfeit record, certificate, or bond, knowingly willingly and

wantonly to defraud the man and woman who are in COMMERCIAL SERVITUS

under any body politic or corporation of government, and enforcers of color of law

who violated the rights of the Plaintiff(s) members and nonmembers.

The authority of an agent is not unlimited, it must be necessarily restrained to the

transactions and concerns to the business of the principal. If the elected official

principal of the office chooses to only operate under commercial status by such

action the elected official principle is not a constitutional office and has committed

treason against the men and women who elected him or her to such constitutional

office within the boundaries of the county of_____;

The Sheriff(s) is the last line of defense for the men and women of the respective

county(ies) If the Florida Sheriff(s) were to wake-up to their aforesaid duties and

work with the awakened men and women across America to enforce the law with

arrests and indictments, Sheriff(s) and Florida Highway Patrol could help save

America from the tyrants that are destroying our American way of life;

Contracts: Am Jur 2d - Contracts § 18;

While the existence of a contract is a question of fact, whether a certain or undisputed state of facts establishes a contract is a question of law for the court. [18];

Burden of proof – the duty of proving the facts in dispute on an issue raise between the parties in a cause. See People v. McCann, 16 N.Y. 66, 69 Am. Dec. 642; Ex parte Walls, 64 Ind. 461; Wilder v. Cowles, 100 Mass. 487.

The oath of office is a contractual agreement with the men and women of the county and state to perform such DeJure duties equally as well DeFacto duties that do not violate the oath of office which the Defendant(s) have failed to meet equally;

"Burden of proof" has as its elements a burden of production or going forward and a burden of persuasion and, although a plaintive always has burden of persuasion, which never shifts, he may produce sufficient evidence that his opponents failure to adduce contradictory proof either may lead to a decision for plaintiff, or must lead to such a ruling. ––Willingham v. Secretary of Health, Ed. and Welfare, 377 F. Supp. 1254.—Evid 90,94;



**Damages and Remedy;**

**The conditions of remedy are stated below as a matter of right;**

Am Jur 2d - Damages § 24;

The term covers all loss recoverable as a matter of right and includes all damages (beyond nominal damages) other than punitive or exemplary damages.[8]

The Defendant(s) have caused enormous financial damage within each county and the state due to operating only in the DeFacto Commercial status proclaiming to remain a constitutional elected officer while violating the trust of the Plaintiff(s) and the DeJure community(ies)

Am Jur 2d - Damages § 48

That is, an award of damages is measured by,[4] or judged solely by,[5] the losses suffered by the plaintiff as a result of the breach.

Plaintiff(s) and every man and woman who have been coerced into believing they must and or shall have a commercial drivers license to travel upon the public roads, streets, byways, waterways, highways when the Supreme Court has already ruled they are not required to have, this is commercial servitus, fraud and racketeering for commercial gain by the Defendant(s);



Am Jur 2d - Damages § 444

Attorney's fees and litigation costs are not ordinarily recoverable as an element of damages, in the absence of a statute or enforceable contractual provision providing for them.[1] As a reason for this rule, the so-called "American rule," the U.S. Supreme Court has stated that since litigation is uncertain, one should not be penalized for bringing or defending a lawsuit and that if the penalty for losing includes paying the opponent's counsel, the poor will be unjustly discouraged from instituting actions to vindicate their rights.[2] Another reason is that the time, expense, and difficulty of proof inherent in litigating the reasonableness of the attorney's fees would impose a substantial burden on judicial administration.[3]

Plaintiff(s) shall not be required to pay fees for Defendant(s) cost to defend;

Am Jur 2d - Damages § 504

"Liquidated damages" are a set amount of money, or a certain formula, expressly stipulated in a contract as the amount of damages to be paid by a party that breaches the agreement.[1] Liquidated damages can also be defined as the amount which has been ascertained by judgment or by specific agreement of the parties or which are susceptible of being made certain by mathematical calculation from known factors.[2] The amount must be stipulated and agreed upon by the parties at the time the contract is entered[3] and compensate for injuries in the event of;



contract breach.[4] Damages are "liquidated" when the proper amount to be awarded can be determined with exactness from the cause of action as pleaded, i.e., from a pleaded agreement between the parties, by an arithmetical calculation, or by application of definite rules of law.[5] Such clauses are permissible where they are neither unconscionable nor contrary to public policy.[6] Parties are bound to the agreement unless it violates some principle of law.[7]

Plaintiff(s) published schedule for liquidated damages four weeks consecutive in a State wide publication to which not one Defendant responded;

Am Jur 2d - Damages § 556

"Exemplary[1] or punitive[2] damages" have been defined as damages which are given as an enhancement of compensatory damages because of the wanton, reckless, malicious, or oppressive character of the acts complained of. Punitive damages are different from compensatory or actual damages; they are distinct from and in addition to the actual damage.[3]

The terms "punitive damages" and "exemplary damages" generally have the same meaning.[4]

Defendants have willfully, wantonly and knowingly committed fraud against the Plaintiff(s)  and men and women within each county throughout the state of Florida daily according to citations and other commercial enforcement without a contract in place;

Am Jur 2d - Damages § 559

The view has been followed that punitive damages are awarded for the sake of example[1] and to punish the defendant,[2] thereby deterring others from similar behavior.[3] Indeed, courts have stated that the primary purpose of a punitive award is to deter misconduct or improper conduct.[4] However, punitive damages must not be so oppressive or so large as to shock the sense of fair-minded persons. [5] The purpose of punitive damages is not served by financially destroying a defendant.[6]

Punitive damages have been said to be awarded to punish the defendant and deter or warn others from the same conduct[7] or to punish or deter conduct deemed wrongful when the availability of a cause of action and compensatory damages are considered an insufficient punishment or deterrence.[8] Many holdings also expressly state that the purpose of punitive damages is to deter the defendant him- or herself, as well as others, from repeating the wrongful act in the future.[9] Thus, exemplary damages have been said to serve a threefold purpose:

Plaintiff(s) can prove that the Defendant(s) have continued to fraud the Plaintiff(s) and men and women within the boundaries of each county throughout the state of Florida daily when the Supreme Court has ruled the right to travel without a commercial Drivers License is a right and not a privilege;



Am Jur 2d - Damages § 567

The foundational requirement for punitive damages is that some legally protected interest has been invaded.[1] Also, as a rule, there is no cause of action for punitive damages by itself;[2] a punitive-damages claim is not a separate or independent cause of action.[3] Rather, a punitive-damages award is an element of recovery,[4] a type of relief,[5] or an additional remedy.[6] Punitive damages are a derivative sort of damages[7] awarded as a mere incident of the cause of action in which they are sought.[8] As a remedy,[9] punitive damages must be requested in conjunction with a cognizable[10] or valid underlying[11] cause of action. They have been described as parasitic[12] in the sense that they cannot be awarded until a plaintiff proves an underlying cause of action.[13]

Defendants have willfully, wantonly and knowingly committed fraud against the Plaintiff(s) men and women within each county throughout the state of Florida by just issuing citations or other commercial instruments without a contract to non commercial men and women domiciled on the land within the state of Florida;

Am Jur 2d - Damages § 622

The factors for determining appropriate punitive damages, whether by the trier of fact or on review for excessiveness, [1] generally include:



the nature of the wrong[2]

the reprehensibility of the wrongdoing[3]

the enormity of the wrong[4]

the duration of the wrong[5]

the wrongdoer's intent or motivation,[6] or awareness of any hazard which his or

her conduct has caused[7] other circumstances attendant to the wrongdoer's

actions[8]

Observation:

The degree of reprehensibility of defendant's conduct is perhaps the most important

indicium of the reasonableness of a punitive-damages award.[9]

While an award of punitive damages should take into account any mitigating

circumstances which may operate to reduce the award without wholly defeating it,

[10] there is authority that exemplary damages are not to be reduced by reason of

the plaintiff's comparative negligence.[11]

Observation:

Regardless of culpability, heavier punitive awards have been thought to be

justifiable when wrongdoing is hard to detect.[12];



The Plaintiff(s) research is not easily found within the AGENCIES of government, due to the information requested through FOIA "Freedom of Information Act" normally is rejected within this County and State due to the nature of the request when it goes against the commercial system, or takes longer to provide with extreme costs to deter the request in many cases, even when the request is simple, When communicating with Sheriff(s), Police or Florida Highway Patrol during a commercial stop and the man or woman requests a supervisor, it is mostly deterred or rejected by the man or women representing enforcement, even when you file the complaint with the Agency of Compliance it is gone unheard and no response or follow up is made as in the case of the FLORIDA HIGHWAY PATROL stated above;

1. The Plaintiff(s) prayer of remedy encompasses each elected Sheriff(s), Police and or the Florida Highway Patrol Director resign(s) from such position immediately and never accepts any similar position within any county within the state of Florida due to the treasonous actions of violating their oath of office and the trust of the community, failure to be honest and represent both areas of DeJure and DeFacto jurisdictional boundaries within each county;

2. The Plaintiff(s) prayer of remedy encompasses a permanent injunction enjoining each county Sheriff, Police and Florida Highway Patrol to **stop issuing without consent commercial citations** to the men and women within their elected boundaries for traveling and not driving or operating;

a commercial motor vehicle as defined as stated above, If the Defendant(s) choose to continue the violation of oath of office, fraud, and or other violations, then each Defendant shall and must return all commercial revenue back to the damaged man or woman with interest and any additional claims by any man or woman which have been made within the boundaries of their perspective county and or state must be remedied within 21 days of Notice of Claim of Damages from this day forward;

3. The Plaintiff(s) prayer of remedy for Member(s) and Non Member(s) of the Ninth Amendment Party (UNA) Association shall utilize the Prior publication of Liquidated damages and any other form of UCC Filing, Schedule of Damages, Any commercial claim made is within the perimeter 100,000.00 to 5,000,000.00 per occurrence, within any county throughout the state of Florida;

4. The Plaintiff(s) prayer of remedy is to cease favoring and administering only commercial DeFacto status in each County and to protect the unalienable rights of men and women within each county of _____, the state of Florida from the tyrannical COMMERCIAL PRINCIPALS, AGENTS AND UNELECTED EMPLOYEES who continue to violate the greatest Republic;



form of government ever written our beloved constitution guided by the hands of God;

5.  The Plaintiff(s) prayer of remedy encompasses punitive damages to deter the Defendants, from this day forward, from engaging in reprehensible fraud and deceit upon the men and women and violations of their unalienable Rights as detailed above; The Government apparatus and Corporate structure within which the Defendants act, have been systemically weaponized against the men and women living within the boundaries of their county and caused these Defendants, each of them, to violate their Oath of office and the unalienable Rights of the men and women whom they are charged to serve and protect; The deliberate, repeated, and ongoing violations must be sanctioned with punitive damages, commensurate with the willful abuse, corruption and crimes committed by each of the Defendants; Ignorance of the constitution which each of the Defendants is sworn to uphold and defend, should be an aggravating, rather than mitigating factor in considering an award for punitive damages;

The right of action created by statute relating to deprivation under color of law, of a right secured by the constitution and the laws of the United States and comes claims which are based solely on statutory violations of Federal Law and applied to the claim that claimants had been deprived of their rights, in some capacity, to;



which they were entitled." -- Owen v.Independence 100 Vol. Supreme Court

Reports. 1398:(1982); Main v. Thiboutot 100 Vol. Supreme Court Reports. 2502:

(1982);

### Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**1) If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed on September 29, 2023.**

by _____

**(2) If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

**Executed on September 29, 2023.**

by _____

Page 90 of 90