AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| Ninth Amendment Party Association : "UNA"; MILTON GERARD ESQUIBEL : "Entity" Milton-Gerard:Esquibel : "man" | ) ) ) ) | |
| _____ *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. |
| Mark Hunter | ) ) ) | |
| _____ *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mark Hunter
4917 E US Highway 90
Lake City FL 32055-6288

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Michelle Cook<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)    Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michelle Cook
901 North Orange Ave.
Green Cove Springs, FL 32043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> Bill Prummell <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bill Prummell
7474 Utilities Road
Punta Gorda FL 33982-2417

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> Glenn H. Kimbrel <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Glenn H. Kimbrel
20776 Central Avenue E
Blountstown FL 32424-2276

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> Gregory Tony <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gregory Tony
2601 W Broward Blvd
Ft. Lauderdale FL 33312-1308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; MILTON GERARD ESQUIBEL : "Entity" Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> Wayne Ivey <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wayne Ivey
700 S Park Avenue
Titusville FL 32780-4008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Ninth Amendment Party Association : "UNA";
MILTON GERARD ESQUIBEL : "Entity"
Milton-Gerard:Esquibel : "man"

_____
*Plaintiff(s)*

v.                                               )   Civil Action No.

Gordon Smith

_____
*Defendant(s)*

| | |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gordon Smith
945-B N. Temple Ave.
Starke, FL 32091

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Middle District of Florida

| | | |
|---|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man" | ) ) ) ) | |
| _____<br>*Plaintiff(s)* | ) ) ) | |
| v. | ) ) | Civil Action No. |
| Scotty Rhoden | ) ) ) | |
| _____<br>*Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Scotty Rhoden
1 Sheriff's Office Drive
Macclenny FL 32063-8833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o [2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man" | ) <br> ) <br> ) <br> ) |
| _____<br>*Plaintiff(s)*<br>v. | ) <br> ) <br> )  Civil Action No. <br> ) |
| Clovis Watson, Jr. | ) <br> ) <br> ) |
| _____<br>*Defendant(s)* | ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Clovis Watson, Jr.
2621 SE Hawthorne Road,
Gainesville, FL 32641

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; MILTON GERARD ESQUIBEL : "Entity" Milton-Gerard:Esquibel : "man" ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ *Plaintiff(s)* v. Kevin Rambosk ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kevin Rambosk
3319 Tamiami Trail East
Naples FL 34112-4901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o [2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br> ———————————————— <br> *Plaintiff(s)* <br> v. <br> <br> Dave Hardin <br> <br> ———————————————— <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )      Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Dave Hardin
                                     1297 E SR 78
                                      Moore Haven, FL 33471

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
                        Ninth Amendment Party Association UNA
                        Milton-Gerard:Esquibel
                        MILTON GERARD ESQUIBEL
                        c/o 2110 16th Ave North East
                        [Naples], [Florida] State near [34120]
                        [United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> Bobby Schultz <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bobby Schultz
9239 South US Hwy 129
Trenton, FL
32693-5463

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; MILTON GERARD ESQUIBEL : "Entity" Milton-Gerard:Esquibel : "man"  ⟨br⟩ _____ *Plaintiff(s)* <br> v. <br> Morris Young <br> _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Morris Young
339 East Jefferson Street
Quincy , FL , 32351

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>A. J. Smith<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  A. J. Smith
          270 State Road 65
          Eastpoint, FL
          32328-3616

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
                    Milton-Gerard:Esquibel
                    MILTON GERARD ESQUIBEL
                    c/o 2110 16th Ave North East
                    [Naples], [Florida] State near [34120]
                    [United States of America]

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                *CLERK OF COURT*

Date: _____              _____
                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man" | )<br>)<br>)<br>) |
| _____<br>*Plaintiff(s)*<br>v.<br><br>**Rick Staly**<br><br>_____<br>*Defendant(s)* | )<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rick Staly
901 E. Moody Blvd.
Bunnell, FL
32110-4434

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; MILTON GERARD ESQUIBEL : "Entity" Milton-Gerard:Esquibel : "man" <br><br>———————————————————— <br>*Plaintiff(s)* <br>v. <br><br>Chip Simmons <br><br>———————————————————— <br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chip Simmons
1700 West Leonard Street,
Pensacola, Florida 32501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> Mike Prendergast <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mike Prendergast
1 Dr Martin Luther King Jr Avenue
Inverness FL
34450-4968


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br> _____ <br> *Plaintiff(s)* <br> v. <br><br> T. K. Waters <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  T. K. Waters
501 E Bay Street
Jacksonville FL
32202-2927

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br> _____ <br> *Plaintiff(s)* <br> v. <br> Darby Butler <br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Darby Butler
214 NE 351 Highway, Suite L
Cross City, Florida 32628

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

<table>
<tr><td>Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td style="text-align:center">_____<br><i>Plaintiff(s)</i></td><td>)<br>)<br>)</td><td rowspan="2">Civil Action No.</td></tr>
<tr><td style="text-align:center">v.</td><td>)<br>)</td></tr>
<tr><td style="text-align:center">James Potter</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td style="text-align:center">_____<br><i>Defendant(s)</i></td><td>)<br>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* James Potter
208 E Cypress Street
Arcadia, FL
34266-4410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Donnie Edenfield<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)     Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Donnie Edenfield
4111 Gov. Rick Scott Dr.
Marianna FL
32448

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Eric Flowers<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eric Flowers
4055 41st Avenue
Vero Beach FL
32960-1802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____              _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> John Tate <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John Tate
                                           211 N Oklahoma Street
                                           Bonifay FL
                                           32425-2221

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
                                       Milton-Gerard:Esquibel
                                       MILTON GERARD ESQUIBEL
                                       c/o 2110 16th Ave North East
                                       [Naples], [Florida] State near [34120]
                                       [United States of America]

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                *CLERK OF COURT*

Date: _____                     _____

                                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Chad Chronister<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)    Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Chad Chronister
2008 E. 8th Ave,
Tampa, FL 33605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

<table>
<tr><td>
Ninth Amendment Party Association : "UNA";<br>
MILTON GERARD ESQUIBEL : "Entity"<br>
Milton-Gerard:Esquibel : "man"<br><br>
<hr>
<i>Plaintiff(s)</i><br><br>
v.<br><br>
Paul Blackman<br><br>
<hr>
<i>Defendant(s)</i>
</td><td>
)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)
</td><td>
Civil Action No.
</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Paul Blackman
                      400 South Eucalyptus Street
                      Sebring FL
                      33870-3720

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

              Ninth Amendment Party Association UNA
              Milton-Gerard:Esquibel
              MILTON GERARD ESQUIBEL
              c/o 2110 16th Ave North East
              [Naples], [Florida] State near [34120]
              [United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                                       _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| Ninth Amendment Party Association : "UNA"; MILTON GERARD ESQUIBEL : "Entity" Milton-Gerard:Esquibel : "man" _____ *Plaintiff(s)* v. Al Nienhuis _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Al Nienhuis
18900 Cortez Blvd,
Brooksville Fl 34601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br> _____ <br> *Plaintiff(s)* <br> v. <br> Steve Whidden <br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)    Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Steve Whidden
                                    101 S.Bridge Street
                                    Labelle, FL 33935

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
                                       Milton-Gerard:Esquibel
                                       MILTON GERARD ESQUIBEL
                                       c/o 2110 16th Ave North East
                                       [Naples], [Florida] State near [34120]
                                       [United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Vent Crawford<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Vent Crawford
900 East Summit Street
Wauchula FL
33873-9606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> Harrell Reid <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Harrell Reid
207 NE 1st St
Jasper, Florida 32052

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> Mike Harrison <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mike Harrison
418 Cecil G. Costin Sr. Blvd.
Port St. Joe, FL 32456

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                _____
                                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Billy Woods<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)     Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Billy Woods
692 NW 30th Ave
Ocala, FL 34475

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Ninth Amendment Party Association UNA
> Milton-Gerard:Esquibel
> MILTON GERARD ESQUIBEL
> c/o 2110 16th Ave North East
> [Naples], [Florida] State near [34120]
> [United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Rick Wells<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. _____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rick Wells
600 US Hwy 301 Blvd W #202
Bradenton FL
34205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>David Harper<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David Harper
2364 W. US 90
Madison FL 32340

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> **Buddy Money** <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Buddy Money
12832 N.W. Central Avenue
Bristol FL
32321

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Bobby McCallum<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br> |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bobby McCallum
9150 NE 80th Avenue
Bronson, Florida 32621

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br>_____<br>*Plaintiff(s)*<br>v.<br>Walt McNeil<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)  .<br>)<br>)      Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Walt McNeil
2825 Municipal Way
Tallahassee, FL 32304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Carmine Marceno<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Carmine Marceno
　　　　　　　　　　　　　　　　14750 Six Mile Cypress Pkwy
　　　　　　　　　　　　　　　　Ft. Myers FL
　　　　　　　　　　　　　　　　33912-4406

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:  Ninth Amendment Party Association UNA
　　　　　　　　　　　　　　　　　Milton-Gerard:Esquibel
　　　　　　　　　　　　　　　　　MILTON GERARD ESQUIBEL
　　　　　　　　　　　　　　　　　c/o 2110 16th Ave North East
　　　　　　　　　　　　　　　　　[Naples], [Florida] State near [34120]
　　　　　　　　　　　　　　　　　[United States of America]

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Peyton Grinnell <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Peyton Grinnell
360 W Ruby Street
Tavares FL
32778-3826

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Brian Lamb <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brian Lamb
231 NW Monroe Avenue
Mayo, Florida
32066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                                                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Mac McNeill<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mac McNeill
                               171 Industrial Park
                               Monticello FL
                               32344-6385

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
                                      Milton-Gerard:Esquibel
                                      MILTON GERARD ESQUIBEL
                                      c/o 2110 16th Ave North East
                                      [Naples], [Florida] State near [34120]
                                      [United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>**Chris Nocco**<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chris Nocco
8700 Citizen Drive
New Port Richey
FL 34654-5501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man" | ) ) ) ) ) | |
| _____<br>*Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. |
| Ric Bradshaw | ) ) ) | |
| _____<br>*Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ric Bradshaw
  3228 Gun Club Road
  West Palm Beach, FL 33406

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
        Milton-Gerard:Esquibel
        MILTON GERARD ESQUIBEL
        c/o 2110 16th Ave North East
        [Naples], [Florida] State near [34120]
        [United States of America]

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                        *CLERK OF COURT*

Date: _____          _____
                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; MILTON GERARD ESQUIBEL : "Entity" Milton-Gerard:Esquibel : "man" _____ *Plaintiff(s)* v. Marcos Lopez _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Marcos Lopez
2601 E Irlo Bronson Memorial Hwy
Kissimmee FL
34744

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br><br>_Plaintiff(s)_<br><br>v.<br><br>John Mina<br><br><br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   John Mina
2500 West Colonial Drive
Orlando, FL 32804

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____          _____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Noel Stephen <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Noel Stephen
504 NW 4th St,
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man" | ) ) ) ) |
| _____<br>*Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. |
| Eric Aden | ) ) ) |
| _____<br>*Defendant(s)* | ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eric Aden
50 Second Street
Shalimar FL
32579-1748

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Bill Leeper<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)      Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bill Leeper
77151 Citizens Circle
Yulee FL
32097-5452

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br>_____ <br> *Plaintiff(s)* <br><br> v. <br><br> Rick Ramsay <br><br>_____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rick Ramsay
5525 College Road
Key West FL
33040-4307

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> Alfredo Ramirez <br><br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alfredo Ramirez
9105 NW 25th Street
Miami FL
33172-1500


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Ninth Amendment Party Association UNA
    Milton-Gerard:Esquibel
    MILTON GERARD ESQUIBEL
    c/o 2110 16th Ave North East
    [Naples], [Florida] State near [34120]
    [United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____          _____
                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> William Snyder <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William Snyder
800 SE Monterey Road
Stuart FL
34994-4599

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____           _____
                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" | ) <br> ) <br> ) <br> ) | |
| _____ <br> *Plaintiff(s)* | ) <br> ) | |
| v. | ) | Civil Action No. |
| Sam St. John | ) <br> ) | |
| _____ <br> *Defendant(s)* | ) <br> ) <br> ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sam St. John
200 South Ohio/MLK Ave Ste 105
Live Oak FL
32064-3239

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Bill Farmer<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br> |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bill Farmer
7361 Powell Road
Wildwood FL
34785

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Ken Mascara<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ken Mascara
4700 W Midway Road
Ft Pierce FL
34981-4825

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br>_____<br>*Plaintiff(s)*<br>v.<br>Rob Hardwick<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. _____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rob Hardwick
4015 Lewis Speedway
St. Augustine FL
32084-8611

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Dennis Lemma<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dennis Lemma
100 Eslinger Way
Sanford FL
32773-6706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Kurt A. Hoffman<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kurt A. Hoffman
6010 Cattleridge Blvd
Sarasota, FL 34232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Robert Johnson<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Robert Johnson
5755 East Milton Road
Milton, Florida 32572

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Gator DeLoach<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gator DeLoach
                                    130 Orie Griffin Blvd.
                                    Palatka FL
                                    32177-1416

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
                                    Milton-Gerard:Esquibel
                                    MILTON GERARD ESQUIBEL
                                    c/o 2110 16th Ave North East
                                    [Naples], [Florida] State near [34120]
                                    [United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| Ninth Amendment Party Association : "UNA"; MILTON GERARD ESQUIBEL : "Entity" Milton-Gerard:Esquibel : "man" | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. |
| Grady Judd | ) ) ) | |
| *Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Grady Judd
1891 Jim Keene Blvd.
Winter Haven FL
33880

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Bob Gualtieri <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bob Gualtieri
10750 Ulmerton Road
Largo, FL 33779

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Tommy Ford <br><br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tommy Ford
3421 N Highway 77
Panama City, FL
32405

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Gary L. Howze<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gary L. Howze
Neil Kirkman
Building FHP 2900 Apalache Parkway
Tallahassee, FL
32399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> Kevin Crews <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kevin Crews
711 3rd St.
Chipley, FL 32428

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> ——————————————————— <br> *Plaintiff(s)* <br><br> v. <br><br> Mike Adkinson <br><br> ——————————————————— <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mike Adkinson
752 Triple G Road
DeFuniak Springs
FL 32433-5606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Jared Miller<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jared Miller
15 Oak Street
Crawfordville FL
32327-2090

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Michael Chitwood<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Chitwood
123 W. Indiana Ave., 4th Floor,
DeLand, FL, 32720

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Brad Whitehead<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brad Whitehead
     55 W Main Street Room 102
     Lake Butler FL
     32054-1654

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
     Milton-Gerard:Esquibel
     MILTON GERARD ESQUIBEL
     c/o 2110 16th Ave North East
     [Naples], [Florida] State near [34120]
     [United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
                                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Wayne Padgett<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wayne Padgett
108 N Jefferson Street Ste 103
Perry FL
32347-3252

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                *Signature of Clerk or Deputy Clerk*