AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Mark Hunter<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 2:23-cv-00830-SPC-NPM<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mark Hunter
4917 E US Highway 90
Lake City FL 32055-6288

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

Date: October 3, 2023
_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> *Plaintiff(s)* <br> v. <br><br> Michelle Cook <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 2:23-cv-00830-SPC-NPM

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michelle Cook
901 North Orange Ave.
Green Cove Springs, FL 32043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*  Jordan Keeler

Date:  October 3, 2023  _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> *Plaintiff(s)* <br><br> v. <br><br> Bill Prummell <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  2:23-cv-00830-SPC-NPM <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bill Prummell
7474 Utilities Road
Punta Gorda FL 33982-2417

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*      Jordan Keeler

October 3, 2023

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>*Plaintiff(s)*<br><br>v.<br><br>Glenn H. Kimbrel<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Glenn H. Kimbrel
20776 Central Avenue E
Blountstown FL 32424-2276

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*  Jordan Keeler

October 3, 2023

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Gregory Tony<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  2:23-cv-00830-SPC-NPM<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Gregory Tony
                                            2601 W Broward Blvd
                                            Ft. Lauderdale FL 33312-1308

         A lawsuit has been filed against you.

         Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
                               Ninth Amendment Party Association UNA
                               Milton-Gerard:Esquibel
                               MILTON GERARD ESQUIBEL
                               c/o 2110 16th Ave North East
                               [Naples], [Florida] State near [34120]
                               [United States of America]

         If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                       *CLERK OF COURT*   Jordan Keeler

October 3, 2023

Date: _____        _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Ninth Amendment Party Association : "UNA";
MILTON GERARD ESQUIBEL : "Entity"
Milton-Gerard:Esquibel : "man"
)
)
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 2:23-cv-00830-SPC-NPM
)
Wayne Ivey )
)
_____ )
*Defendant(s)* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wayne Ivey
700 S Park Avenue
Titusville FL 32780-4008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Jordan Keeler

October 3, 2023

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> *Plaintiff(s)* <br><br> v. <br><br> Gordon Smith <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gordon Smith
945-B N. Temple Ave.
Starke, FL 32091

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

October 3, 2023

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Middle District of Florida

| | | |
|---|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" | ) ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | |
| v. | ) ) | Civil Action No.  2:23-cv-00830-SPC-NPM |
| Scotty Rhoden | ) ) ) | |
| _Defendant(s)_ | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Scotty Rhoden
1 Sheriff's Office Drive
Macclenny FL 32063-8833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o [2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    Jordan Keeler

Date:  October 3, 2023 _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; MILTON GERARD ESQUIBEL : "Entity" Milton-Gerard:Esquibel : "man" _____ *Plaintiff(s)* v. Clovis Watson, Jr. _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Clovis Watson, Jr.
2621 SE Hawthorne Road,
Gainesville, FL 32641

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* Jordan Keeler

Date: October 3, 2023 _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man" | )<br>)<br>) |
| | ) |
| _____<br>*Plaintiff(s)* | )<br>) |
| v. | )    Civil Action No.  2:23-cv-00830-SPC-NPM |
| Kevin Rambosk | )<br>) |
| | ) |
| _____<br>*Defendant(s)* | )<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kevin Rambosk
3319 Tamiami Trail East
Naples FL 34112-4901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o [2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Jordan Keeler

Date:  October 3, 2023
_____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Ninth Amendment Party Association : "UNA"; )
MILTON GERARD ESQUIBEL : "Entity" )
Milton-Gerard:Esquibel : "man" )
_____ )
*Plaintiff(s)* )
v. )          Civil Action No.  2:23-cv-00830-SPC-NPM
)
Dave Hardin )
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dave Hardin
1297 E SR 78
Moore Haven, FL 33471

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*  Jordan Keeler

Date:  October 3, 2023    _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Bobby Schultz<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bobby Schultz
9239 South US Hwy 129
Trenton, FL
32693-5463

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

October 3, 2023

Date: _____

*CLERK OF COURT*   Jordan Keeler

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man" | )<br>)<br>) |
| _____ | )<br>) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Morris Young | ) |
| | ) |
| _____ | )<br>) |
| *Defendant(s)* | ) |

Civil Action No.   2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Morris Young
339 East Jefferson Street
Quincy , FL , 32351

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

Date:   October 3, 2023   _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><hr>*Plaintiff(s)*<br>v.<br><br>A. J. Smith<br><hr>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   A. J. Smith
270 State Road 65
Eastpoint, FL
32328-3616

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

October 3, 2023

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Rick Staly<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.   2:23-cv-00830-SPC-NPM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rick Staly
901 E. Moody Blvd.
Bunnell, FL
32110-4434

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Jordan Keeler

October 3, 2023

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Chip Simmons<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chip Simmons
1700 West Leonard Street,
Pensacola, Florida 32501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*  Jordan Keeler

Date:  October 3, 2023
_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> Mike Prendergast <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:23-cv-00830-SPC-NPM <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mike Prendergast
1 Dr Martin Luther King Jr Avenue
Inverness FL
34450-4968

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Ninth Amendment Party Association UNA
> Milton-Gerard:Esquibel
> MILTON GERARD ESQUIBEL
> c/o 2110 16th Ave North East
> [Naples], [Florida] State near [34120]
> [United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

October 3, 2023

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br>_____<br>*Plaintiff(s)*<br>v.<br><br>T. K. Waters<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.   2:23-cv-00830-SPC-NPM<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   T. K. Waters
501 E Bay Street
Jacksonville FL
32202-2927

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

October 3, 2023

Date: _____          _____
                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> *Plaintiff(s)* <br><br> v. <br><br> Darby Butler <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.   2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Darby Butler
214 NE 351 Highway, Suite L
Cross City, Florida 32628

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

October 3, 2023

Date:  _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man" | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 2:23-cv-00830-SPC-NPM |
| James Potter | ) ) ) | |
| _____ | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   James Potter
208 E Cypress Street
Arcadia, FL
34266-4410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Jordan Keeler

October 3, 2023

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| Ninth Amendment Party Association : "UNA"; MILTON GERARD ESQUIBEL : "Entity" Milton-Gerard:Esquibel : "man" | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | |
| v. | ) | Civil Action No.   2:23-cv-00830-SPC-NPM |
| Donnie Edenfield | ) ) ) | |
| _Defendant(s)_ | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Donnie Edenfield
4111 Gov. Rick Scott Dr.
Marianna FL
32448

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Jordan Keeler

Date:   October 3, 2023   _____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Eric Flowers <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  2:23-cv-00830-SPC-NPM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eric Flowers
4055 41st Avenue
Vero Beach FL
32960-1802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*    Jordan Keeler

Date:    October 3, 2023    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>John Tate<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 2:23-cv-00830-SPC-NPM<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   John Tate
211 N Oklahoma Street
Bonifay FL
32425-2221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Jordan Keeler

October 3, 2023

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> *Plaintiff(s)* <br><br> v. <br><br> Chad Chronister <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.   2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Chad Chronister
2008 E. 8th Ave,
Tampa, FL 33605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

Date:  October 3, 2023   _____

_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Paul Blackman<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Paul Blackman
400 South Eucalyptus Street
Sebring FL
33870-3720

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*  Jordan Keeler

Date:  October 3, 2023  _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Al Nienhuis<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Al Nienhuis
18900 Cortez Blvd,
Brooksville Fl 34601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Jordan Keeler

Date: _____

October 3, 2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

|  |  |  |
|---|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Steve Whidden<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.   2:23-cv-00830-SPC-NPM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Steve Whidden
101 S.Bridge Street
Labelle, FL 33935

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

Date: October 3, 2023

_____         _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> Vent Crawford <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  2:23-cv-00830-SPC-NPM <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Vent Crawford
900 East Summit Street
Wauchula FL
33873-9606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Jordan Keeler

October 3, 2023

Date: _____

_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Ninth Amendment Party Association : "UNA";
MILTON GERARD ESQUIBEL : "Entity"
Milton-Gerard:Esquibel : "man"

*Plaintiff(s)*

v.                                    Civil Action No.  2:23-cv-00830-SPC-NPM

Harrell Reid

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Harrell Reid
207 NE 1st St
Jasper, Florida 32052

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

October 3, 2023

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> Mike Harrison <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  2:23-cv-00830-SPC-NPM <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mike Harrison
418 Cecil G. Costin Sr. Blvd.
Port St. Joe, FL 32456

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*  Jordan Keeler

Date: October 3, 2023

_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Billy Woods<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  2:23-cv-00830-SPC-NPM<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Billy Woods
692 NW 30th Ave
Ocala, FL 34475

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

           Ninth Amendment Party Association UNA
           Milton-Gerard:Esquibel
           MILTON GERARD ESQUIBEL
           c/o 2110 16th Ave North East
           [Naples], [Florida] State near [34120]
           [United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                  *CLERK OF COURT*  Jordan Keeler

October 3, 2023

Date: _____

                                     _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Rick Wells <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No.  2:23-cv-00830-SPC-NPM <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rick Wells
600 US Hwy 301 Blvd W #202
Bradenton FL
34205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Jordan Keeler

Date:   October 3, 2023   _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _Plaintiff(s)_ <br> v. <br><br> David Harper <br><br> _Defendant(s)_ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.  2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  David Harper
2364 W. US 90
Madison FL 32340

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_  Jordan Keeler

October 3, 2023

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> **Buddy Money** <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.   2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Buddy Money
12832 N.W. Central Avenue
Bristol FL
32321

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

October 3, 2023

Date:  _____        _____
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Bobby McCallum<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  2:23-cv-00830-SPC-NPM<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bobby McCallum
9150 NE 80th Avenue
Bronson, Florida 32621

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

Date:   October 3, 2023
_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man" | )<br>)<br>)<br>)  . |
| _____<br>*Plaintiff(s)*<br>v.<br>Walt McNeil<br>_____<br>*Defendant(s)* | )<br>)    Civil Action No.  2:23-cv-00830-SPC-NPM<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Walt McNeil
2825 Municipal Way
Tallahassee, FL 32304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

October 3, 2023

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Carmine Marceno<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.    2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Carmine Marceno
        14750 Six Mile Cypress Pkwy
        Ft. Myers FL
        33912-4406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
        Milton-Gerard:Esquibel
        MILTON GERARD ESQUIBEL
        c/o 2110 16th Ave North East
        [Naples], [Florida] State near [34120]
        [United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Jordan Keeler

October 3, 2023

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; MILTON GERARD ESQUIBEL : "Entity" Milton-Gerard:Esquibel : "man" | ) ) ) ) |
| _____ *Plaintiff(s)* | ) ) ) |
| v. | ) Civil Action No.  2:23-cv-00830-SPC-NPM |
| Peyton Grinnell | ) ) ) |
| _____ *Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Peyton Grinnell
360 W Ruby Street
Tavares FL
32778-3826

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*  Jordan Keeler

Date:  October 3, 2023        _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man" | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Brian Lamb | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brian Lamb
231 NW Monroe Avenue
Mayo, Florida
32066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

October 3, 2023

Date: _____

*CLERK OF COURT*   Jordan Keeler

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Mac McNeill<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mac McNeill
171 Industrial Park
Monticello FL
32344-6385

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

October 3, 2023

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> Chris Nocco <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.  2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chris Nocco
8700 Citizen Drive
New Port Richey
FL 34654-5501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Jordan Keeler

October 3, 2023

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Ric Bradshaw<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  2:23-cv-00830-SPC-NPM<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ric Bradshaw
3228 Gun Club Road
West Palm Beach, FL 33406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Jordan Keeler

Date:  October 3, 2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Marcos Lopez<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Marcos Lopez
2601 E Irlo Bronson Memorial Hwy
Kissimmee FL
34744

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Ninth Amendment Party Association UNA
> Milton-Gerard:Esquibel
> MILTON GERARD ESQUIBEL
> c/o 2110 16th Ave North East
> [Naples], [Florida] State near [34120]
> [United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Jordan Keeler

October 3, 2023

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> John Mina <br><br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John Mina
2500 West Colonial Drive
Orlando, FL 32804

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Jordan Keeler

October 3, 2023

Date: _____         _____
                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br>_____<br>*Plaintiff(s)*<br>v.<br>Noel Stephen<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  2:23-cv-00830-SPC-NPM<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Noel Stephen
504 NW 4th St,
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*     Jordan Keeler

October 3, 2023

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>——————————————————————<br>*Plaintiff(s)*<br>v.<br>Eric Aden<br><br>——————————————————————<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eric Aden
50 Second Street
Shalimar FL
32579-1748

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Jordan Keeler

October 3, 2023

Date: _____                    _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

<table>
<tr><td>
Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br><hr><br><i>Plaintiff(s)</i><br><br>v.<br><br>Bill Leeper<br><br><hr><br><i>Defendant(s)</i>
</td>
<td>
)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)
</td>
<td>
Civil Action No.  2:23-cv-00830-SPC-NPM
</td>
</tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bill Leeper
           77151 Citizens Circle
           Yulee FL
           32097-5452

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Ninth Amendment Party Association UNA
        Milton-Gerard:Esquibel
        MILTON GERARD ESQUIBEL
        c/o 2110 16th Ave North East
        [Naples], [Florida] State near [34120]
        [United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Jordan Keeler

October 3, 2023

Date: _____

                                               _____
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| Ninth Amendment Party Association : "UNA"; MILTON GERARD ESQUIBEL : "Entity" Milton-Gerard:Esquibel : "man" | ) ) ) ) | |
| _____ *Plaintiff(s)* | ) ) ) | 2:23-cv-00830-SPC-NPM Civil Action No. |
| v. | ) ) | |
| Rick Ramsay | ) ) | |
| _____ *Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rick Ramsay
5525 College Road
Key West FL
33040-4307

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Jordan Keeler

October 3, 2023

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Ninth Amendment Party Association : "UNA";  )
MILTON GERARD ESQUIBEL : "Entity"  )
Milton-Gerard:Esquibel : "man"  )
 )
_____  )
*Plaintiff(s)*  )
v.  )   Civil Action No.  2:23-cv-00830-SPC-NPM
 )
Alfredo Ramirez  )
 )
_____  )
*Defendant(s)*  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Alfredo Ramirez
9105 NW 25th Street
Miami FL
33172-1500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

October 3, 2023

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>William Snyder<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William Snyder
800 SE Monterey Road
Stuart FL
34994-4599

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*  Jordan Keeler

October 3, 2023

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Sam St. John <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.   2:23-cv-00830-SPC-NPM <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sam St. John
200 South Ohio/MLK Ave Ste 105
Live Oak FL
32064-3239

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Jordan Keeler

October 3, 2023

Date: _____        _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> *Plaintiff(s)* <br> v. <br> Bill Farmer <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bill Farmer
7361 Powell Road
Wildwood FL
34785

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*  Jordan Keeler

October 3, 2023

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Ken Mascara<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.   2:23-cv-00830-SPC-NPM<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ken Mascara
4700 W Midway Road
Ft Pierce FL
34981-4825

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

Date:  October 3, 2023
_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Rob Hardwick<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  2:23-cv-00830-SPC-NPM<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rob Hardwick
4015 Lewis Speedway
St. Augustine FL
32084-8611

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

Date:   October 3, 2023
_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Dennis Lemma <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  2:23-cv-00830-SPC-NPM <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Dennis Lemma
100 Eslinger Way
Sanford FL
32773-6706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Jordan Keeler

Date:   October 3, 2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Kurt A. Hoffman<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kurt A. Hoffman
6010 Cattleridge Blvd
Sarasota, FL 34232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Jordan Keeler

Date:   October 3, 2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Robert Johnson <br><br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  2:23-cv-00830-SPC-NPM<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Robert Johnson
5755 East Milton Road
Milton, Florida 32572

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

October 3, 2023

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Gator DeLoach<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Gator DeLoach
130 Orie Griffin Blvd.
Palatka FL
32177-1416

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Jordan Keeler

October 3, 2023

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man" | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No.  2:23-cv-00830-SPC-NPM |
| Grady Judd | ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Grady Judd
1891 Jim Keene Blvd.
Winter Haven FL
33880

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Jordan Keeler

Date:  October 3, 2023   _____

_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>*Plaintiff(s)*<br>v.<br>Bob Gualtieri<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bob Gualtieri
10750 Ulmerton Road
Largo, FL 33779

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*  Jordan Keeler

October 3, 2023

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Tommy Ford<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tommy Ford
3421 N Highway 77
Panama City, FL
32405

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

October 3, 2023

Date:  _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Gary L. Howze<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  2:23-cv-00830-SPC-NPM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Gary L. Howze
Neil Kirkman
Building FHP 2900 Apalache Parkway
Tallahassee, FL
32399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

October 3, 2023

Date: _____

CLERK OF COURT   Jordan Keeler

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Kevin Crews<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kevin Crews
711 3rd St.
Chipley, FL 32428

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

October 3, 2023

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Middle District of Florida

| | | |
|---|---|---|
| Ninth Amendment Party Association : "UNA"; MILTON GERARD ESQUIBEL : "Entity" Milton-Gerard:Esquibel : "man" | ) ) ) ) | |
| _____ *Plaintiff(s)* | ) ) ) | Civil Action No.  2:23-cv-00830-SPC-NPM |
| v. | ) | |
| Mike Adkinson | ) ) | |
| _____ *Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mike Adkinson
752 Triple G Road
DeFuniak Springs
FL 32433-5606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

October 3, 2023

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; MILTON GERARD ESQUIBEL : "Entity" Milton-Gerard:Esquibel : "man" <br><br> *Plaintiff(s)* <br><br> v. <br><br> Jared Miller <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jared Miller
15 Oak Street
Crawfordville FL
32327-2090

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

October 3, 2023

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Michael Chitwood<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.   2:23-cv-00830-SPC-NPM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Chitwood
123 W. Indiana Ave., 4th Floor,
DeLand, FL, 32720

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Ninth Amendment Party Association UNA
      Milton-Gerard:Esquibel
      MILTON GERARD ESQUIBEL
      c/o 2110 16th Ave North East
      [Naples], [Florida] State near [34120]
      [United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Jordan Keeler

October 3, 2023

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA"; <br> MILTON GERARD ESQUIBEL : "Entity" <br> Milton-Gerard:Esquibel : "man" <br><br> _____ <br><br> *Plaintiff(s)* <br><br> v. <br><br> Brad Whitehead <br><br> _____ <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   2:23-cv-00830-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Brad Whitehead
55 W Main Street Room 102
Lake Butler FL
32054-1654

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Jordan Keeler

Date:   October 3, 2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Ninth Amendment Party Association : "UNA";<br>MILTON GERARD ESQUIBEL : "Entity"<br>Milton-Gerard:Esquibel : "man"<br><br>*Plaintiff(s)*<br>v.<br><br>Wayne Padgett<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.   2:23-cv-00830-SPC-NPM<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wayne Padgett
108 N Jefferson Street Ste 103
Perry FL
32347-3252

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o 2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Jordan Keeler

Date: October 3, 2023   _____

_____
*Signature of Clerk or Deputy Clerk*