Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel
MILTON GERARD ESQUIBEL
c/o [2110 16th Ave North East
[Naples], [Florida] State near [34120]
[United States of America]

# DISTRICT COURT OF THE UNITED STATES

## Middle District of Florida

|  |  |
|---|---|
| Ninth Amendment Party Association : "UNA"; MILTON GERARD ESQUIBEL : "Entity" Milton-Gerard:Esquibel : "man"<br><br>PLAINTIFF(S);<br><br>v.<br><br>Kevin Rambosk, Clovis Watson, Jr., Scotty Rhoden, Tommy Ford, Gordon Smith, Wayne Ivey, Gregory Tony, Glenn H. Kimbrel, Bill Prummell, Mike Prendergast, Michelle Cook, Mark Hunter, James Potter, Darby Butler, T.K. Waters, Chip Simmons, Rick Staly, A.J. Smith, Morris Young, Bobby Schultz, Dave Hardin, Mike Harrison, Harrell Reid, Vent Crawford, Steve Whidden, Al Nienhuis, Paul Blackman, Chad Chronister, John Tate, Eric Flowers, Donnie Edenfield, Mac McNeill, Brian Lamb, Peyton Grinnell, Carmine Marceno, Walt McNeil, Bobby McCallum, Buddy Money, David Harper, Rick Wells, Billy Woods, William Snyder, Alfredo Ramirez, Rick Ramsay, Bill Leeper, Eric Aden, Noel Stephen, John Mina, Marcos Lopez, Ric Bradshaw, Chris Nocco, Bob Gualtieri, Grady Judd, Gator DeLoach, Robert Johnson, Kurt A. Hoffman, Dennis Lemma, Rob Hardwick, Ken Mascara, Bill Farmer, Sam St. John, Wayne Padgett, Brad Whitehead, Michael Chitwood, Jared Miller, Mike Adkinson, Kevin Crews, Gary L. Howze [in their individual and  official capacity]<br><br>DEFENDANT(S); | Case No: 2:23-cv-830-SPC-NP<br><br>**AMENDMENT TO STATEMENT OF CLAIM RULE 15** |

---

### Supreme Court Decision-1796

There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellow man without his **consent**. Cruden v. Neale, 2N.C. 338(1796);

0-35



## Plaintiff(s) Amendment of Statement of Claim;

**COMES NOW**, the Ninth Amendment Party Association a Unincorporated Non Profit Association has capacity to assert and defend standing (1) a nonprofit association in its name may institute, defend, intervene or participate in a judicial, administrative or other governmental proceeding or in arbitration, mediation or in any other forms of alternative dispute resolution; (2) a nonprofit association may assert a claim in its name on behalf of its members if one or more of its members of the nonprofit association have standing to assert a claim in their own Right, the interest the nonprofit association seeks to protect is germane to its purpose and neither the claim asserted or the relief requested requires participation of a member;

The Ninth Amendment Party "Florida Chapter" Plaintiff, and separate Plaintiff Milton Gerard Esquibel man placed a publication in the FORT MEYERS WEEKLY on October 19, 2022, October 26 of 2022, November 2 of 2022, November 9 of 2022 Notice Id # 20tiCzAOxtcWAVKJZfz9 "**Exhibit 1**" with **no response** from any City, County or State elected officials, PRINCIPAL(S) OR AGENT(S) OR EMPLOYEES in reference to the Judicial Notice and Constructive Notice to protect the Rights of men and women who are members and non-members, failure to respond in writing within the time specified to contest shall be conclusive evidence deemed to approve the notice and schedule of fees by Ninth;

1

Amendment Party Association and Milton Gerard Esquibel man. Since the City, County or State PRINCIPAL(S) OR AGENT(S) did not respond in writing to the first notice of schedule of fees, then the Ninth Amendment Party and Milton-Gerard:Esquibel man continued to notice by way of public publication a second notice, published third notice and published the forth notice. These Defendants Names and Addresses "See **Exhibit 2**" did not respond in writing to the second, third and forth publication within seven calendar days from the original date of notice to the fourth notice, then the City, County or State PRINCIPAL(S) OR AGENT(S) shall be conclusively deemed to have approved the notice and schedule of fees for constitutional violations after the last publication November 9 of 2022;

Plaintiff, Ninth Amendment Party Association, a Unincorporated Non Profit Association "registered in Idaho" and Plaintiff MILTON GERARD ESQUIBEL a UNITED STATES created government entity and Plaintiff Milton-Gerard a man created in Gods image, born alive, on the soil, in the third dimension and beyond the sea of the; family :Esquibel, with clean hands, rectus in curia, hereinafter referred to as the Plaintiff(s) is seeking from this Court under 42 USC § 1981;§ 1982; § 1983; § 1985; § 1986; 28 USC § 1331;§ 1343 (a) (3); 18 USC § 241; § 242; 42 § 12203 and any unknown protection provided by law, to protect the Plaintiff(s) Rights and to correct the error(s) of the named Defendant(s) against Plaintiff MILTON GERARD ESQUIBEL Entity and Milton-Gerard:Esquibel man, members and non-members of the Ninth Amendment Party Association who have;

$M.6:E$

standing on the land by declaration of; domicile of choice or by any other form permitted by law, within the United states of America versus COMMERCIAL SERVITUS under the UNITED STATES INC., established under the act of the District of Columbia year 1871, SHERIFF(S) in EVERY COUNTY THROUGHOUT THIS STATE and FLORIDA HIGHWAY PATROL "FHP" and MIAMI / DADE POLICE continue to violate Rights of self determination of status of every living man and woman, by forced contractual agreement(s), The Plaintiff(s) MILTON GERARD ESQUIBEL Entity and Milton-Gerard:Esquibel man, have been forced by FLORIDA HIGHWAY PATROL PRINCIPAL and AGENTS, COLLIER COUNTY SHERIFF AND DEPUTIES for the purpose commercial revenue by   way of commercial Monopoly, Fraud, Racketeering, Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court; Coercing or Attempted Coercion of the Trustee/Secured Party/Bailee Milton-Gerard:Esquibel man "**Exhibit 3**" to take responsibility for the trust against his Will: a Deprivation of Constitutional Right of $100,000.00x 2, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 2, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 2, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 1 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

3

MILTON GERARD ESQUIBEL ENTITY AND Milton-Gerard of the family :Esquibel man has been forced to participate under this violation of Right by these 2 defendant(s) overseeing his deputies of COLLIER COUNTY (04-26-2022 TINTED WINDOWS) and FLORIDA HIGHWAY PATROL defendant Directer overseeing his agents in Brooksville located HERNANDO COUNTY (06/21/2023 TINTED WINDOWS) MILTON GERARD ESQUIBEL Entity and Milton-Gerard of the; family :Esquibel is seeking from this Court under 42 USC § 1981;§ 1982; § 1983; § 1985; § 1986; 28 USC § 1331;§ 1343 (a) (3); 18 USC § 241; § 242; 42 § 12203 and any unknown protection and remedy provided by law, to protect his rights as entity and man, against the Monopoly,; Fraud, Racketeering, Threat, Coercion, Deception or Attempted Deception by by above named Principal or Agent(s) Coercing or; Attempted Coercion of the Trustee/ Secured Party/Bailee to take responsibility for the trust against his will: a Deprivation of Constitutional Right of $100,000.00x 2, Violation of a Civil Right/ Privilege or Immunity $25,000.00 x 2, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 2, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 1 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

MILTON GERARD ESQUIBEL entity has been forced to contract prior to September 10, 2022 and has been forced to contract with FHP without a fully;

M. G:E

4

disclosed legal contract, violating his rights as a commercial entity dually registered in the STATE OF FLORIDA after September 10, 2022 "**Exhibit 4**", and the UCC filing in Colorado 12/28/22 # 20222130200 "**Exhibit 3**" violating his entity rights and Legal Notice that is subject to this claim under the Security Agreement under Item No.: 06291962-MGE-SA, and under 42 USC § 1981, Monopoly, Fraud, Racketeering, Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court; Coercing or Attempted Coercion of the; Trustee/Secured Party/Bailee to take responsibility for the trust against his Will, a Deprivation of Constitutional Right of $100,000.00, Violation of a Civil Right/ Privilege or Immunity $25,000.00, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 1 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

Plaintiff interpretation of statutes and UCC laws cannot be only determined by the Defendant(s); Supreme Court Ruling, Chevron U.S.A., Inc. v. Natural Resources Defense Council, Inc., 467 U.S. 837(1984);

1. **COMMERCIAL SERVITUS** is created under the **UNITED STATES INC.** which through government **DRIVERS LICENSE compact(s)** is utilized in all **TOWNS, CITIES, COUNTIES AND STATES** of this Nation by the;

5

Defendant(s) through the capitalization of your **true name** which is written in **upper and lowercase letters**, "**Example; John Buck Doe**", versus your **forged commercial name as seen on a DRIVERS LICENSE "Example: JOHN BUCK DOE"** Defendant(s) utilize this enforcer tactic daily against the Plaintiff(s), Ninth; Amendment Party Association(s) members and non-members and Plaintiff MILTON GERARD ESQUIBEL entity and Plaintiff Milton-Gerard:Esquibel man by threat, creating and inflicting duress and coercion under the presumed commercial status of government under color of law WITH NO Constitutional AUTHORITY TO CONVERT True Name, violations of Monopoly, Fraud, Racketeering, Threat, Coercion, Deception, or Attempted Deception by any; Principal or Agent Coercing or Attempted Coercion of the Trustee/Secured; Party/Bailee to take responsibility for the trust against MILTON GERARD ESQUIBEL entity and Milton-Gerard:Esquibel man Will: a Deprivation of Constitutional Right of $100,000.00 x 68, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 68, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 68, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 1 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

6

2. Plaintiff(s) investigation and research under the Administrative Procedure Act defines the use of all **CAPITAL LETTERS** under the **Commercial Name Availability** which defines as follows "**Legal Authority;** characters of print acceptable in names, names may consist of letters of the English alphabet, Arabic numerals and certain symbols capable of being reproduced on a standard; English language typewriter or combination thereof, **letters of the English alphabet includes only upper capital letters; no distinction as to type face or font is recognized"** Defendants deny daily the status of NAME CHANGE on State issued Drivers License as a commercial entity for commercial purposes of financial and physical control which violate Plaintiff MILTON GERARD ESQUIBEL entity and Plaintiff Milton-Gerard:Esquibel man of the unalienable Rights and inalienable rights, under color of law COMMERCIAL SERVITUS by Monopoly, Fraud, Racketeering, Threat,; Coercion, Deception, or Attempted Deception by any Officer of the Court; Coercing or Attempted Coercion of the Trustee/Secured Party/Bailee to take responsibility for the trust against his Will: a Deprivation of Constitutional Right of $100,000.00 x 68, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 68, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 68, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 1 against Plaintiff MILTON GERARD;

7

ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

3. FLORIDA HIGHWAY PATROL PRINCIPAL AND OR AGENT utilized Commercial NAME by way of fraud on commercial citation AHKQ4TE without consent of Plaintiff MILTON GERARD ESQUIBEL entity and Plaintiff Milton-Gerard:Esquibel man of American Indian decent and forcing a contractual agreement of fiction on 06/21/2023, a Deprivation of Constitutional Right of; $100,000.00 x 1, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 1, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 1, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 1 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

4. Plaintiff(s) investigation and research shows that in Florida STATE under the **Fictitious Name** category of the Secretary of State Business you can PURCHASE AND REGISTER your true name "upper and lower case" under a commercial DBA "FULL CAPITALIZATION of name" and is published publicly "**Exhibit 4 1-2**" to inform the government and public of commercial usage under contractual obligations that now exist, MILTON GERARD ESQUIBEL is registered as such in this State of FLORIDA under G22000113323 "**Exhibit 4 2-2**" which this defendant FLORIDA HIGHWAY;

8

PATROL defendant Directer overseeing his agents in Brooksville located HERNANDO COUNTY (06/21/2023 TINTED WINDOWS) along with CLERK(S) and or JUDGE(S); and or Employees of said COUNTY OF COMMERCIAL COURT after citation was issued, willfully, wantonly and knowingly usurp UCC code(s) creating Monopoly, Fraud, Racketeering, Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court Coercing or Attempted Coercion of the Trustee/Secured Party/Bailee to take responsibility for the trust against his Will, the County was notified on June 26, 2023 by certified mail #70220410000026331557 all due to FLORIDA HIGHWAY PATROL violation of right to travel, a Deprivation of Constitutional Right of $100,000.00 x 1, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 1, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 1, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 1 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

5. Plaintiff(s) investigation and research can find no constitutional lawful authority, enacting clauses, Session laws, Legislative certificates, common law rules and/or rulings, that authorizes the UNITED STATES DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES and STATE OF FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES a State;

9

governmental entity or a State, County, City elected official, governmental employee to constitutionally determine a man or woman or son(s) or daughter(s) commercial status and or real property and or private property status under color of law, and or which allows any form of Government to take away a man or woman self determination of non commercial status "ie the Right to contract" 42 USC § 1981 which the defendant(s) have violated rights of the Plaintiff(s) MILTON GERARD ESQUIBEL entity rights and Milton-Gerard:Esquibel man of American Indian descendent rights daily throughout this STATE OF FLORIDA Fraudulent Registration and Titling of non commercial automobiles as a commercial entity for commercial revenue, These PRINCIPALS and AGENTS continue violating the constitution and UCC FILING and Security Agreement of MILTON GERARD ESQUIBEL ENTITY and trust security agreement of Milton-Gerard:Esquibel man and their official county Oath of Office on the day it was officially signed by not representing both sides equally of; government DeJure and DeFacto, Milton-Gerard:Esquibel man sent out acceptance of their official oath of office to each defendant on 09/15/2023 by; certified mail with return receipt for evidence # UFN 116277-0465, receipt 840-53350138-49612602-2 clerk 61, creating a quid pro quo contract "**Exhibit 5**" cf [U.S. Const. Art. 6, Clauses 2 and 3, Davis Vs. Lawyers Surety; Corporation., 459 S.W. nd. 655, 657., Tex. Civ. App.] in which clerks, officials, or officers of the government pledge to perform (Support and uphold the United;

10

States and state Constitutions) in return for; substance (wages, perks, benefits). Proponents are subjected to the penalties and remedies for Breach of Contract, Conspiracy cf[Title 18 U.S.C., Sections 241, 242]. Treason under the Constitution at Article 3, Section 3., and Intrinsic Fraud cf [Auerbach v Samuels, 10 Utah 2nd. 152, 349 P. 2nd. 1112,1114. Alleghany corp v Kirby., D.C.N.Y. 218 F. supp. 164, 183., and Keeton Packing co. v state., 437 S.W. 20, 281. Defendants have violated the contract with Milton-; Gerard:Esquibel man "**Exhibit 1**" MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man requested certified Oaths of Office for each defendant from the State of Florida, paid for services and still has not received as of October 15, 2023, a usual tactic of Government to prevent evidence, a; Deprivation of Constitutional Right of $100,000.00 x 68, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 68, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 68, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 2 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

6. Plaintiff(s) investigation and research can find no constitutional lawful authority, and or legal authority to force the man or woman into a presumed status of a GOVERNMENT entity for the purpose of contractual obligations that violate any and all Rights of man and or woman and or son(s) or daughter(s);

M.G.E.

11

created in Gods image who are members or non members of Plaintiff Ninth Amendment; Party Association and Plaintiff MILTON GERARD ESQUIBEL entity and Plaintiff Milton-Gerard: Esquibel man and our belief in God and the ability to pursue unalienable Rights as defined by; Bouvier's law dictionary **"things which are not in commerce"** and to carefully evaluate the term inalienable as used in the State(s) constitution as defined "the characteristic of those things which cannot be bought or sold or transferred to from one person to another, such as rivers and public highways, and **certain personal Rights**; e. g., liberty"   as defined under Black; Law Dictionary IV,   the SHERIFF(S) and FLORIDA HIGHWAY PATROL and MIAMI/DADE POLICE combined with; others have subjected the Plaintiff MILTON GERARD ESQUIBEL entity and; Milton-Gerard: Esquibel man to a jurisdiction foreign to our original constitution upon entering their official boundaries within the COUNTY AND STATE, which the defendant(s) have violated the Rights as of October 20, 2020 by threat, inflicting duress, financial burdens and coercion without providing the verifiable contract authorized by all parties involved by Conspiracy, Aid and Abet, Racketeering and or Abuse of Authority, a Deprivation of Constitutional Right of $100,000.00 x 68, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 68, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 68, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 2 against;

Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

7. Plaintiff(s) investigation and research can find no constitutional lawful authority to force a victimless crime into a commercial venue as stated in 27 CFR 72.11, to collect FEDERAL RESERVE NOTES OF CREDIT to fund the for-profit MUNICIPAL CORPORATION(S) and or commercial political subdivision(s) of the United States, this State of Florida or any other form of government entities within the original land boundaries for the United states of America, which the defendants have violated Milton-Gerard:Esquibel man; since moving to Florida in October 20 of 2020, The Plaintiff Milton-Gerard:Esquibel; man guaranteed Rights are violated under previous Supreme; Court Rulings to travel freely, to determine any and all contractual agreements and either accept or deny, a Deprivation of Constitutional Right of $100,000.00 x 68, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 68, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 68, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 2 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

8. Plaintiff(s) investigation and research shows the COMMERCIAL COURTS of this STATE OF FLORIDA as described in the first constitution of;

M.G:E

13

the State Article IV Judicial Department §1. utilize in reference to the **COMMERCIAL Drivers License compact** to initiate fees, known as **Penal Sum**, if you **don't pay this commercial debt** you go into Default Judgement **creating bond payments** due to **commercial violations** without the knowledge of the general population of men and women **traveling to and from non commercial activities**, These bonds vary from BID BOND, PERFORMANCE BOND, PAYMENT BOND, PAYMENT BOND FOR OTHER THAN CONSTRUCTION CONTRACTS, and others not to be limited, are assisted by the SHERIFF(S) and FLORIDA HIGHWAY PATROL and MIAMI/DADE POLICE in racketeering, violation of rights and generating outrageous sums of revenue unknown to the general population of men and women of the United; states of America for the different entities of COMMERCIAL GOVERNMENT(s) and Principals and Agents of which the defendants have violated the Plaintiff Milton-Gerard:Esquibel man to travel freely, etc… by Coercing or Attempted Coercion of the Trustee/Secured Party/Bailee to take responsibility for the trust against his Will; a Deprivation of Constitutional Right of $100,000.00 x 68, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 68, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 68, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 2;

14

against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

9. Plaintiff(s) investigation and research can find no lawful constitutional authority to deprive the Plaintiff Milton-Gerard:Esquibel man Right to own property free and clear from government **COMMERCIAL SERVITUS** from a foreign taxation and levy by **government, it's principals and or agents and or employees due to; presumed commercial status and activity without a authorized contract in place** which the defendants have violated the Plaintiff Milton-Gerard:Esquibel man, Rights daily since their official oath of office was signed and preventing Milton-Gerard:Esquibel man, the ability to preform non commercial husbandry and or wifery abilities a Deprivation of Constitutional Right of $100,000.00 x 68, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 68, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 68, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 2 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

10. Plaintiff MILTON GERARD ESQUIBEL and Milton-Gerard:Esquibel also utilized and placed lawfully and or legally on the actual COMMERCIAL FLORIDA DRIVERS LICENSE #E214-547-62-229-0, UCC 1-308 under signature defined "…that with explicit reservation of; Rights performs or;

M-G:E

15

promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the Rights reserved…" along with initiating the Secure Party Creditor UCC 1 "**Exhibit 3**" process which takes the ENTITY/DEBTOR/VESSEL "JOHN BUCK DOE' status away and places the ENTITY/DEBTOR/VESSEL in dry dock, placing the man or woman as the Creditor in control by self determination through trust of any and all commercial contractual obligations placed upon the man or woman through presumption unless void where prohibited by law which the defendant FLORIDA HIGHWAY PATROL AGENT violated the UCC rights by not looking at the official paperwork of the UCC Filing denying the copy of Doctors report stating condition of Plaintiff, MILTON GERARD ESQUIBEL entity and Milton-Gerard:Esquibel man attempted to show; PETERS # 4737 but was denied by; FLORIDA HIGHWAY PATROL AGENT along with breaking qualified immunity and following the Milton-Gerard:Esquibel man after the official commercial stop due to Milton-Gerard:Esquibel man asking for a supervisor which PETERS denied in initial stop, Milton-Gerard:Esquibel man called PETERS a coward for not getting a supervisor prior to the conclusion of stop as requested, after the stop was concluded PETERS then followed Milton-Gerard:Esquibel man and abused Milton-Gerard:Esquibel man with physical force violating his right to free speech, throwing him against his Automobile and cuffing him for no lawful reason stating he was resisting "Milton-;

M.G:E

Gerard:Esquibel man video shows a different scenario" Milton-Gerard:Esquibel man damages took place after the UCC filing was registered, and the STATE of FLORIDA SECRETARY OF STATE was notified by certified mail # 70220410000026331571 received on;  January 30,; 2023, 7:37 am with return receipt, to be secure from commercial activity without a contract in place, a Violation of Trust Private Security Agreement under Restraint and or Distraint $2,000,000.00 x 1, Violation of Right to Freedom of Speech $2,000,000.00 x 1, Unlawful Distraint, Unlawful Detainer 5,000,000.00 x 1, a Deprivation of Constitutional Right of $100,000.00 x 1, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 1, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 1, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 2; against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

11. Party of the First Part: MILTON GERARD ESQUIBEL TRUST  the COPYHOLD TRUST/Estate/Bailor also under any and all derivatives and variations in the spelling thereof, with the exception of "Milton Gerard Esquibel", Under account No. XXX-XX-XX03;  or with all property Lawfully part of the TRUST held as a foreign Trust Estate 28 U.S.C. 1603(b)(3); 8 U.S.C. 1101(a)(14); 26 U.S.C. 7701(a)(31), Party of the Second Part: "Milton-Gerard: Esquibel Trustee/Secured Party/Bailee")  a Live Natural flesh and-blood;

17

Almighty God-created private American sui juris sentient being; and an Ambassador of God Almighty Domiciled in Florida Republic and on religious sojourn through the UNITED STATES; One, who is as a "Non-resident alien" as defined within 26 U.S.C. 7701(b)(1)(B)], []sic, in regards the UNITED STATES; [28 U.S.C. 3002(15)(A); U.C.C. 9-307(h)] with express, explicit, irrevocable reservation of all natural God-given & unalienable Rights; including but not limited by F.S.I.A. without prejudice U.C.C. 1-207; U.C.C. 1-308, U.C.C. 1-103.6 (Anderson's UCC) reserved ab initio, nunc pro tunc: Beneficiaries: named in ADDENDUM TO MINUTES OF INITIAL MEETING OF TRUST, in which the trust is to the ultimate benefit for. Interest and use hereinafter held in trust and administered as trustee by: Milton-Gerard:Esquibel hereinafter: real party authorized representative of the MILTON GERARD ESQUIBEL; TRUST /Estate, a Deprivation of Constitutional Right of $100,000.00 x 1, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 1, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 1, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 2 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant FLORIDA HIGHWAY PATROL by deception;

12. Plaintiff(s) investigation and research finds a contract must contain (a) the offer (b) acceptance (c) awareness (d) consideration (e) capacity (f) legality,;

M-G:E

18

by not providing the contract Defendant FLORIDA HIGHWAY PATROL Principal and or AGENT continued to violate due process against the Plaintiff MILTON GERARD ESQUIBEL ENTITY AND Milton-Gerard:Esquibel man when Milton-Gerard:Esquibel man filed a complaint on the Agent Peters immediately on 6/21/2023 time 16:49 through the email as directed on website for FHP, Milton-Gerard:Esquibel man has made numerous attempts to follow up with emails and calls to, with no response back from any investigator of professional compliance employee as of October 15, 2023, a Deprivation of Constitutional Right of $100,000.00 x 1, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 1, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 1, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 2 against Plaintiff; MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

13. Plaintiff(s) investigation and research of the constitution for the United States of America and the territorial overlay of the UNITED STATES are governed differently by SHERIFF(S), DEPUTY(IES), FLORIDA STATE PATROL, MIAMI/DADE POLICE and Elected Officials, Employees of Government Entity(ies) within City; County and City, County and any form of Law Enforcement, "Example; Oath of office and Affirmation is usurped in violation according to 5 U. S. C. § 3331, and 28 U. S. C. § 746 the defendant;

19

FHP, have violated MILTON GERARD ESQUIBEL ENTITY AND Milton-Gerard:Esquibel man Rights to access the status of self determination, a Deprivation of Constitutional Right of $100,000.00 x 1, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 1, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 1, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 2 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

14. Plaintiff(s) investigation and research shows "there are no Judicial courts in America and have not been since 1789. "Judges" do not enforce statutes and codes. **Executive administrators enforce statues and codes**. FRC V. GE., 281 U.S. 428 1 Stat. 138-178", There have only been Administrators. FRC v. GE,; 281 U.S. 464 Keller v. Potomac Elec. Co., 261 U.S. 428 1 Stat. 138-178" "The ;Supreme Court has warned, "Because of what appears to be Lawful commands [Statutory Rules, Regulations and -codes–ordinances- and Restrictions] on the surface, many commercial citizens "emphasis added" because of their respect for what appears to be law, are cunningly coerced into waiving their Rights, due to; ignorance... [deceptive practices, constructive fraud, barratry, legal plunder,; conversion, and malicious prosecution in inferior administrative State courts].": (United States v. Minker, 350 U.S. 179, 187, 76;

20

S.Ct. 281, 100 L.Ed. 185 (1956);" by extending the COMMERCIAL jurisdiction of the courts, of Admiralty, "Law Merchant" beyond its ancient limits, SHERIFF(S) DEPUTY(IES) AND FLORIDA HIGHWAY PATROL AND MIAMI/DADE POLICE have a manifest tendency to subvert the Rights and guaranteed constitutional secured liberties of the men and women on the land within the original state of Florida, a Deprivation of Constitutional Right of $100,000.00 x 68, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 68, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 68, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 1 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

15. Plaintiff(s) investigation and research shows "A concurrent or 'joint resolution' of legislature is not "Law,"( Koenig v. Flynn, 258 N.Y. 292, 179 N. E. 705, 707; Ward v State, 176 Okl. 368, 56 P.2d 136, 137; State ex rel. Todd v. Yelle, 7 Wash.2d 443, 110 P.2d 162, 165). a Deprivation of Constitutional Right of $100,000.00 x68, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 68, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 68, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 2 against;

Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

16. **All codes, rules, and regulations are for government authorities only**, not; man/woman Creators in accord with God's Laws. "All codes, rules, and regulations are unconstitutional and lacking due process of Law.."(Rodriques v. Ray Donavan, U.S. Department of Labor, 769 F.2d 1344, 1348 (1985)); … lacking due process of law, in that they are 'void for ambiguity' in their failure to specify the statutes' applicability to 'natural persons,' otherwise depriving the same of fair notice, as their construction by definition of terms aptly identifies the applicability of such statutes to "artificial or fictional corporate entities or 'persons', creatures of statute, or those by contract employed as agents or; representatives, departmental subdivisions, offices, officers, and property of the government, but not the 'Natural Person' or American citizen Immune from such jurisdiction of legalism." "A "Statute' is not a Law," (Flournoy v. First Nat. Bank of Shreveport, 197 La. 1067, 3 So.2d 244, 248), A "Code' or Statute' is not a Law," (Flournoy v. First Nat. Bank of Shreveport, 197 La. 1067, 3 So.2d 244, 248)," "A "Code' is not a Law," (In Re Self v Rhay Wn 2d 261), in point of fact in Law)." a Deprivation of Constitutional Right of $100,000.00 x 68, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 68, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 68, a UCC violation of Trust Private;

MG:E

22

Security Agreement of $2,000,000.00 x 2 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

17. Plaintiff(s) investigation and research shows "The Common Law is the real law, the Supreme Law of the land. The codes, rules, regulations policy and statutes are "not the law." (Self v. Rhay, 61 Wn 2d 261), They are the law of government for internal regulation, not the law of man and or woman, in his or her separate but equal station and natural state, a sovereign foreign with respect to government generally have violated the MILTON GERARD ESQUIBEL ENTITY AND Milton-Gerard:Esquibel man, a Deprivation of Constitutional Right of $100,000.00 x 68, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 68, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 68, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 2 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

18. Plaintiff(s) investigation and research from different STATES are all in uniform standard when issuing your STATE COMMERCIAL LICENSE TO OPERATE A MOTOR VEHICLE, this uniform style of commercial fraud when transferring your True Name **"Example; John Buck Doe"** to a entity of **COMMERCIAL SERVITUS "Example; JOHN BUCK DOE"** is done in a;

*pg:E*

23

stroke of a key knowingly, willfully and wantonly by many government officials, One of our members received the reason for such after asking why his Family Name DeMott was not spelled correctly, the response from the IDAHO TRANSPORTATION DEPARTMENT was stated "this letter is in response to your phone inquiry in which you requested an explanation of why Idaho drivers license are printed with names and addresses in uppercase letters, Idaho's current automotive drivers license system was launched in the early 1980s, this system is not capable of both upper and lower case letter entry as system limitations allow upper case only for names and addresses, the database of licenses and IDs on file (in the 1 - 2 million record range), are all created in this way, there are no programming resources available for the system modification to allow entry of new records, likewise there are not enough people resources to re-enter existing records in both upper and lower case, the department also finds it is not feasible to re-issue your license in both upper and lower case, a review of sample licenses from other states reveal that no other state has the ability to issue names and addresses on drivers license with both upper and lower case letters, for readability and to state to state consistency, it is believed that continuation of upper case letters for names and address is preferable. signed Edward R. Pemble, dated April 27, 2010"; State of Florida through Drivers License utilized by Defendant(s) are violating a Deprivation of Constitutional Right of $100,000.00 x 68, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 68, An Act;

or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 68, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 2 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

19. There is no record or evidence that DEFENDANTS(S) have not used "Fictitious Conveyance of Language" against Plaintiff, leading to various and many connected interlocking directives founded, propagated, brought forward, and executed under fraud have violated the Plaintiff MILTON GERARD ESQUIBEL ENTITY AND Plaintiff Milton-Gerard:Esquibel man, a Deprivation of Constitutional Right of 100,000.00 x 2, Violation of a Civil Right/Privilege or Immunity 25,000.00 x 2, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 2, a UCC violation of Trust Private Security Agreement of 2,000,000.00 x 2 against Plaintiff   MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

20. DEFENDANT(S) must admit to the truth and guilt of utilizing as a device, against Plaintiff(s), "Fictitious Conveyance of Language" Once the citation is created it utilizes PARSE-SYNTAX-GRAMMER and Fraud through CAPITALIZATION OF True Name which have violated the MILTON GERARD ESQUIBEL ENTITY AND Milton-Gerard:Esquibel man a Deprivation of;

M-G:E

25

Constitutional Right of $100,000.00, Violation of a Civil Right/Privilege or Immunity $25,000.00, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 2 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

21. If an organization, corporation, or other entity, uses false conveyance of language, Plaintiff(s) call it "Deceptive Trade Practices"; acts and actions of such are often harmful to the intended victim and bring "ill-gotten gain" to the treasuries of such corporations, have violated the Plaintiff MILTON GERARD ESQUIBEL ENTITY AND Plaintiff Milton-Gerard:Esquibel man a Deprivation of Constitutional Right of $100,000.00, Violation of a Civil Right/Privilege or Immunity $25,000.00, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 2 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

22. Plaintiff evidence shows the DEFENDANT(S) are corporations and all legislative court systems are for profit, "Also Trades As" corporations with very few safeguards in place to protect the private man. The corporate beasts' prime directive is to instill fear in the minds of the less fortunate persons of;

M.G:E

26

involuntary commercial servitude; and the most common device in use by such fear-mongers is false conveyance of language have violated the MILTON GERARD ESQUIBEL ENTITY AND Milton-Gerard:Esquibel man a Deprivation of Constitutional Right of $100,000.00 x 68, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 68, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 68, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 2 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

23. All organizations within the government are required by 26: C.F.R. 601.72(a)-1 to publish how the organizations are organized, and the nature of the organization. In most cases, there is plenty of evidence pointing to the fact that there is a lack of public disclosure concerning the true nature of the organization that is demanding monies, fees, fines, penalties, licensing, or prosecuting us. We have further evidence that the STATE court's organization is just as fraudulent, since they all are organized as legislative foreign fictions, using subjective interpretation, legal fictions, and the like brought forth by the COMMERCIAL;NAME have violated the MILTON GERARD ESQUIBEL ENTITY AND Milton-Gerard:Esquibel man a Deprivation of Constitutional Right of $100,000.00 x 2 , Violation of a Civil Right/Privilege or Immunity;

27

$25,000.00 x 2, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 2, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 2 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

24. Lack of full disclosure combined with the use of verb language (versus now time truth language, noun fact language) allows DEFENDANT(S) to be charged with breaching 18 USC 1001, for their false statements a.k.a. Perjury, and 18 USC 1002, for their false papers against Plaintiff MILTON GERARD ESQUIBEL ENTITY AND Plaintiff Milton-Gerard:Esquibel man a Deprivation of Constitutional Right of $100,000.00 x 2, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 2, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 2, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 4, against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

25. The organizational structure of the system, the false statements and false papers are designed to place men and women at a legal disability. Plaintiff MILTON GERARD ESQUIBEL ENTITY AND Plaintiff Milton-Gerard:Esquibel man claim our communications disabled/handicapped status under 42 USC 126 and charge them with breaching it, which is the Policy;

28

regarding rights of the handicapped, since the government is obligated in 42 USC 12182 - to make efforts to eliminate communication barriers that hinder the handicapped, There is no FULL CAPITALIZATION in the United States Style Manual produced by the Government Printing Office which governs communication violating MILTON GERARD ESQUIBEL ENTITY AND Milton-Gerard:Esquibel man, a Deprivation of Constitutional Right of $100,000.00 x 68, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 68, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 68, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 2 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

26. If the opposing party uses all UPPERCASE styling of our names (or any name version that is not the proper full given name), they are intentionally addressing their pleadings to the fictional "strawman", and are using 18 USC 1342 - Fiction names against us to then impose violations of 18 USC 1341 by causing a Fraud and Swindle. By not using a proper name for you or them, aka upper and lowercase lettering, with proper punctuation, they are in breach of FRCP RULE:10(a) - proper name of the party, and in breach of FRCP RULE: 17 - since only the real party of interest can be sued in the admiralty, MILTON GERARD ESQUIBEL ENTITY AND Milton-Gerard:Esquibel man a;

M-G:E

29

Deprivation of Constitutional Right of $100,000.00 x 2, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 2, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 2, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 2 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

27. The SHERIFF(S), FLORIDA HIGHWAY PATROL, MIAMI/DADE POLICE current system is determining jurisdiction under a commercial entity, they are committing 42 USC 1981 - violation to contract, 42 USC 1985(3) - Deprivation of our Rights. Therefore, they are violating 18 USC 1961 - Racketeering activity, for their 42 USC 1985(2) - Obstruction of the Justice, therefore causing Personal Injury, under 42 USC 1983 Note 39 - Civil Deprivation of the Rights, under 42 USC 1983, Note 319 and Note 337 - Custom & Policy under their 18 USC 241 - Conspiracy, under the Color of Law, causing the 18 USC 242 - Criminal Deprivation of the Rights, and 18 USC 872 - Collusion/ Coercion, for the 18 USC Ch.73:§: 1512 - Criminal Obstruction of the Justice, thus leading to; 28 USC 1359 - Loss of the; Jurisdiction by their Collusion, all while operating under the 4 USC - Desecration of the flag, a Deprivation of Constitutional Right of $100,000.00 x 68, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 68, An Act or Omission required or;

M-b:E

30

limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 68, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 2 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

28. The SHERIFF(S), FLORIDA HIGHWAY PATROL, MIAMI/DADE POLICE since their official Oath of Office was signed each defendant is in violation of Supreme court rulings that allows any man or women to travel as a right without a commercial drivers license, These defendant(s) who have taken a constitutional oath are in violation daily throughout this State creating Monopoly, Fraud, Racketeering, Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court; Coercing or Attempted Coercion against Plaintiff MILTON GERARD ESQUIBEL ENTITY and Plaintiff Milton-Gerard:Esquibel man and Plaintiff Ninth Amendment Party Association members and non-members, a Deprivation of Constitutional Right of $100,000.00 x 68, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 68, An; Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 68, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 2 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

31

29.COLLIER COUNTY SHERIFF and Deputies are in violation of the State certified Official BILL OF RIGHTS SANCTUARY COUNTY Ordinance #2023-39 by continuing the fraud against the community, by way of DMV ENFORCEMENT, ILLEGAL TAXATION, Failure to provide ARTICLE III courts, Failure to Arrest Clerk of The Courts for commercial fraud since approved, Failure to have equal balance as a DeJure county and a DeFacto commercial COUNTY, Failure to arrest any Elected or non Elected man or women, entity or other form for violations of such ordinance, a Deprivation of Constitutional Right of $100,000.00 x 1, Violation of a Civil Right/Privilege or Immunity $25,000.00 x 1, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful x 1, a UCC violation of Trust Private Security Agreement of $2,000,000.00 x 2 against Plaintiff MILTON GERARD ESQUIBEL Entity and Plaintiff Milton-Gerard:Esquibel man by defendant(s) by deception;

30. Total amount of Claim is over the amount of the initial filing and breaks down according to each of the 68 defendant(s) multiple times violating the rights of each Plaintiff, a Deprivation of Constitutional Right of $100,000.00 a Civil Right/Privilege or Immunity $25,000.00, An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful, 2 Agents of these Defendants Kevin Rambosk and Gary L. Howze Violated UCC filings multiple times against the Plaintiff;

32

MILTON GERARD ESQUIBEL ENTITY and Milton-Gerard:Esquibel man, The Plaintiff(s) are not looking to cause financial hardship to each community and so state post due damages can be settled for $444,444.44 USD per each defendant and will allow the jury to determine more if brought to trial;

31. Under the Florida Sunshine Law the separate Plaintiff(s), MILTON GERARD ESQUIBEL ENTITY and Milton-Gerard:Esquibel man places the burden of proof on the defendants to justify; their unlawful and illegal action(s); brought forth in the Cause of Action and Amended Statement of claim; with a sworn affidavit under perjury as described under both "1 and 2" of 2 USC § 746 in regards to the Cause of Action and Amended Statement of claim, 1-30, the interpretation of laws to be governed under **Chevron U.S.A., Inc. v. Natural Resources Defense** Council, **Inc.**, 467 U.S. 837 (1984)

### Prayer for Relief to be Granted

Great Father, Great Mother and Great Spirit of all truths, Look kindly toward these men and women of government who have violated your laws of man and woman, going against the free will of self determination you placed upon each of us as your children since the beginning of our first breath which you created, Forgive these men and women for their deceit and failures to remain true to the men and women of their communities and to you our saving grace of peace, We

give Gratitude for the outcome to be of Spirit and all denominations that support

our founding beliefs;

In God We Trust

### Certificate of Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the

best of my knowledge, information, and belief that this amended complaint: (1) is

not being presented for an improper purpose, such as to harass, cause unnecessary;

delay, or needlessly increase the cost of litigation; (2) is supported by existing law

or by a non frivolous argument for extending, modifying, or reversing existing law

(3) the factual contentions have evidentiary support or, if specifically so identified;

will likely have evidentiary support after a reasonable opportunity for further;

investigation or discovery; and (4) the complaint otherwise complies with the

requirements of Rule 11. ;

If executed without the United States: "I declare (or certify, verify, or state)
under penalty of perjury under the laws of the United States of America that
the foregoing is true and correct. Executed on October 16, 2023

by: _____

If executed within the United States, its territories, possessions, or
commonwealth: "I declare (or certify, verify, or state) under penalty of
perjury that the foregoing is true and correct. Executed on October 16, 2023

by: _____

34

## Plaintiffs can be reached at

Ninth Amendment Party Association UNA
Milton-Gerard:Esquibel man
MILTON GERARD ESQUIBEL  entity
c/o [2110 16th Ave North East [Naples],
[Florida] State near [34120] [United States of America]

