Exhibit 1

1-2

FLORIDA WEEKLY
IN THE KNOW. IN THE NOW.

## AFFIDAVIT OF PUBLICATION

**Fort Myers Florida Weekly**
**2891 Center Pointe Drive, Suite 300**
**(239) 333-2135**

Before the undersigned authority personally appeared, who on oath says that he or she is of the, a newspaper published at in County, Florida; that the attached copy of advertisement, being a in the matter of in the Court, was published in said newspaper by print in the issues of or by publication on the newspaper's website, if authorized, on [object Object],[object Object],[object Object],[object Object]. Affiant further says that the newspaper complies with all legal requirements for publication in chapter 50, Florida Statutes. Sworn to and subscribed before me this day of, October 27, 2022, by, who is personally known to me or who has produced Public Notice Administrator as identification.

**PUBLICATION DATES:**
19 Oct 2022

26 Oct 2022

2 Nov 2022

9 Nov 2022

**Notice ID:** 20tiCzAOxtcWAVKJZfz9
**Notice Name:** JUDICIAL NOTICE and CONSTRUCTIVE NOTICE

**PUBLICATION FEE:** $335.23

Public Notice Administrator

ALEA FEELEY
MY COMMISSION # HH 205346
EXPIRES: December 7, 2025
Bonded Thru Notary Public Underwriters

**VERIFICATION**

STATE OF FLORIDA
COUNTY OF LEE

Signed or attested before me on this 9th day of November, 2022

Notice to principal(s) is Notice to agent(s) There presently exists an accursed RIGHT to cause of action by a multitude of individuals, domicil who comprise the people of Florida, the Posterity of We the people that created these United States of America. The nature of these causes of action lies in Rule 21 of Admiralty/ Maritime, with the causes of action heard in Federal, or district court of the United States, with subsequent judgement enforced by the Court.

Whereas, there is no limitation as to the amount to be recovered by an individual having standing to enforce aforesaid contracts, the people of the state of Florida with clean hands, National standing, status correction and good faith, DO NOT desire to inflict confusion, anxiety, and concern upon all the many RESIDENTS of THE STATE OF FLORIDA, et al, by forcing bankruptcy proceedings upon said Corporation(s) of City, County and State.

JUSTICE & REDRESS can be achieved, quite simply, by having a schedule of liquidated and unliquidated damages and penalty by implemented so to as identify and correct those individual(s) and corporation(s) whom breach aforesaid contracts and official oaths without cause detriment to retail sales & and possible reaction to bankruptcy before mentioned.

Therefore, the following is a proposed Schedule for LIQUIDATED AND UNLIQUIDATED DAMAGES AND PENALTY:

I. Deprivation of Constitutional Right, to include border protection from illegal immigrants, protection within the borders of Florida state $100,000 lawful money of U.S. A. or its equivalent in legal tender

II. Violation of Civil Right/Privilege or Immunity $25,000 lawful money of U.S. A. or its equivalent in legal tender

III. An Act or Omission required or limited by the duty(ies) of Office as prescribed by Florida CODE with specific Performance $5,000 lawful money of U.S. A. or its equivalent in legal tender It is expressly understood by all parties that the aforesaid will only be applicable to a cause of action filed in a court of competent jurisdiction with recognized enforcement power to its ORDERS/JUDGEMENTS AND DECREES.

If the grievance listed as I. II, or III are proven to be knowingly reckless, willful & wantonly committed, the penalty will be three (3) times the awarded damage(s).

The above proposed contract schedule of liquidated and unliquidated damage(s) and penalty are fair, just and meets the reasonable man/woman standard.

Whereas, with due consideration with the elected Constitutional Officer(s) known to have taken their OATH OF OFFICE pursuant to Article VI. Section 3 of our national Constitution, the above HAS BEEN DETERMINED to be in accordance with Article II section 5, of the Florida state Constitution and Florida State Chapter 876 Section 05. We the people as a member of the de jure compact society of the republic, people of the state of Florida are entitled to, amongst others, the right to own property, the privilege of due process of law; trial by jury and immunity from involuntary servitude and proscribed special laws or and ordinances as guaranteed by the national and state constitutions and laws passed in pursuance thereof. Such status is a foreign domicil to the 54 state "districts of democracy" established pursuant to Title 4-112 USC, a de facto contract society of democracy, legally existing under statutory law. Such state and other de facto entities are commonly identified by the corporate spelling of the de jure name of the principal entity. We the people of the state lawfully and legally notify all government de facto instrumentalities operating in proprietary capacity in

M.G.C

Exhibit 1

2-2

# Affidavit of Publication of Constructive Notice Judicial Notice

Pursuant to Section 713.18(1)(c), Florida Statutes

Before me, the undersigned authority, personally appeared the man Milton Gerard Esquibel, domiciled on the land % rural route 2110 16th Avenue North East Naples, Florida [34120] who after being sworn, deposes and says that he publicly publicized the above referenced, Notice to Principals and Agents of this State of Florida and in a public conspicuous place Fort Myers Florida Weekly for 4 consecutive weeks. Failure to respond is acquiesce to presumption becoming fact.

by: Milton Gerard Esquibel

notary seal

State of: Florida
County of: Collier
I certify that this is a true and correct copy of a document in the possession of Milton Gerard Esquibel
Acknowledged before me
10 Day of October, 2023

Robert James Vesci #HH115282
Notary Public expires April 7, 2025

Exhibit 2
1-3

DEFENDANT(S):

| | | | | | | |
|---|---|---|---|---|---|---|
| Collier | Kevin | Rambosk | 3319 Tamiami Trail East | Naples FL 34112-4901 | 239/252-0555 | 239/252-0977 |
| Alachua | Clovis | Watson, Jr. | PO Box 5489 | Gainesville FL 32627-5489 | 352/367-4000 | 352/374-1801 |
| Baker | Scotty | Rhoden | 1 Sheriff's Office Drive | Macclenny FL 32063-8833 | 904/259-2231 | 904/259-5583 |
| Bay | Tommy | Ford | 3421 N Highway 77 | Panama City FL 32405-5009 | 850/747-4700 | 850/784-0949 |
| Bradford | Gordon | Smith | PO Box 400 | Starke FL 32091-0400 | 904/966-2276 | 904/966-6160 |
| Brevard | Wayne | Ivey | 700 S Park Avenue | Titusville FL 32780-4008 | 321/264-5201 | 321/264-5360 |
| Broward | Gregory | Tony | 2601 W Broward Blvd | Ft. Lauderdale FL 33312-1308 | 954/831-8901 | 954/797-0936 |
| Calhoun | Glenn H. | Kimbrel | 20776 Central Avenue E | Blountstown FL 32424-2276 | 850/674-5049 | 850/674-5586 |
| Charlotte | Bill | Prummell | 7474 Utilities Road | Punta Gorda FL 33982-2417 | 941/639-2101 | 941/205-5627 |
| Citrus | Mike | Prendergast | 1 Dr Martin Luther King Jr Avenue | Inverness FL 34450-4968 | 352/726-4488 | 352/726-5614 |
| Clay | Michelle | Cook | PO Box 548 | Green Cove Springs FL 32043-0548 | 904/284-7575 | 904/284-0710 |
| Columbia | Mark | Hunter | 4917 E US Highway 90 | Lake City FL 32055-6288 | 386/752-9212 | 386/754-7001 |
| DeSoto | James | Potter | 208 E Cypress Street | Arcadia FL 34266-4410 | 863/993-4700 | 863/993-4766 |
| Dixie | Darby | Butler | PO Box 470 | Cross City FL 32628-0470 | 352/498-1220 | 352/498-1226 |
| Duval/ Jacksonville | T.K. | Waters | 501 E Bay Street | Jacksonville FL 32202-2927 | 904/630-2120 | 904/630-1772 |
| Escambia | Chip | Simmons | PO Box 18770 | Pensacola FL 32523-8770 | 850/436-9630 | 850/436-9491 |
| Flagler | Rick | Staly | Box 879 | Bunnell FL 32110-4434 | 386/437-4116 | 386/586-4811 |
| Franklin | A.J. | Smith | 270 State Road 65 | Eastpoint FL 32328-3616 | 850/670-8519 | 850/670-8566 |
| Gadsden | Morris | Young | PO Box 1709 | Quincy FL 32353-1709 | 850/627-9233 | 850/875-8881 |
| Gilchrist | Bobby | Schultz | 9239 South US Hwy 129 | Trenton FL 32693-5463 | 352/463-3181 | 352/463-3183 |
| Glades | Dave | Hardin | PO Box 39 | Moore Haven FL 33471-0039 | 863/946-1600 | 863/946-6315 |
| Gulf | Mike | Harrison | 418 Cecil G. Costin Sr. Blvd. | Port St Joe FL 32456 | 850/227-1115 | 850/227-2097 |
| Hamilton | Harrell | Reid | PO Drawer A | Jasper FL 32052-0541 | 386/792-2004 | 386/792-3153 |
| Hardee | Vent | Crawford | 900 East Summit Street | Wauchula FL 33873-9606 | 863/773-0304 | 863/773-4593 |
| Hendry | Steve | Whidden | PO Box 579 | LaBelle FL 33975-0579 | 863/674-5603 | 863/674-5834 |
| Hernando | Al | Nienhuis | PO Box 10070 | Brooksville FL 34603-0070 | 352/754-6830 | 352/799-4660 |
| Highlands | Paul | Blackman | 400 South Eucalyptus Street | Sebring FL 33870-3720 | 863/402-7200 | 863/402-7296 |

1-3

Exhibit 2

2-3

| Hillsborough | Chad | Chronister | PO Box 3371 | Tampa FL 33601-3371 | 813/247-8000 | 813/247-0980 |
|---|---|---|---|---|---|---|
| Holmes | John | Tate | 211 N Oklahoma Street | Bonifay FL 32425-2221 | 850/547-4421 | 850/547-2290 |
| Indian River | Eric | Flowers | 4055 41st Avenue | Vero Beach FL 32960-1802 | 772/569-6700 | 772/569-8144 |
| Jackson | Donnie | Edenfield | 4111 Gov. Rick Scott Dr. | Marianna FL 32448 | 850/482-9624 | 850/482-9017 |
| Jefferson | Mac | McNeill | 171 Industrial Park | Monticello FL 32344-6385 | 850/997-2523 | 850/997-0756 |
| Lafayette | Brian | Lamb | PO Box 227 | Mayo FL 32066-0227 | 386/294-1222 | 386/294-1190 |
| Lake | Peyton | Grinnell | 360 W Ruby Street | Tavares FL 32778-3826 | 352/343-9500 | 352/343-9505 |
| Lee | Carmine | Marceno | 14750 Six Mile Cypress Pkwy | Ft. Myers FL 33912-4406 | 239/477-1000 | 239/477-1030 |
| Leon | Walt | McNeil | PO Box 727 | Tallahassee FL 32302-0727 | 850/922-3300 | 850/922-3337 |
| Levy | Bobby | McCallum | PO Drawer 1719 | Bronson FL 32621-1719 | 352/486-5111 | 352/486-5116 |
| Liberty | Buddy | Money | PO Box 67 | Bristol FL 32321-0067 | 850/643-2235 | 850/643-1191 |
| Madison | David | Harper | 2364 W. US 90 | Madison FL 32340 | 850/973-4151 | 850/973-8508 |
| Manatee | Rick | Wells | 600 US Hwy 301 Blvd W | Bradenton FL 34205 | 941/747-3011 | 941/749-5401 |
| Marion | Billy | Woods | PO Box 1987 | Ocala FL 34478-1987 | 352/732-8181 | 352/620-7209 |
| Martin | William | Snyder | 800 SE Monterey Road | Stuart FL 34994-4599 | 772/220-7000 | 772/320-4747 |
| Miami-Dade | Alfredo | Ramirez | 9105 NW 25th Street | Miami FL 33172-1500 | 305/471-3518 | 305/471-2163 |
| Monroe | Rick | Ramsay | 5525 College Road | Key West FL 33040-4307 | 305/292-7000 | 305/292-7099 |
| Nassau | Bill | Leeper | 77151 Citizens Circle | Yulee FL 32097-5452 | 904/225-0331 | 904/225-0443 |
| Okaloosa | Eric | Aden | 50 Second Street | Shalimar FL 32579-1748 | 850/651-7400 | 850/609-3048 |
| Okeechobee | Noel | Stephen | PO Drawer 1397 | Okeechobee FL 34973-1397 | 863/763-3117 | 863/763-6366 |
| Orange | John | Mina | PO Box 1440 | Orlando FL 32802-1440 | 407/254-7000 | 407/254-7014 |
| Osceola | Marcos | Lopez | 2601 E Irlo Bronson | Kissimmee FL 34744-4912 | 407/348-1100 | 407/348-1115 |
| Palm Beach | Ric | Bradshaw | PO Box 24681 | West Palm Beach FL | 561/688-3000 | 561/688-3033 |
| Pasco | Chris | Nocco | 8700 Citizen Drive | New Port Richey FL | 727/847-5878 | 727/844-7742 |
| Pinellas | Bob | Gualtieri | PO Box 2500 | Largo FL 33779-2500 | 727/582-6200 | 727/582-6459 |
| Polk | Grady | Judd | 1891 Jim Keene Blvd. | Winter Haven FL 33880 | 863/298-6200 | 863/298-6518 |
| Putnam | Gator | DeLoach | 130 Orie Griffin Blvd. | Palatka FL 32177-1416 | 386/329-0800 | 386/329-0484 |
| Santa Rosa | Robert | Johnson | PO Box 7129 | Milton FL 32572-7129 | 850/983-1100 | 850/983-1129 |
| Sarasota | Kurt A. | Hoffman | PO Box 4115 | Sarasota FL 34230-4115 | 941/861-5800 | 941/378-0951 |

2-3

Exhibit 2

3-3

| | | | | | | |
|---|---|---|---|---|---|---|
| Seminole | Dennis | Lemma | 100 Eslinger Way | Sanford FL 32773-6706 | 407/665-6600 | 407/665-6654 |
| St. Johns | Rob | Hardwick | 4015 Lewis Speedway | St. Augustine FL 32084-8611 | 904/824-8304 | 904/810-6782 |
| St. Lucie | Ken | Mascara | 4700 W Midway Road | Ft Pierce FL 34981-4825 | 772/462-7300 | 772/489-5851 |
| Sumter | Bill | Farmer | 7361 Powell Road | Wildwood FL 34785 | 352/569-1600 | 352/569-1601 |
| Suwannee | Sam | St. John | 200 South Ohio/MLK Ave Ste 105 | Live Oak FL 32064-3239 | 386/362-2222 | 386/364-1953 |
| Taylor | Wayne | Padgett | 108 N Jefferson | Perry FL 32347-3252 | 850/584-4225 | 850/584-7016 |
| Union | Brad | Whitehead | 55 W Main Street Room 102 | Lake Butler FL 32054-1654 | 386/496-2501 | 386/496-3600 |
| Volusia | Michael | Chitwood | PO Box 569 | DeLand FL 32721-0569 | 386/736-5961 | 386/822-5074 |
| Wakulla | Jared | Miller | 15 Oak Street | Crawfordville FL 32327-2090 | 850/745-7100 | 850/926-1613 |
| Walton | Mike | Adkinson | 752 Triple G Road | DeFuniak Springs FL 32433-5606 | 850/892-8186 | 850/892-8422 |
| Washington | Kevin | Crews | PO Box 626 | Chipley FL 32428-0626 | 850/638-6111 | 850/638-6168 |
| State FHP | Gary L. | Howze | Neil Kirkman building FHP 2900 Apalache Parkway | Tallahassee FL 32399 | | |

# UCC Financing Statement Amendment

Exhibit 3 1-4.

**Colorado Secretary of State**
Date and Time: 12/29/2022 09:00:49 AM
Master ID: 20222130200
Validation Number: 20222130620
Amount: $8.00

## Initial Financing Statement

File #: 20222130200 File Date: 12/28/2022 12:11:20 PM Filing office: Secretary of State

### Secured Party: (Individual) - Changed

Last name: Esquibel First name: Milton- Middle name: Gerard: Suffix:
Address1: 2110 16th Ave. North East
Address2:
City: Naples State: FL ZIP/Postal Code: 34120
Province: Country: United States

### Authorizing Party (Debtor): (Organization)

Name: MILTON GERARD ESQUIBEL TRUST "copyright"
Address1: 11565 North Fifth West
Address2:
City: Idaho Falls State: ID ZIP/Postal Code: 83401
Province: United States Country: United States

### Authorizing Party (Secured Party): (Individual)

Last name: Esquibel First name: Milton- Middle name: Gerard: Suffix:
Address1: 2110 16th Ave. North East
Address2:
City: Naples State: FL ZIP/Postal Code: 34120
Province: Country: United States



# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 12/28/2022 12:11:20 PM
Master ID: 20222130200
Validation Number: 20222130200
Amount: $8.00

Exhibit 3
M
4-2

**Debtor: (Organization)**

Name: MILTON GERARD ESQUIBEL TRUST "copyright"
Address1: 11565 North Fifth West
Address2:
City: Idaho Falls | State: ID | ZIP/Postal Code: 83401
Province: United States | Country: United States

**Secured Party: (Individual)**

Last name: Esquibel | First name: Milton- | Middle name: Gerard: | Suffix:
Address1: 2110 16th Ave.
Address2:
City: Naples | State: FL | ZIP/Postal Code: 34120
Province: | Country: United States

## Collateral

**Description:**

This is the entry of collateral by Trustee/Secured Party on behalf of the Trust/Estate; MILTON GERARD ESQUIBEL TRUST in the Commercial Chamber under necessity to secure the rights, title(s), interest and value therefrom, in and of the Root of Title from inception, as well as all property held in trust including but not limited to DNA, cDNA, cell lines, retina scans, fingerprints and all Debentures, Indentures, Accounts, and all the Pledges represented by same included but not limited to the pignus, hypotheca, hereditaments, res, the energy and all products derived therefrom nunc pro tunc, contracts, agreements, and signatures and/or endorsements, facsimiles, printed, typed or photocopied of owners name predicated on the Straw-man, Ens legis/Trust/Estate described as the debtor and all property is accepted for value and is Exempt from levy.

## Collateral

**Description:**

Lien places on debtor entities is for all outstanding property still owed but not yet returned to trust from entities such as municipalities, governments and the like , not on trust entity itself. Trustee is not surety to any account by explicit reservation/indemnification. The following property is hereby registered and liened in the same: All Certificates of Birth Document [redacted], SSN/UCC Contract Trust Account-prepaid account Number: [redacted] Exemption Identification Number: [redacted], is herein liened and claimed at a sum certain $100,000,000.00, also registered: Security Agreement No. 06291962-MGE-SA,

## Collateral

**Description:**

Hold Harmless & Indemnity Agreement No. 06291962-MGE-HHIA, Copyright under item no.: 06291962-MGE-CLC Adjustment of this filing is in accord with both public policy and the national Uniform Commercial Code. Trustee/Secured Party, Milton- Gerard: Esquibel, is living flesh and blood sojourning upon the soil of the land known as Florida, and not within fictional boundaries, territories nor jurisdiction of any fictional entity including fictional Federal geometric plane(s). Trespass by any agent(s) foreign or domestic, by such in any scheme or artifice to defraud. Full reverence by ALL AGENTS and Corporations is unambiguously demanded and required. Culpa est immiscere se rel ad se non pertienti.

## Collateral

**Description:**



All property currently held or outstanding belongs to the Trust administered by Trustee/Secured Party, Title USC 31343 and Article 1 and 5 of the International Convention on Maritime Liens and Mortgages 1993, He at the Palis Des Nations, Geneva, From April 19 to May 5,1992 United Nations (UN). This Maritime Lien is under safe harbor and sinking funds provisions through the prescription of Law of Necessity and the doctri of unconscionably and La Mort Saisit Le Vif in accordance with Applicable Law, Cardinal Orders, Ordinal Orders, and Commercial Standards.

Exhibit 3 M 3-4

## Collateral

**Description:**

Continuation from 8. Additional Collateral Description #06291962-MGE-CAD 1. All Comprehensive Annua Financial Reports, All Comprehensive Revenues, All Fiscal and Calendar Accounts, Proceeds, Products, Fixtures, Service of: a. All Organic Codification National and Regional Constitutional Trust, Indenture Organizations and Their Political Subdivisions; b. All Organic Uncodification National and Regional Constitutional Trust Indentures Organizations And their Political Subdivisions; c. All Religious government Trust Indentures Organizations and their Ecclesiastical Provinces, Metropolitans.

**Real estate information:**

**Description of the real estate covered by this financing statement:**

**Name of a record owner of above-described real estate (if debtor does not have a record interest):**

Organization Name:

Individual Name:

Address1:

Address2:

| City: | State: CO | ZIP/Postal Code: |
|---|---|---|
| Province: | Country: United States | |

## Collateral

**Description:**

2. All Sworn Oaths, All Sworn Affirmations, All Sworn Insurance Providers for All Agents, Employees, And Officers of the above list of Organizations. 3. All Annual Financial Reports, All Comprehensive Net Revenues, All Fiscal and Calendar Accounts, Proceeds, Products, Fixtures, and Service of all Adverse, Belligerent, and/or Combatant Participant Non Political Entities such as a Corporation(s), and voluntary Associations, whether Incorporated or Not, whether by, Licenses, Registrations, Records, Permits, or Certification; a. All Adverse, Belligerent, and/or Combatant Participants, Non-Political Entities Licenses, Registrations, Records, Permits, Memorandums, and ARTICLES OF ASSOCIATIONS.

## Collateral

**Description:**

4. Entire List of Securities is in the Individual Organizations Public Record; Registrations, Library Catalogs, and other data depositories and Repositories. Collateral Security list shall hold the Trustee/Secured Party as Priority, Primary, and/or True Legal and Lawful filer as Trustee/Secured Party as Evidence in Fact by Secretary of State according to him/her authority grants truth by his/her witness to this Security List: Collateral Security List herein is with acceptance and return for full legal and lawful Exchange all value is Legally and Lawfully Exempt from Levy. UCC-1 Collateral Statement for MILTON GERARD ESQUIBEL Trust

## Optional Information

### Alternative designation:

M.G:E

In this financing statement, the terms "debtor" and "secured party" shall be read to mean: Bailee/Bailor

**Optional filer reference data/miscellaneous information:**
No Documentary Tax Stamp Required

Exhibit 3
4-4



Serial Number
22-01984C

Exhibit 4 1-2

Published Weekly
Naples, Collier County, Florida

COUNTY OF COLLIER

STATE OF FLORIDA

Before the undersigned authority personally appeared Kathryn Caldwell who on oath says that he/she is Publisher's Representative of the Business Observer a weekly newspaper published at Naples, Collier County, Florida; that the attached copy of advertisement,

being a Fictitious Name Notice

in the matter of MILTON GERARD ESQUIBEL

in the Court, was published in said newspaper by print in the

issues of 9/23/2022

Affiant further says that the Business Observer complies with all legal requirements for publication in chapter 50, Florida Statutes.

*This Notice was placed on the newspaper's website and floridapublicnotices.com on the same day the notice appeared in the newspaper.

Notice is hereby given that MILTON GERARD ESQUIBEL, OWNER, desiring to engage in business under the fictitious name of MILTON GERARD ESQUIBEL located at 2110 16TH AVE. NE, NAPLES, FLORIDA 34120 intends to register the said name in COLLIER county with the Division of Corporations, Florida Department of State, pursuant to section 865.09 of the Florida Statutes.
September 23, 2022 22-01984C

Kathryn E. Caldwell

Kathryn Caldwell

Sworn to and subscribed, and personally appeared by physical presence before me,

23rd day of September, 2022 A.D.

by Kathryn Caldwell who is personally known to me.

Notary Public, State of Florida
(SEAL)

M.G:E 1-2

Exhibit 4
2-2

# *State of Florida*

## *Department of State*

I certify that the attached is a true and correct copy of the Application For Registration of the Fictitious Name MILTON GERARD ESQUIBEL, registered with the Department of State on September 10, 2022, as shown by the records of this office.

The Registration Number of this Fictitious Name is G22000113323.

*Given under my hand and the Great Seal of Florida, at Tallahassee, the Capital, this the Eleventh day of September, 2022*

***Secretary of State***

M.G:E

2-2

certified mail # 9589 0710 5270 0576 0657 83

Exhibit 5 Example of Acceptance 1-9

Kevin Rambosk DBA KEVIN RAMBOSK

I, a man, in my true name Milton Gerard Esquibel, standing in God's eternal Kingdom and honor, without the UNITED STATES, STATE OF FLORIDA and COLLIER COUNTY, accept for honor, value, fact and consideration your sworn oath of office in the county of Collier Florida as an elected official. Now you and I have a private, binding contract that you will honor, protect and defend all my God given and Constitutionally declared rights.

Date: 02-04-2023

By: [signature]

Milton-Gerard:Esquibel
without prejudice,
UCC 1-308

NOTARY PUBLIC

State of Florida, subscribed and sworn before me, a Notary Public, the above signed: Milton-Gerard;Esquibel, this 7th day of September — 2023.

State of: Florida
County of: Collier
I certify that this is a true and correct copy of a document in the possession of Milton Gerard Esquibel
Acknowledged before me
7 Day of Sept, 2023
[signature]
Robert James Vesci Notary Public
#HH115282 expires April 7, 2025

## Oath of office is a quid pro quo contract

The Oath of office is a quid pro quo contract cf [U.S. Const. Art. 6, Clauses 2 and 3, Davis Vs. Lawyers Surety Corporation., 459 S.W. nd. 655, 657., Tex. Civ. App.] in which clerks, officials, or officers of the government pledge to perform (Support and uphold the United States and state Constitutions) in return for substance (wages, perks, benefits). Proponents are subjected to the penalties and remedies for Breach of Contract, Conspiracy cf[Title 18 U.S.C., Sections 241, 242]. Treason under the Constitution at Article 3, Section 3., and Intrinsic Fraud cf [Auerbach v Samuels, 10 Utah 2nd. 152, 349 P. 2nd. 1112,1114. Alleghany corp v Kirby., D.C.N.Y. 218 F. supp. 164, 183., and Keeton Packing co. v state., 437 S.W. 20, 281.

M-G:E

Exhibit 5
2-9

7022 1670 0002 2627 8291
Noel Stephen
P.O. Drawer 1397
Okeechobee, FL 34973-1397

7022 1670 0002 2627 8307
Eric Allen
50 Second Street
Shalimar, FL 32579-1498

7022 1670 0002 2627 8314
Bill Leeper
77151 Citizens Circle
Yulee, FL 32097-5472

7022 1670 0002 2627 8321
Rick Ramsay
5525 College Road
Key West, FL 33040-4307

7022 1670 0002 2627 8338
Alfredo Ramirez
9105 NW 25th Street
Miami, FL 33172-1500

7022 1670 0002 2627 8345
William Snyder
800 SE Monterey Road
Stuart, FL 34994-4599

7022 1670 0002 2627 8352
Billy Woods
P.O. Box 1987
Ocala, FL 34478-1987

7022 1670 0002 2627 8369
Rick Wells
600 US Hwy 301 Blvd W Ste
Bradenton, FL 34205

7022 1670 0002 2627 8376
David Harper
2364 W US 90
Madison, FL 32340

7022 1670 0002 2627 8383
Buddy Money
P.O. Box 67
Bristol, FL 32321-0067

Milton-Gerard Escubel All Rights Reserved M.G.E

Exhibit 5
3-9

9589 0710 5270 1536 7330 01

Robert Johnson
P.O. Box 9129
Milton, FL 32572-7129

9589 0710 5270 1536 7330 01

9589 0710 5270 1536 7330 25

Dennis Lemma
100 Eslinger Way
Sanford FL 32773-6706

9589 0710 5270 1536 7330 25

9589 0710 5270 1536 7329 95

Gator Deloach
130 Dra Gaulden Blvd
Bunnell, FL 32177-7696

9589 0710 5270 1536 7329 95

9589 0710 5270 1536 7330 18

Karl A. Hoffman
P.O. Box 4115
Sarasota, FL 34230-4115

9589 0710 5270 1536 7330 18

7022 1670 0002 2627 8437

Grady Judd
1891 Jim Keene Blvd
Winter Haven, FL 33880

7022 1670 0002 2627 8437

7022 1670 0002 2627 8444

Bob Gualtieri
P.O. Box 2500
Largo, FL 33779-2500

7022 1670 0002 2627 8444

7022 1670 0002 2627 8451

Chris Nocco
8700 Citizen Drive
New Port Richey, FL 34654-5501

7022 1670 0002 2627 8451

7022 1670 0002 2627 8475

Marcos Lopez
2601 E Irlo Bronson Memorial Hwy
Kissimmee, FL 34744-4912

7022 1670 0002 2627 8475

7022 1670 0002 2627 8468

Ric Bradshaw
PO Box 24681
West Palm Beach, FL 33416-4681

7022 1670 0002 2627 8468

7022 1670 0002 2627 8482

John Mina
PO Box 1440
Orlando, FL 32802-1440

7022 1670 0002 2627 8482

Holder Milton-Gerard Escubel Courts All Rights Reserved
M.G.E

Exhibit 5
4-9

SENDER: COMPLETE THIS SECTION / COMPLETE THIS SECTION ON DELIVERY

9589 0710 5270 1536 7331 24
Kevin Crews
P.O. Box 626
Chipley, FL 32428-0626
PS Form 3811, July 2020 — Domestic Return Receipt

9589 0710 5270 1536 7330 94
Michael Chitwood
P.O. Box 569
DeLand, FL 32721-0569
PS Form 3811, July 2020 — Domestic Return Receipt

9589 0710 5270 1536 7331 17
Mike Adkinson
752 Triple G Road
DeFuniak Springs, FL 32433-
PS Form 3811, July 2020 — Domestic Return Receipt

9589 0710 5270 1536 7330 87
Brad Whitehead
55 W Main Street Room 102
Lake Butler, FL 32054-1654
PS Form 3811, July 2020 — Domestic Return Receipt

9589 0710 5270 1536 7331 00
Jared Miller
15 Oak Street
Crawfordville, FL 32327-
PS Form 3811, July 2020 — Domestic Return Receipt

9589 0710 5270 1536 7330 70
Wayne Padgett
108 N. Jefferson Street Ste 103
Perry, FL 32347-3232
PS Form 3811, July 2020 — Domestic Return Receipt

9589 0710 5270 1536 7330 63
Sam St. John
200 South Ohio/MLK Ave Ste 105
Live Oak, FL 32064-3231
PS Form 3811, July 2020 — Domestic Return Receipt

9589 0710 5270 1536 7330 56
Bill Farmer
7361 Powell Road
Wildwood, FL 34785
PS Form 3811, July 2020 — Domestic Return Receipt

9589 0710 5270 1536 7330 49
Ron Mascara
4700 W Midway Road
Ft Pierce, FL 34981-4825
PS Form 3811, July 2020 — Domestic Return Receipt

9589 0710 5270 1536 7330 32
Rob Hardwick
4015 Lewis Speedway
St Augustine, FL 32084
PS Form 3811, July 2020 — Domestic Return Receipt

All Rights Reserved

Exhibit 5
5-9

9589 0710 5270 0576 0660 49

Bobby McCallum
PO Drawer 1719
Bronson, FL 32621-1719

9589 0710 5270 0576 0660 49

9589 0710 5270 0576 0659 98

Mac McNeill
171 Industrial Park
Monticello, FL 32344-6385

9589 0710 5270 0576 0659 98

9589 0710 5270 0576 0660 32

Walt McNeil
PO Box 727
Tallahassee, FL 32302-0727

9589 0710 5270 0576 0660 32

9589 0710 5270 0576 0659 81

Donnie Edenfield
4111 Gov Rick Scott Drive
Marianna, FL 32448

9589 0710 5270 0576 0659 81

9589 0710 5270 0576 0660 25

Carmine Marceno
14750 Six Mile Cypress PKWY
Ft Myers, FL 33912-4406

9589 0710 5270 0576 0660 25

9589 0710 5270 0576 0659 74

Eric Flowers
4055 41st Avenue
Vero Beach, FL 32960-18[illegible]

9589 0710 5270 0576 0659 74

9589 0710 5270 0576 0660 18

Peyton Grinnell
360 W Ruby Street
Tavares, FL 32778-3826

9589 0710 5270 0576 0660 18

9589 0710 5270 0576 0659 50

Chad Chronister
PO Box 3371
Tampa, FL 33601-3371

9589 0710 5270 0576 0659 50

9589 0710 5270 0576 0660 01

Brian Lamb
PO Box 227
Mayo, FL 32066-0227

9589 0710 5270 0576 0660 01

9589 0710 5270 0576 0659 67

John Tate
211 N. Oklahoma Street
Bonifay, FL 32425-2621

9589 0710 5270 0576 0659 67

Holder in Due Course
Miller-Garcia
M-G:E
Esquire
All Rights Reserved

Exhibit 5
6-9

9589 0710 5270 0576 0660 56
Paul Blackman
400 South Eucalyptus Street
Sebring, FL 33870-3220

9589 0710 5270 0576 0659 05
Mike Harrison
P.O. Box 490
Port St. Joe, FL 32457-0490

9589 0710 5270 0576 0659 43
Al Nienhuis
P.O. Box 10070
Brooksville, FL 34603-0070

9589 0710 5270 0576 0658 99
Dave Harden
P.O. Box 39
Moore Haven, FL 33471-0039

9589 0710 5270 0576 0659 36
Steve Whidden
P.O. Box 579
LaBelle, FL 33975-0579

9589 0710 5270 0576 0658 82
Bobby Schultz
9239 South US Hwy 129
Trenton, FL 32693-5463

9589 0710 5270 0576 0659 29
Vent Crawford
900 East Summit Street
Wauchula, FL 33873-9606

9589 0710 5270 0576 0658 75
Morris Young
P.O. Box 1709
Quincy, FL 32353-1709

9589 0710 5270 0576 0659 12
Harrell Reid
P.O. Drawer A
Jasper, FL 32052-0541

9589 0710 5270 0576 0658 68
A.J. Smith
290 State Road 65
Eastpoint, FL 32328-3046

All Rights Reserved

Exhibit 5
7-9

9589 0710 5270 0576 0658 51

Rick Stauly
901 E. Moody Blvd
Bunnell, FL 32110-4559

9589 0710 5270 0576 0658 51

9589 0710 5270 0576 0658 44

Chip Simmons
P.O. Box 18770
Pensacola, FL 32523-8770

9589 0710 5270 0576 0658 44

9589 0710 5270 0576 0657 45

T.K. Waters
501 E. Bay Street
Jacksonville, FL 32202-2727

9589 0710 5270 0576 0657 45

9589 0710 5270 0576 0657 52

Darby Butler
P.O. Box 470
Cross City, FL 32628-0470

9589 0710 5270 0576 0657 52

9589 0710 5270 0576 0657 69

James Potter
208 E. Cypress Street
Arcadia, FL 34266-4414

9589 0710 5270 0576 0657 69

9589 0710 5270 0576 0657 90

Michelle Cook
P.O. Box 548
Green Cove Springs, FL 32043-0548

9589 0710 5270 0576 0657 90

9589 0710 5270 0576 0657 76

Mark Hunter
4917 E. US Highway 90
Lake City, FL 32055-6228

9589 0710 5270 0576 0657 76

9589 0710 5270 0576 0658 06

Mike Prendergast
1 Dr. Martin Luther King Jr. Ave.
Inverness, FL 34450-4968

9589 0710 5270 0576 0658 06

9589 0710 5270 0576 0657 83

Kevin Rambosk
3319 Tamiami Trail East
Naples, FL 34112-4901

9589 0710 5270 0576 0657 83

9589 0710 5270 0576 0658 13

Bill Prummell
7474 Utilities Road
Punta Gorda, FL 33982-2417

Holder Milton-Gotera Dale: All Rights Reserved

Exhibit 5
8-9

9589 0710 5270 0576 0660 63

Glenn H. Kimbrel
20776 Central Avenue East
Blountstown, FL 32424-2212

7022 1670 0002 2627 8390

Gordon Smith
P.O. Box 400
Starke, FL 32091-0400

Tony Gregory
2601 W. Broward Blvd.
Ft Lauderdale, FL 33312-1308

9589 0710 5270 0576 0658 20

9589 0710 5270 0576 0658 37

Wayne Ivey
700 S. Park Avenue
Titusville, FL 32780-4005

7022 1670 0002 2627 8420

Clovis Watson, JR.
P.O. Box 5489
Gainesville, Fl 32627-5489

7022 1670 0002 2627 8413

Scotty Rhoden
1 Sheriff Office Drive
Macclenny FL 32063-3813

Tommy Ford
3421 N Highway 77
Panama City, FL 32405-5108

7022 1670 0002 2627 8406

Holder in Due Course
All Rights Reserved

Exhibit 5

9-9

9589 0710 5270 1536 7331 31

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Neil Kirkman Building
C/o FHP Gary L. Howze director
2900 Apalachee Parkway
Tallahassee, Florida 32399

9590 9402 7970 2305 9141 19

2. Article Number *(Transfer from service label)*

9589 0710 5270 1536 7331 31

PS Form 3811, July 2020 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☑ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Holder In Due Course
Milton-Gerard
M.G.E
All Rights Reserved